**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MONTANA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **MEADOW LARK AGENCY, INC.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  OVER THE ROAD APPAREL** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0433133** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2913 MILLENNIUM CIR BILLINGS, MT 59102** <br> Number, Street, City, State & ZIP Code | **2720 HUMMINGBIRD WAY BILLINGS, MT 59105** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **YELLOWSTONE** <br> County | **Location of principal assets, if different from principal place of business** <br> **2913 MILLENNIUM CIR BILLINGS, MT 59102** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **MEADOW LARK TRANSPORT, INC.** | Relationship | **AFFILIATE** |
| District | **MONTANA** | When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 3

**16.**    **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 6, 2023**

          MM / DD / YYYY

**X /s/ AMANDA R. ROTH**

Signature of authorized representative of debtor

**AMANDA R. ROTH**

Printed name

Title   **CEO**

**18. Signature of attorney**

**X /s/ JAMES A. PATTEN**

Signature of attorney for debtor

Date **November 6, 2023**

         MM / DD / YYYY

**JAMES A. PATTEN 1191**

Printed name

**PATTEN PETERMAN BEKKEDAHL**

Firm name

**& GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**

Number, Street, City, State & ZIP Code

Contact phone   **406-252-8500**     Email address   **apatten@ppbglaw.com**

**1191 MT**

Bar number and State

Fill in this information to identify the case:

Debtor name    **MEADOW LARK AGENCY, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  6, 2023**     *X* **/s/ AMANDA R. ROTH**
                                          Signature of individual signing on behalf of debtor

                                          **AMANDA R. ROTH**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

Debtor name   **MEADOW LARK AGENCY, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1: Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B*..........................................................................................   $         0.00

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*......................................................................................   $        21,454,540.13

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*........................................................................................   $        21,454,540.13

### Part 2: Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      1,102,085.61

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $      782,150.97

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     2,724,673.98

4.   **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b         $      4,608,910.56

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name  **MEADOW LARK AGENCY, INC.**

United States Bankruptcy Court for the:  DISTRICT OF MONTANA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TAB BANK** | **CHECKING** | **2224** | $0.00 |
| 3.2. | **TAB BANK** | **PAYROLL ACCOUNT** | **2233** | $0.00 |
| 3.3. | **TAB BANK** | **CAFETERIA ACCOUNT** | **2242** | $77.42 |
| 3.4. | **TAB BANK** | **HOLDING ACCOUNT** | **2251** | $0.00 |
| 3.5. | **TAB BANK** | **CHECKING ACCOUNT FOR OVER THE ROAD APPAREL** | **2260** | $18.25 |
| 3.6. | **LITTLE HORN STATE BANK** | **SAVINGS** | **4499** | $527.79 |

| 3.7. | **LITTLE HORN STATE BANK** | **CHECKING** | **1096** | **$5,119.67** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                    **$5,743.13**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **SECURITY DEPOSIT FOR GEORGIA LEASED PROPERTY** | **$36,000.00** |

| 7.2. | **INSURANCE DEPOSITS** | **Unknown** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                    **$36,000.00**

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11b. Over 90 days old:    **5,876,382.00**  -  **85,279.00**  =....   **$5,791,103.00**
                                face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                   **$5,791,103.00**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **INVENTORY FOR OVER THE ROAD APPAREL** | UNKNOWN | Unknown | Fair Market | $20,000.00 |

22. **Other inventory or supplies**

23. **Total of Part 5.**
   Add lines 19 through 22. Copy the total to line 84.

   | | |
   |---|---|
   | | $20,000.00 |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **165 OFFICE CHAIRS AT $35 = $5,775** **75 SMALL FILING CABINETS AT $50 = $3,750** **6 LARGE FILING CABINETS AT $80 = $480** | Unknown | FAIR MARKET | $10,005.00 |
| **17 DESK PODS** | Unknown | FAIR MARKET | Unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

**146 DESKTOP COMPUTERS AT $500 = $73,000**
**46 LAPTOPS (LOCAL) AT $100 = $4,600**
**25 LAPTOPS (REMOTE) AT $350 = $8,750**
**186 MONITORS AT $30 = $5,580**
**109 DESKTOP PHONES AT $50 = 5,450**
**8 SWITCHES, 7 BATTERY BACKUPS, 10**
**SERVERS, 2 SONIC WALL UPN - $30,000**
**8 SMALL PRINTERS AT $100 = $800**
**2 LARGE PRINTER/COPIERS AT $1,500 =**
**$3,000**
**24 LARGE TV'S AT $300 = $7,200**
**4 SMALL TV'S AT $150 = $600**                    Unknown    FAIR MARKET              $138,980.00

**SAMSARA PARTS, ACCESSORIES,**
**ACCESSIONS AND ATTACHMENTS**                    Unknown    FAIR MARKET              Unknown

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles
42.1.   **PAINTING - 1450**                      Unknown    FAIR MARKET              $1,450.00

43.  **Total of Part 7.**                                                    | $150,435.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

| | | | |
|---|---|---|---|
| OVER THE ROAD APPAREL TRADEMARK | Unknown | FAIR MARKET | Unknown |

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

|  |
|---|
| **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)
**RECEIVABLE FROM MEADOW LARK   15,444,476.00   -   0.00   =   $15,444,476.00
TRANSPORT INC.**
Total face amount        doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

| **MEADOW LARK COMPANIES FEDERAL TAX DEPOSIT** | **$6,783.00** |
| **FEDERAL MOTOR CARRIER NUMBER** | **Unknown** |
| **USURY CLAIMS AGAINST ALPINE ADVANCE 5, THE LCF FUNDING AND DELTA CLOUD** | **Unknown** |

78.   **Total of Part 11.**                                    **$15,451,259.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor  **MEADOW LARK AGENCY, INC.**  Case number *(If known)* _____
         Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,743.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $36,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,791,103.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $150,435.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,451,259.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,454,540.13 | + 91b.   $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92     $21,454,540.13

**Fill in this information to identify the case:**

Debtor name  **MEADOW LARK AGENCY, INC.**

United States Bankruptcy Court for the:  DISTRICT OF MONTANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | | | |
|---|---|---|---|
| **ALPINE ADVANCE 5** | **Describe debtor's property that is subject to a lien** | $206,375.00 | **Unknown** |
| Creditor's Name | **ALL ASSETS, ACCOUNTS, CREDIT CARD RECEIVABLES, CHATTEL PAPER, INVENTORY, EQUIPMENT, DEPOSIT ACCOUNTS, ETC.** | | |
| **46 WASHINGTON STREET SUITE #6 MIDDLETOWN, CT 06457** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **LOAN AGREEMENT** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| **9/29/2023** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ■ Disputed | | |

| 2.2 | | | |
|---|---|---|---|
| **CLOUDFUND LLC/DELTA BRIDGE** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| Creditor's Name | **LOAN - COLLATERAL UNKNOWN** | | |
| **400 RELLA BLVD SUITE 165-101 SUFFERN, NY 10901** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **OTR SOLUTIONS CAPITAL LLC** | | | |

Creditor's Name

**1000HOLCOMB WOODS PARK BUILDING 300, SUITE 315-A ROSWELL, GA 30076**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**6/21/2023**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**ALL ASSETS, FREIGHT ACCOUNTS RECEIVABLES, ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES ETC.**

**Unknown**      **$21,454,540.13**

**Describe the lien**

**LOAN AGREEMENT**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 | **SAMSARA CAPITAL FINANCE** | | | |

Creditor's Name

**2330 INTERSTATE 30 MESQUITE, TX 75150**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**SAMSARA NETWORKING, SAMSARA LICENSING, PARTS, ACCESSORIES, ACCESSIONS AND ATTACHMENTS THRETO, AND ALL REPLACEMENTS, SUBSTITUTIONS AND EXCHANGES**

**Unknown**      **Unknown**

**Describe the lien**

**LOAN AGREEMENT**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **SBA** | **Describe debtor's property that is subject to a lien** | **$160,806.61** | **$0.00** |

---

Creditor's Name

**INVENTORY, EQUIPMENT, INSTRUMENTS, INCLUDING PROMISSORY NOTES, CHATTEL PAPER, INCLUDING TANGIBLE CHATTEL PAPER AND ELECTRONIC PAPER, DOCUMENTS, DEPOSIT ACCOUNTS ETC.**

**14925 KINGSPORT RD**
**FORT WORTH, TX 76155**

Creditor's mailing address

Describe the lien
**LOAN AGREEMENT**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**6/14/2020**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **THE LCF GROUP INC.** | Describe debtor's property that is subject to a lien | $734,904.00 | Unknown |

Creditor's Name

**ALL ASSETS, ACCOUNTS, CREDIT CARD RECEIVABLES, CHATTEL PAPER, INVENTORY, EQUIPMENT, DEPOSIT ACCOUNTS, ETC.**

**3000 MARCUS AVENUE**
**SUITE 2W15**
**NEW HYDE PARK, NY 11042**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☑ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,102,085.61 |

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ALPINE ADVANCE 5 LLC**<br>**228 PARK AVE S**<br>**NEW YORK, NY 10003** | Line __2.1__ | |

| | | |
|---|---|---|
| **CORPORATION SERVICE COMPANY**<br>P.O. BOX 2576<br>SPRINGFIELD, IL 62708 | Line __2.6__ | 7197 |
| **CORPORATION SERVICE COMPANY**<br>P.O. BOX 2576<br>SPRINGFIELD, IL 62708 | Line __2.6__ | 7197 |
| **CORPORATION SERVICE COMPANY**<br>P.O. BOX 2576<br>SPRINGFIELD, IL 62708 | Line __2.6__ | 7197 |
| **FIRST CORPORATE SOLUTIONS**<br>914 S STREET<br>SACRAMENTO, CA 95811 | Line __2.3__ | |
| **GENE ROSEN'S LAW FIRM**<br>200 GARDEN CITY PLAZA<br>SUITE 405<br>GARDEN CITY, NY 11530 | Line __2.1__ | |
| **KAPLAN LEGAL SERVICES LLC**<br>6065 ROSWELL ROAD<br>SUITE 540<br>ATLANTA, GA 30328 | Line __2.3__ | |
| **SBA - CESC COVID EIDL SER. CENTER**<br>14925 KINGPORT RD<br>FORT WORTH, TX 76155 | Line __2.5__ | |
| **U.S. SMALL BUSINESS ADMINISTRATION**<br>10 W 15TH ST., STE 1100<br>HELENA, MT 59626 | Line __2.5__ | |
| **U.S. SMALL BUSINESS ADMINISTRATION**<br>10737 GATEWAY WEST #300<br>EL PASO, TX 79935 | Line __2.5__ | |

Fill in this information to identify the case:

Debtor name    **MEADOW LARK AGENCY, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MONTANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,319.23** | **$8,319.23** |

**2.1**

Priority creditor's name and mailing address
**AARON T POHLE**
**5414 QUARRY STONE AVE**
**BILLINGS, MT 59106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$8,319.23**
Priority amount: **$8,319.23**

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**

Priority creditor's name and mailing address
**ADAM T JONES**
**11316 E 12TH AVE**
**SPOKANE VALLEY, WA 99206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,800.00**
Priority amount: **$2,800.00**

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address<br>**ALABAMA DEPARTMENT OF<br>REVENUE<br>50 N RIPLEY ST<br>MONTGOMERY, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $819.53 | $819.53 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**AL WITHHOLDING TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**ALLAN R OSTWINKLE<br>19221 NORTH 45TH DR<br>GLENDALE, AZ 85308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,230.00 | $3,230.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**ALONDRA GARCIA<br>8245 CHAMBERLAIN ST<br>DETROIT, MI 48209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,234.07 | $4,234.07 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**AMANDA R ROTH<br>2720 HUMMINGBIRD WAY<br>BILLINGS, MT 59105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,230.77 | $15,150.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,460.00 | $5,460.00 |
|---|---|---|---|---|

**ANDREW P BEILKE**
**6300 BIRCH ST, LOT 303**
**WESTON, WI 54476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.94 | $217.94 |
|---|---|---|---|---|

**ARKANSAS DEPARTMENT OF**
**REVENUE**
**PO BOX 9941**
**LITTLE ROCK, AR 72203-9941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**AR WITHHOLDING TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,060.00 | $5,060.00 |
|---|---|---|---|---|

**BENJAMIN J CHANDLER**
**952 SMITH BECKON RD**
**CARSON, WA 98610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,153.81 | $6,153.81 |
|---|---|---|---|---|

**BETTY A BRAINARD**
**6512 MARTELL LANE**
**SHEPHERD, MT 59079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address<br>**BRITTANY L FERGUSON**<br>**1010 ARLINGTON AVE SW**<br>**BILLINGS, MT 59101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 | $5,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**BRITTNEY L POWERS**<br>**5300 CANVASBACK DR**<br>**BILLINGS, MT 59106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,418.85 | $8,418.85 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**BUD A BAKER**<br>**95 MORELLO LANE**<br>**MOUNTAIN HOME, AR 72653** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,350.00 | $7,350.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**CALVIN E WALKER**<br>**309 ASH LANE**<br>**HASLET, TX 76052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,093.75 | $6,093.75 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,252.04 | $2,252.04 |
|---|---|---|---|---|

**CANDACE J TURLEY**
**1420 SOURDOUGH LN APT 1**
**BILLINGS, MT 59105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,240.00 | $6,240.00 |
|---|---|---|---|---|

**CARL A RICE**
**P.O. BOX 618**
**BROADUS, MT 59317**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,011.25 | $5,011.25 |
|---|---|---|---|---|

**CHARITY A TILLERY**
**9 W 7TH ST**
**PARKERVILLE, MO 64152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.00 | $1,920.00 |
|---|---|---|---|---|

**CHRISTOPHER A ROBINSON**
**395 PALM CASTLE DR**
**PORT ORANGE, FL 32127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|--------|---------------------------|------------------------|---|

| | | | |
|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>**CHRISTOPHER E MACKEY**<br>**2742 OLD NORCROSS RD**<br>**LAWRENCEVILLE, GA 30044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,200.00    $3,200.00 |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.20 | Priority creditor's name and mailing address<br>**CHRISTOPHER MOORE**<br>**28902 HIGHWAY HH**<br>**URBANA, MO 65767** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,090.00    $6,090.00 |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.21 | Priority creditor's name and mailing address<br>**CHRISTOPHER S FERNANDEZ**<br>**34715 CHINABERRY ST**<br>**WINCHESTER, CA 92596** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,680.00    $3,680.00 |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.22 | Priority creditor's name and mailing address<br>**CLYDE DAVID S OGLE**<br>**110 GRACE DRIVE**<br>**CLINTON, TN 37716** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,900.00    $6,900.00 |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
|---|---|---|---|---|

**CODY L
SWANSON-FREDRICKSON
2804 ASHLEY PARK DR
SPARKS, NV 89434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,380.84 | $6,380.84 |
|---|---|---|---|---|

**CONNOR R ROBINSON
224 CHACO CANYON WAY
BILLINGS, MT 59102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,840.00 | $4,840.00 |
|---|---|---|---|---|

**CORY W ELKIN
49 PRAIRIE VIEW DR
BILLINGS, MT 59102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,403.85 | $13,403.85 |
|---|---|---|---|---|

**CRYSTAL M ARTHUR
2160 N 9TH RD
WORDEN, MT 59088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,110.85 | $2,110.85 |
| --- | --- | --- | --- | --- |
| | **DANIEL J BELDEN**<br>**372 TARA CIRCLE**<br>**SHEPHERDSVILLE, KY 40165** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,711.23 | $8,711.23 |
| --- | --- | --- | --- | --- |
| | **DANIELLE M ROSI**<br>**1530 BURLINGTON AVE**<br>**BILLINGS, MT 59102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.00 | $1,920.00 |
| --- | --- | --- | --- | --- |
| | **DARRELL L WILKERSON SR**<br>**990 ZELLWOOD CIRCLE**<br>**TALLADEGA, AL 35160** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,769.23 | $5,769.23 |
| --- | --- | --- | --- | --- |
| | **DAVID J QUARTERMAN**<br>**925 DEDMON RD**<br>**RINGGOLD, GA 30736** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,200.00 | $4,200.00 |
| --- | --- | --- | --- | --- |
| | **DERICK W GINN** | *Check all that apply.* | | |
| | **58 LONG BRANCH LANE** | ☐ Contingent | | |
| | **COLUMBIA, MS 39429** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| --- | --- | --- |
| | **OCTOBER 2023** | **WAGES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,205.53 | $2,205.53 |
| --- | --- | --- | --- | --- |
| | **ELIZABETH N GOODMAN** | *Check all that apply.* | | |
| | **30 CALDWELL CIRCLE** | ☐ Contingent | | |
| | **HAMPTON, GA 30228** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| --- | --- | --- |
| | **OCTOBER 2023** | **WAGES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,565.00 | $2,565.00 |
| --- | --- | --- | --- | --- |
| | **ERIC S WOOLEY** | *Check all that apply.* | | |
| | **200 THOMAS RD** | ☐ Contingent | | |
| | **SPRINGTOWN, TX 76082** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| --- | --- | --- |
| | **OCTOBER 2023** | **WAGES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,880.00 | $2,880.00 |
| --- | --- | --- | --- | --- |
| | **ERIC W ROE** | *Check all that apply.* | | |
| | **7255 CORPORATE DR APT 1315** | ☐ Contingent | | |
| | **HOUSTON, TX 77036** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| --- | --- | --- |
| | **OCTOBER 2023** | **WAGES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,108.70 | $2,108.70 |
|------|---|---|---|---|

**ERIN L NOVAK**
**1509 CLARK AVE**
**WORDEN, MT 59088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.77 | $258.77 |
|------|---|---|---|---|

**FLORIDA DEPARTMENT OF**
**REVENUE**
**PO BOX 6510**
**TALLAHASSEE, FL 32314-6510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FL UNEMPLOYMENT TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,420.23 | $10,420.23 |
|------|---|---|---|---|

**GEORGIA DEPARTMENT OF**
**REVENUE**
**PO BOX 105499**
**ATLANTA, GA 30348-5499**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**GA WITHHOLDING TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|------|---|---|---|---|

**GREG E NEARGARTH**
**572 ALEXANDER FARMS VIEW**
**MARIETTA, GA 30064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,670.60 | $3,670.60 |

**GRISELL MONTENEGRO**
**10 HICKORY DR**
**BILLINGS, MT 59101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |

**HALEE N CLARK**
**745 WALTON RD**
**MONROE, GA 30656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,650.00 | $6,650.00 |

**IAN M DUNLAP**
**1905 GREENSBURG RD**
**NORTH CANTON, OH 44720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.51 | $615.51 |

**ILLINOIS DEPARTMENT OF**
**REVENUE**
**PO BOX 19002**
**SPRINGFIELD, IL 62794-9002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IL WITHHOLDING TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187,810.54 | $187,810.54 |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**

**OGDEN, UT 84201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,376.92 | $2,376.92 |
|---|---|---|---|---|

**JACOB A WADDELL-GRADWOHL**
**761 TORCH DR**
**BILLINGS, MT 59102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,761.83 | $3,761.83 |
|---|---|---|---|---|

**JAIMIE DAVENPORT**
**1722 PADRE WAY #001**
**BILLINGS, MT 59101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,950.00 | $1,950.00 |
|---|---|---|---|---|

**JANET K SMITH**
**4331 LEVANG LANE**
**BILLINGS, MT 59105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,440.00 | $6,440.00 |
| --- | --- | --- | --- | --- |
| | **JEFFERY R PICKERN** | Check all that apply. | | |
| | **1043 N POMERENE RD** | ☐ Contingent | | |
| | **BENSON, AZ 85602** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **OCTOBER 2023** | **WAGES** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,151.44 | $3,151.44 |
| --- | --- | --- | --- | --- |
| | **JESSICA L STARR** | Check all that apply. | | |
| | **307 7TH STREET WEST B** | ☐ Contingent | | |
| | **BILLINGS, MT 59101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **OCTOBER 2023** | **WAGES** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,873.08 | $3,873.08 |
| --- | --- | --- | --- | --- |
| | **JESSICA N HILL DIAZ** | Check all that apply. | | |
| | **7220 PETERSBURG RD** | ☐ Contingent | | |
| | **FAIRBURN, GA 30213** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **OCTOBER 2023** | **WAGES** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,149.28 | $6,149.28 |
| --- | --- | --- | --- | --- |
| | **JHONDER J CAMACHO** | Check all that apply. | | |
| | **161 SANTA CLARA DR** | ☐ Contingent | | |
| | **NAPLES, FL 34104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **OCTOBER 2023** | **WAGES** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.51 | Priority creditor's name and mailing address<br>**JOCELYN BEARCOMESOUT**<br>**1611  SAGEBRUSH RD**<br>**BILLINGS, MT 59105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,237.93 | $3,237.93 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address<br>**JOHN C KESSLER**<br>**1290 CALICO DR**<br>**BILLINGS, MT 59105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,240.00 | $6,240.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address<br>**JOHN E NEWSOME**<br>**16095 23RD AVE**<br>**CLEARLAKE, CA 95422** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,520.00 | $3,520.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address<br>**JOHN P JENKINS**<br>**232 BILES RD**<br>**JACKSON, GA 30233** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,400.00 | $4,400.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,893.53 | $5,893.53 |
|---|---|---|---|---|

**JOHN R BILLMAN**
**353 SOUTH BILLINGS BLVD.**
**BILLINGS, MT 59102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,968.80 | $1,968.80 |
|---|---|---|---|---|

**JONATHAN W MACKIE**
**856 AHOY AVE**
**BILLINGS, MT 59105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,375.00 | $3,375.00 |
|---|---|---|---|---|

**KENNETH L LONG**
**3021 INGLESIDE DR APT B**
**HIGH POINT, NC 27265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,163.88 | $1,163.88 |
|---|---|---|---|---|

**KENTUCKY DEPARTMENT OF**
**REVENUE**
**501 HIGH ST**
**FRANKFORT, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**KY WITHHOLDING TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.59 | Priority creditor's name and mailing address **KENTUCKY DIVISION OF UNEMPLOYMENT INSURANCE PO BOX 2003 FRANKFORT, KY 40602-2003** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $320.33 | $320.33 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**KY UNEMPLOYMENT TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address **KHAYNEN D GAY 1521 GLACIER PEAK CIRCLE BILLINGS, MT 59101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,159.95 | $2,159.95 |
|---|---|---|---|---|

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address **KIMBERLY C HART 3911 MOLLY DRIVE SHEPHERD, MT 59079** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $9,132.31 | $9,132.31 |
|---|---|---|---|---|

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address **KRISTOPHER M SCHAUER 224 CHACO CANYON WAY BILLINGS, MT 59102** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,558.37 | $4,558.37 |
|---|---|---|---|---|

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,034.70 | $3,034.70 |
|---|---|---|---|---|

**KYLIE R LEEPER**
**2022 ST JOHNS AVE APT A22**
**BILLINGS, MT 59102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.15 | $1,846.15 |
|---|---|---|---|---|

**LAUREN E OLABY**
**3285 CANYON DR**
**BILLINGS, MT 59102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,851.02 | $0.00 |
|---|---|---|---|---|

**LAVETTE D SANDERS**
**12200 HWY 90**
**MOSS POINT, MS 39562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
|---|---|---|---|---|

**LEE V HOBLITZELL**
**1205 N. PING CIR**
**BILLINGS, MT 59105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $8,950.96 | $8,950.96 |
|---|---|---|---|---|
| | **LISA I HOWE**<br>**3335 DOVER LN**<br>**BILLINGS, MT 59105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,276.01 | $4,276.01 |
|---|---|---|---|---|
| | **LOGAN W SPOONEMORE**<br>**225 ASHLEY CT N**<br>**BILLINGS, MT 59105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $7,625.12 | $7,625.12 |
|---|---|---|---|---|
| | **LORI P GRIFFIN**<br>**624 TWILIGHT DR**<br>**BILLINGS, MT 59101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,692.31 | $2,692.31 |
|---|---|---|---|---|
| | **LUKE A ROSS**<br>**6839 DEERWOOD DR**<br>**HARRISON, TN 37341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,530.17 | $5,530.17 |
|---|---|---|---|---|
| | **LYNNETTE R BAISCH**<br>**1106 PRIMROSE DR**<br>**BILLINGS, MT 59105** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |
|---|---|---|---|---|
| | **MAKAYLA S LEWIS**<br>**712 OASIS DR**<br>**BILLINGS, MT 59105** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.00 | $1,920.00 |
|---|---|---|---|---|
| | **MARK A PAYNE**<br>**1508 14TH ST APT 2**<br>**WICHITA FALLS, TX 76301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,202.88 | $4,202.88 |
|---|---|---|---|---|
| | **MARTHA B CORKISH**<br>**3221 BANFF AVE #4**<br>**BILLINGS, MT 59102** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.75**

Priority creditor's name and mailing address

**MICHAEL C DINKINS
2321 ROCK CREEK DR
MARIETTA, GA 30064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,399.04     $9,399.04

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.76**

Priority creditor's name and mailing address

**MICHAEL C MOTES
110 CARROUSEL DRIVE
CENTRAL, SC 29630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,400.00     $4,400.00

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.77**

Priority creditor's name and mailing address

**MICHAEL J KANDAS
977 SENORA
BILLINGS, MT 59105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,942.31     $15,150.00

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.78**

Priority creditor's name and mailing address

**MICHAEL L GINGERICH
2312 ACORN WAY
MONROE, GA 30656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,296.15     $5,296.15

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | | |
|--------|--------------------------|------------------------|--|--|
| | Name | | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.00 | $1,920.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**MICHAEL R COTTRILL**
**725 JULIA LANE**
**LAFAYETTE, IN 47905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.38 | $1,615.38 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**MICHAEL R LAFRENIERE**
**2022 ST JOHNS AVE APT A22**
**BILLINGS, MT 59102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,380.00 | $3,380.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**MICHAEL R RUTH**
**313 ROSE BUD LANE**
**HOLLY RIDGE, NC 28445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,914.00 | $4,914.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**MICHAEL R SCHULTZ**
**2915 CUSTER AVE**
**BILLINGS, MT 59102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.47 | $219.47 |

**MICHAEL S MAPSTONE**
**518 MACKENZIE CIRCLE**
**SAINT AUGUSTINE, FL 32092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,692.31 | $15,150.00 |

**MICHELLE L BORSUM**
**672 LAKE HILLS PL**
**BILLINGS, MT 59105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.42 | $615.42 |

**MICHIGAN DEPARTMENT OF**
**TREASURY**
**PO BOX 30427**
**LANSING, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MI WITHHOLDING TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,914.40 | $1,914.40 |

**MICKI M MUGGERUD**
**4453 LOMA VISTA DR**
**BILLINGS, MT 59106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.71 | $104.71 |
|---|---|---|---|---|

**2.87**

Priority creditor's name and mailing address

**MINNESOTA UNEMPLOYMENT INSURANCE**
**PO BOX 4629**
**SAINT PAUL, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$104.71    $104.71

Date or dates debt was incurred

Basis for the claim:
**MN UNEMPLOYMENT TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.88**

Priority creditor's name and mailing address

**MISSOURI DEPARTMENT OF REVENUE**
**PO BOX 999**
**JEFFERSON CITY, MO 65108-0999**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,660.00    $1,660.00

Date or dates debt was incurred

Basis for the claim:
**MO WITHHOLDING TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.89**

Priority creditor's name and mailing address

**MONTANA DEPARTMENT OF REVENUE**
**P.O. BOX 6309**
**HELENA, MT 59604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,635.00    $24,635.00

Date or dates debt was incurred

Basis for the claim:
**MT WITHHOLDING TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.90**

Priority creditor's name and mailing address

**MONTANA DEPT OF REVENUE**
**BANKRUPTCY SPECIALIST**
**PO BOX 7701**
**HELENA, MT 59604-7701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,397.15 | $9,397.15 |
|---|---|---|---|---|

**MONTANA UNEMPLOYMENT
INSURANCE
PO BOX 6339
HELENA, MT 59604-6339**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**MT UNEMPLOYMENT TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 | $390.00 |
|---|---|---|---|---|

**NEVADA DEPARTMENT OF
EMPLOYMENT
TRAINING & REHABILITATION
500 E THIRD ST
CARSON CITY, NV 89713-0030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NV UNEMPLOYMENT TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,425.08 | $11,425.08 |
|---|---|---|---|---|

**NIKKI L BESSETTE
2142 ALDERSON AVE
BILLINGS, MT 59102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,317.57 | $3,317.57 |
|---|---|---|---|---|

**NORMAN C FREE
5929 ELLAND HGTS RD
MURRAYVILLE, GA 30564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,878.00 | $2,878.00 |
|---|---|---|---|---|

**NORTH CAROLINA DEPARTMENT OF REVENUE**
**PO BOX 25000**
**RALEIGH, NC 27640-0640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NC WITHHOLDING TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,494.07 | $1,494.07 |
|---|---|---|---|---|

**NORTH CAROLINA DIVISION OF EMPLOYMENT SECURITY**
**PO BOX 25903**
**RALEIGH, NC 27611-5903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NC UNEMPLOYMENT TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,015.53 | $1,015.53 |
|---|---|---|---|---|

**OHIO DEPARTMENT OF TAXATION**
**PO BOX 182215**
**COLUMBUS, OH 43218-2215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OH WITHHOLDING TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.00 | $1,046.00 |
|---|---|---|---|---|

**OKLAHOMA TAX COMMISSION**
**2501 N LINCOLN BLVD**
**OKLAHOMA CITY, OK 73194**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**OK WITHHOLDING TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

1:23-bk-10135-BPH   Doc#: 1   Filed: 11/06/23   Page 43 of 311

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,774.55 | $3,774.55 |
|------|---------------------------------------------|------------------------------------------------------------------|-----------|-----------|

**PATRICK A LONG**
**815 TERRY AVE**
**BILLINGS, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **OCTOBER 2023** | **WAGES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $7,907.09 | $7,907.09 |
|-------|---------------------------------------------|------------------------------------------------------------------|-----------|-----------|

**PATRICK C PICAZIO**
**4521 PHILLIP ST**
**BILLINGS, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **OCTOBER 2023** | **WAGES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,476.50 | $3,476.50 |
|-------|---------------------------------------------|------------------------------------------------------------------|-----------|-----------|

**PATRICK M KELLY**
**3127 DARLINGTON RD**
**HOLIDAY, FL 34691**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **OCTOBER 2023** | **WAGES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $408.00 | $408.00 |
|-------|---------------------------------------------|------------------------------------------------------------------|---------|---------|

**PAYTON M ROTH**
**2720 HUMMINGBIRD WAY**
**BILLINGS, MT 59105**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **OCTOBER 2023** | **WAGES** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.103 | Priority creditor's name and mailing address<br>**PENNSYLVANIA DEPARTMENT OF REVENUE**<br>**PO BOX 280404**<br>**HARRISBURG, PA 17128-0404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $819.23    $819.23 |
| | Date or dates debt was incurred | Basis for the claim:<br>**PA WITHHOLDING TAX** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.104 | Priority creditor's name and mailing address<br>**RICHARD W SCHMITH**<br>**2308 S MOCKINGBIRD CIRCLE**<br>**APT 2**<br>**SIOUX FALLS, SD 57104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,370.00    $4,370.00 |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.105 | Priority creditor's name and mailing address<br>**ROGER D GILLIS JR**<br>**432 5TH ST**<br>**AINSWORTH, IA 52201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,640.00    $3,640.00 |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.106 | Priority creditor's name and mailing address<br>**RONALD E RADKE**<br>**21371 BALDWIN LN**<br>**CALIFORNIA CITY, CA 93505** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,050.00    $4,050.00 |
| | Date or dates debt was incurred<br>**OCTOBER 2023** | Basis for the claim:<br>**WAGES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,153.85 | $4,153.85 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**RONALD L GILLIAM**
**5429 COUNTRY VILLAGE DR**
**OOLTEWAH, TN 37363**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,021.80 | $8,021.80 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**RYAN R MCGUIRE**
**1251 CALICO AVE**
**BILLINGS, MT 59105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,736.92 | $7,736.92 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**RYAN W SPOONEMORE**
**225 ASHLEY CT N**
**BILLINGS, MT 59105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,120.00 | $3,120.00 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**SAM H THOMAS**
**2222 S NOCHE DE PAZ**
**MESA, AZ 85202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

1:23-bk-10135-BPH   Doc#: 1   Filed: 11/06/23   Page 46 of 311

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,846.15 | $3,846.15 |
|---|---|---|---|---|

**SAMUEL R BOCHY**
**1356 SPUR LANE**
**BILLINGS, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $690.00 | $690.00 |
|---|---|---|---|---|

**SANDEE R KANDAS**
**977 SENORA AVE**
**BILLINGS, MT 59105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,471.06 | $6,471.06 |
|---|---|---|---|---|

**SHANE M BRYSON**
**2121 CUSTER AVE**
**BILLINGS, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,192.58 | $2,192.58 |
|---|---|---|---|---|

**SHERYL A GANTOIS LOPEZ**
**642 MAJERUS RD**
**ROUNDUP, MT 59072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,730.84 | $1,730.84 |
|---|---|---|---|---|

**SOUTH CAROLINA DEPARTMENT OF REVENUE**
**300A OUTLET POINTE BLVD**
**COLUMBIA, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SC WITHHOLDING TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,760.00 | $14,760.00 |
|---|---|---|---|---|

**STACEY M COLLETT**
**2015 CUSTER AVENUE**
**BILLINGS, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,380.00 | $3,380.00 |
|---|---|---|---|---|

**STEPHAN A GARCIA**
**10627 CHESTERFIELD**
**ADELANTO, CA 92301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,797.91 | $3,797.91 |
|---|---|---|---|---|

**THOMAS X DAHINDEN**
**2545 LAKE HEIGHTS**
**BILLINGS, MT 59105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,451.92 | $2,451.92 |
|---|---|---|---|---|

**TINA BUCKLER**
**859 THORNWOOD DR**
**BARBERTON, OH 44203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,162.50 | $14,162.50 |
|---|---|---|---|---|

**TRICIA E BURKE**
**3735 FULL MOON DR**
**BILLINGS, MT 59101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,120.00 | $3,120.00 |
|---|---|---|---|---|

**ULISES MARTINEZ**
**4730 FAIRMOUNT ST APT 2317**
**DALLAS, TX 75219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,587.38 | $1,587.38 |
|---|---|---|---|---|

**VICKI G HENSLEY**
**1817 ROSEDALE DR**
**EDMOND, OK 73013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $5,537.01 | $5,537.01 |
|---|---|---|---|---|---|

Priority creditor's name and mailing address
**YOUSSOUPHA KANE**
**205 SHANE CREEK RD**
**COLUMBUS, MT 59019**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**OCTOBER 2023**

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,600.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**015 LOGISTICS INC**
**2130 MEADOW LN APT 9**
**SCHERERVILLE, IN 46375**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | | $1,150.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**1 RELIABLE TRANSPORTATION INC**
**137 LODI STREET**
**HACKENSACK, NJ 07601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | | $6,000.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**2039322 ONTARIO INC O/A NORTHLINE**
**230 SANDALWOOD PKY,**
**BRAMPTON, ON L6z1r3**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**2215 LITHONIA LLC**
**C/O JADIAN IOS**
**4 STAR POINT, SUITE 204**
**STAMFORD, CT 06902**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LEASE AGREEMENT FOR REAL PROPERTY**
**LOCATED AT 6523 MARBUT ROAD, STONECREST, GEORGIA**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | | $2,900.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**2260243 ONTARIO INC DBA TRIPLE GOLD**
**TRUC**
**7 CIVET STREET**
**BRAMPTON, ON L6r3e6**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |

**3 ROCKS BIGFORK LLC**
**439 GRAND DR # 176**
**BIGFORK, MT 59911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**3XD LLC**
**74 WESTGRILL DR**
**PALM COAST, FL 32614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |

**4 STAR TRANSPORT**
**3026 S INDIANA AVE**
**BROWNSVILLE, TX 78521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**4D TRANSPORTATION INC**
**158 MOORMAN RD**
**AMITY, AR 71921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |

**4US CORP**
**4620 E 53RD ST**
**WHEELING, IL 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.00 |

**5 STARR SOLUTIONS INC**
**7000 MERRILL AVE #7**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |

**5 STATES TOWING AND RECOVERY INC**
**6740 HWY 10 NW STE 104**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**5TH WHEEL LOGISTICS**
**346 STONE HILL DR**
**BRENHAM, TX 77833**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**6513701 CANADA INC**
**1325 JALNA BLVD**
**LONDON, ON N6e2w8**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**74 CARRIER LLC**
**2103 BEVERLY WAY**
**LAS VEGAS, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**9429328 CANADA INC**
**3006 SINCLAIR STREET**
**WINNIPEG, MB R2V4K8**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**A & S TRUCKING LLC**
**29222 LYON OAKS DR**
**WIXOM, MI 48393**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**A N T HAULIN LLC**
**5244 EDEN CHURCH RD**
**LOUISVILLE, GA 30434**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**A TO Z TRUCKING LLC**
**2917 CAROLINE ST**
**ST LOUIS, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**A&B TRUCKING SERVICES LLC**<br>**PO BOX 74887**<br>**BATON ROUGE, LA 70817** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**A-1 TRANSPORTATION SERVICE LLC**<br>**172 W 9400 S**<br>**SANDY, UT 84070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**A-PLUS PROFESSIONAL TRANSPORT LLC**<br>**466 ROCKVILLE RD**<br>**MONCKS CORNER, SC 29461** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,900.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**A.G. TURNER LLC**<br>**5261 WEST HILLIS ROAD**<br>**STANTON, MI 48888** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**A2B SERVICES LLC**<br>**4813 EDDLEMAN DR**<br>**FORT WORTH, TX 76244** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**AAMODT INC**<br>**66776 HWY 2**<br>**BONNERS FERRY, ID 83805** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,900.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**AARON XPRESS INC**<br>**14 WINTERCRESS CIR**<br>**BRAMPTON, ON L6R2K2** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

1:23-bk-10135-BPH   Doc#: 1   Filed: 11/06/23   Page 53 of 311

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**ABMERE INC**
**12754 MAGNOLIA ST**
**BLAKELY, GA 39823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABRAM EXPEDITED LLC**
**2763 WATERWAY DRIVE**
**GRAND PRAIRIE, TX 75054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACCIDENT FUND INSURANCE COMPANY**
**OF AMERI**
**PO BOX 734928**
**CHICAGO, IL 60673-4928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __INSURANCE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|---|---|---|---|

**ACCURA TRUCKING LLC**
**2285 SPRINGER WALK**
**LAWRENCEVILLE, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACK TRANS INCORPORATION**
**13015 TRINA DR**
**PHILADELPHIA, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AD ASTRA ALLIANCE LLC**
**100 WABASH WAY UNIT 202**
**WHEELING, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADAL TRANSPORT LLC**
**124 W PIONEER PKWY SUITE 140**
**ARLINGTON, TX 76010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**ADICA TRUCKING COMPANY LLC**
**20601 TROLLEY INDUSTRIAL DRIVE**
**TAYLOR, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.00 |
|---|---|---|---|

**ADRIA FREIGHT INC DBA BOCA FREIGHT**
**27 S HOWARD AVE STE C**
**ROSELLE, IL 60172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**AERO TRUCKS LLC**
**14015 ASHLAND LANDING DR**
**CYPRESS, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**AESIR TRANSPORT INC**
**7765 SW PETERS RD**
**PORTLAND, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**AG EXPEDITED INC**
**312 PARK AVE #85**
**CARENDON HILLS, IL 60514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**AGRI HAULING ASSOCIATES LLC**
**763 GROVE RD**
**MORRISON, TN 37357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**AGS FREIGHT INCORPORATED**
**391 WESTWOOD DRIVE**
**STEUBENVILLE, OH 43953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**AHUMADA'S HOTSHOT LLC**
2327 SUNNY DR
HOUSTON, TX 77093

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,200.00 |
|---|---|---|---|

**AIB INC**
866 THOMAS DRIVE
BENSENVILLE, IL 60106

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIR CAPITOL DELIVERY & WAREH**
5841 N PROSPECT ROAD
PARK CITY, KS 67204

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**AJ LOGISTICS**
615 E AFTON
LA MESA, NM 88044

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJN TRUCKING LLC**
14100 E 106TH ST N APT 2011
OWASSO, OK 74055

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**AK ON-TIME TRUCKING LLC**
625 MORNINGSIDE DR N
STOCKBRIDGE, GA 30281

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,200.00 |
|---|---|---|---|

**AKR CARRIERS INCORPORATED**
860 PONTIAC CT APT 1018
AURORA, IL 60502

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** Nonpriority creditor's name and mailing address
**ALABAMA MOTOR EXPRESS INC**
**PO BOX 487**
**ASHFORD, AL 36312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.49** Nonpriority creditor's name and mailing address
**ALEXANDER, WINTON & ASSOCIATES INC**
**KIM HART**
**8804 CAROMA STREET STE 160**
**OLIVE BRANCH, MS 38654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY FOR MISC. CARRIERS LISTED IN CHAPTER 7 BANKRUPTCY**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.50** Nonpriority creditor's name and mailing address
**ALINOR EXPRESS LLC**
**108 OREGON TRL APT 3**
**LEXINGTON, NE 68850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.51** Nonpriority creditor's name and mailing address
**ALL STATE INC**
**5285 NATORP BLVD APT 207**
**MASON, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.52** Nonpriority creditor's name and mailing address
**ALL STATE TRANS EXPRESS, LLC**
**3915 LAWNWOODS DRIVE**
**DES MOINES, IA 50310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,850.00**

---

**3.53** Nonpriority creditor's name and mailing address
**ALLSTAR TRANSPORTATION SERVICES LLC**
**4946 ATWATER DR**
**NORTH PORT, FL 34288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.54** Nonpriority creditor's name and mailing address
**ALLWAY EXPRESS INC**
**4726 PRIVATE ROAD 5127**
**WILLOW SPRINGS, MO 65793**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**ALPHALOGIX TRUCKING LLC**
**1010 LEE CIR**
**SAN CARLOS, TX 78539**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |
|---|---|---|---|

**ALQOSH TRANSPORTATION INC**
**322 IONE WAY**
**EL CAJON, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.51 |
|---|---|---|---|

**ALSCO**
**PO BOX 30496**
**BILLINGS, MT 59107-0496**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**ALVER EXPRESS INC**
**91 ARGUS ST # 91**
**BUFFALO, NY 14207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**AM MILES LLC**
**16341 SW 145TH CT**
**MIAMI, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**AMEEN TRANSPORT INC**
**6742 W 113TH PL**
**WORTH, IL 60482**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**AMERIPOL STAFFING LLC**
**650 NE 32ND ST, SUITE 5103**
**MIAMI, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**AMP HAULING INC**
731 PEARL CIR
BRANDON, FL 33510

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**AMT TRANSPORT INC**
25328 SCOTT RD
PLAINFIELD, IL 60544

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**ANDRUKH LOGISTICS INC**
615 WESTWOOD CT
WHEELING, IL 60090

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,375.00 |
|---|---|---|---|

**ANDRUS TRANSPORTATION SERVICES**
P O BOX 35143
SEATTLE, WA 98124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**ANGELS TRUCKING LLC**
2250 WEST 155TH PLACE
BROOMFIELD, CO 80023

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,391.25 |
|---|---|---|---|

**ANSONIA CREDIT DATA**
PO BOX 71221
CHARLOTTE, NC 28272-1221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,620.00 |
|---|---|---|---|

**APACHE LOGISTICS INC**
1121 OTTAWA BEACH RD SUITE 240
HOLLAND, MI 49424

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**APROVERBS LIMITED LIABILITY COMPANY**
**2201 QUANAH PARKER TRL**
**AUSTIN, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**AQ TRUCKING LLC**
**3924 N SMEDLEY ST**
**PHILADELPHIA, PA 19140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AR CARRIERS INC**
**10624 PROVINCIAL DR APT E**
**MANASSAS, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARION FREIGHT LLC**
**1300 SW CAMPUS DRIVE#29-2**
**FEDERAL WAY, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARL TRANSPORT DBA ARL**
**PO BOX 809374**
**CHICAGO, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**ARM LINES INC**
**2912 PORTSMITH CT**
**NAPERVILLE, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARNOLD TRANSPORTATION SERVIC**
**3375 HIGH PRAIRIE ROAD**
**GRAND PRAIRIE, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |

**ART PAPE TRANSFER DBA TUCKER FREIGHT LIN**
**1080 EAST 12TH STREET**
**DUBUQUE, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,426.00 |

**ARTHUR SMITH TRUCKING**
**PO BOX 41**
**COUDERSPORT, PA 16195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.00 |

**ASAP TRANSPORT LLC**
**504 EVERGREEN DR**
**GRETNA, LA 70053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |

**ASCON GROUP INC**
**2413 GEORGETOWN CIR**
**AURORA, IL 60503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |

**ATA TRUCKING INC**
**6012 BUTONBUSH DR**
**TIP CITY, OH 45371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |

**ATLANTIC COAST CARRIERS, INC**
**P O BOX 820**
**HAZLEHURST, GA 31539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ATLASIB INC DBA ROUTE ONE SPECIALIZED**
**202 CHRISTINA DR**
**DUNDEE, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**3.83**

Nonpriority creditor's name and mailing address

**ATTEBERRY ENTERPRISES, LLC**
**14058 HWY J**
**CONWAY, MO 65632**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84**

Nonpriority creditor's name and mailing address

**AUSTIN AND LESLIE FELICH**
**DBA THE FELICH AGENCY**
**150 43RD AVENUE**
**SAINT PETERSBURG, FL 33706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __AGENT CONTRACT TRANSPORTATION SERVICES__
__AGREEMENT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85**

Nonpriority creditor's name and mailing address

**AVALON EXPRESS INC**
**32453 64 TH AVE WAY**
**CANNON FALLS, MN 55009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$450.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86**

Nonpriority creditor's name and mailing address

**AVELINO VIP TRANSPORT LLC**
**4709 EVERGLADES CIRCLE**
**KISSIMME, FL 75034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87**

Nonpriority creditor's name and mailing address

**AVIS RENT A CAR SYSTEMS INC**
**7876 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,501.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88**

Nonpriority creditor's name and mailing address

**AVP EXPRESS LLC**
**2886 VISTA CT**
**UNIONTOWN, OH 98607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**

Nonpriority creditor's name and mailing address

**AVTOMEDON LLC**
**1389 HAZEL GREEN DRIVE**
**FRISCO, TX 75034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**AXON LLC**
**12 NE 15TH AVE**
**BATTLE GROUND, WA 98604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**AYAZ TRANSPORTATION SERVICES LLC**
**623 BRIGHT PENNY LN**
**HOUSTON, TX 77013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**AZ  TRANSPORT INC**
**6704 HOLLYTREE CIRCLE**
**TYLER, TX 75703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**B & B TRUCKING INC OF MINNESOTA**
**1737 240TH AVE**
**GRANADA, MN 56039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |
|---|---|---|---|

**B & C MARATHON TRANSPORTATIO**
**522 196TH DR NW**
**ELK RIVER, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**B & K TRUCKING**
**130734 COUNTY ROAD N**
**MARATHON, WI 54448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**B & L STEWART ENTERPRISES LLC**
**PO BOX 6071**
**CHANDLER, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**B POWER EXPRESS LLC**
**8049 JANES AVE APT H**
**WOODRIDGE, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**B TRANS, INC.**
**8901 WINDING VALLEY DR**
**FORT WORTH, TX 76179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**BAAZ FREIGHT LINES LLC**
**250 EATON RIDGE DR APT 206**
**NORTHFIELD, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BALL BROTHERS PRODUCE L.C.**
**PO BOX 69**
**LEWISVILLE, ID 83431**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BALLARD FOREST TRANSPORT INC**
**P O BOX 222**
**HOMER, GA 30547**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**BARLOW TRANSPORT LLC**
**P O BOX 539**
**WEWAHITCHKA, FL 64448**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**BARNHART TRANSPORTATION**
**PO BOX 247**
**HARBORCREEK, PA 16428**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

---

**3.104** | Nonpriority creditor's name and mailing address

**BARROW LOGISTICS LLC**
2500 STATE HWY 121 APT# 334
EULESS, TX 76053

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.105** | Nonpriority creditor's name and mailing address

**BAYOU DRAGON TRANSPORT, LLC**
P O BOX 156
METAIRIE, LA 70121

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.106** | Nonpriority creditor's name and mailing address

**BDQ LOGISTICS INC**
6236 HARVEY WAY
SAN GABRIEL, CA 91775

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

**3.107** | Nonpriority creditor's name and mailing address

**BEACON TRANSPORT SERVICES IN**
PO BOX 57629
CHICAGO, IL 60613

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.108** | Nonpriority creditor's name and mailing address

**BECKER TRUCKING LLC**
27838 CR 321
CARROLLTON, MO 64633

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109** | Nonpriority creditor's name and mailing address

**BEEMAC TRUCKING**
PO BOX 6315
HERMITAGE, PA 15003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110** | Nonpriority creditor's name and mailing address

**BEEMOL FREIGHT COMPANY**
1014 N PLUM ROAD
UNIT # 103
SCHAUMBURG, IL 60173

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$12,750.00**

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**BELLA FREIGHT LLC**
**1535 PECAN PLACE**
**CIRCLEVILLE, OH 45601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,434.50 |
|---|---|---|---|

**BENESCH, FRIEDLANDER, COPLAN &**
**ARONOFF L**
**127 PUBLIC SQUARE #4900**
**CLEVELAND, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ATTORNEY FEES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**BERGMAN TRUCKING INC**
**889 CO RD 12**
**ITHACA, NE 68033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,880.00 |
|---|---|---|---|

**BEST EXPRESS TRANSPORTATION, LLC**
**DBA BES**
**1741 CHERRINGTON**
**EL PASO, TX 79928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BEST TRANSIT LLC**
**228 LINDENWOOD AVE**
**MELISSA, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**BETA FREIGHT INC**
**5641 N MENARD AVE 2ND FLOOR**
**CHICAGO, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|

**BETISO KALLO DBA ZED EXPRESS LLC**
**1400 ANCHOR DR**
**WYLIE, TX 75098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** |

**3.118**

**Nonpriority creditor's name and mailing address**
**BETWEEN THE DITCHES LLLP**
**4300 DERBYSHIRE TRCE SE**
**CONYERS, GA 30094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.119**

**Nonpriority creditor's name and mailing address**
**BFT INC**
**PO BOX 4040**
**OMAHA, NE 68127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

**3.120**

**Nonpriority creditor's name and mailing address**
**BH TRANS, INC.**
**2280 HICKS RD UNIT 508**
**ROLLING MEADOWS, IL 60008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121**

**Nonpriority creditor's name and mailing address**
**BHAJ TRANSPORT INC**
**2346 S LYNHURST DR SUITE 510**
**INDIANAPOLIS, IN 46143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.122**

**Nonpriority creditor's name and mailing address**
**BICHRI FREIGHT LLC**
**4105 PARK TRAIL POINT**
**ANTIOCH, TN 37013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.123**

**Nonpriority creditor's name and mailing address**
**BIG COUNTRY TRUCKING INC**
**7075 W GOWAN RD APT 2012G**
**LAS VEGAS, NV 89129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.124**

**Nonpriority creditor's name and mailing address**
**BIG EXPRESS INC**
**1790 HAWTHORNE COURT**
**ROMEOVILLE, IL 60446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**BIG HORN EXPRESS TRUCKING, LLC**
**1205 WHEELERS RIDGE RD**
**BEDFORD, VA 24523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |

**BIG M TRUCKING INC**
**3863 COUNTY ROAD 60**
**EUTAW, AL 35453**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |

**BIG MEN TRUCKING LLC**
**9824 MATZON RD**
**MIDDLE RIVER, MD 21219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**BIG WORM TRANSPORT LLC**
**740 ELK COVE CT NW**
**KENNESAW, GA 30171**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |

**BIRCA TRANSPORTATION INC**
**7920 W 108TH ST**
**PALOS HILLS, IL 60465**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**BISHOP FREIGHT SERVICE**
**6405 STONEY CREEK**
**PASADENA, TX 77503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |

**BLACK EAGLE TRANSPORTATION LLC**
**7518 COVE WAY**
**SAN ANTONIO, TX 78247**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**BLACK STAR TRANSPORT INC**
**7376 HUNTINGTON SQUARE LN APT 211**
**CITRUS HTS, CA 95621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.00 |
|---|---|---|---|

**BLINKHORN LOGISTICS LLC**
**7587 JOSHUA TRCE**
**CANAL WNCHSTR, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**BLUE HORSE TRUCKING LTD**
**50 REDSTONE RD NE**
**CALGARY, AB T2C 4T9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,550.00 |
|---|---|---|---|

**BLUE ROSE TRANSPORTATION INC**
**1100 OHLTOWN MCDONALD ROAD**
**MINERAL RIDGE, OH 44440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**BLUESTAR SERVICES LLC**
**P.O. BOX 72847**
**ROSELLE, IL 60162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**BMB EXPRESS LLC**
**3900 AVENUE I APT 102**
**BIRMINGHAM, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**BMS TRANSPORTATION LLC**
**5349 ROOSEVELT AVE**
**PORT ARTHUR, TX 77640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

**BMT TRANSPORT LLC**
**9737 AMBERTON PKWY APT 1051**
**DALLAS, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BOGG EXPRESS LLC**
**7577 CENTRAL PARKE BLVD 129**
**MASON, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**BOGGSTRUCKING LLC**
**228 COUNTRY RD**
**BELTON, SC 29627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,850.00**

**BOLDS TRANSPORT LLC**
**4111 DOMENIQUE LANE**
**FLORISSANT, MO 63042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,300.00**

**BOMBAY TRANSPORT INCORPORATED**
**22280 LOST BRANCH CIR**
**ASHBURN, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,100.00**

**BORDERLINE LOGISTICS LLC**
**413 MOUNT EVEREST DR**
**RIO GRANDE CY, TX 78582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**BOT TRANSPORT INC**
**9800 BOSTON RD**
**N ROYALTON, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 | |

**Nonpriority creditor's name and mailing address**
**BOTTOM LINE CONCEPTS**
3323 NE 163RD ST
SUITE 302
NORTH MIAMI BEACH, FL 33160

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.147 | |

**Nonpriority creditor's name and mailing address**
**BOUIE TRANSPORTATION INC**
20300 NE 3RD CT
MIAMI, FL 33179

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $2,950.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.148 | |

**Nonpriority creditor's name and mailing address**
**BOWERMAN TRUCKING INC**
180 LEE LN
SEARCY, AR 72143

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.149 | |

**Nonpriority creditor's name and mailing address**
**BOYD BROS TRANSPORTATION INC**
3275 HIGHWAY 30
CLAYTON, AL 36016

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,425.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.150 | |

**Nonpriority creditor's name and mailing address**
**BR TRANSPORTATION LLC**
8823 IROQUOIS DR
SAINT LOUIS, MO 63126

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.151 | |

**Nonpriority creditor's name and mailing address**
**BRAMOVIX LLC**
9904 ALOE CT
ODESSA, TX 79765

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.152 | |

**Nonpriority creditor's name and mailing address**
**BREEZE TRANSPORTATION LLC**
5451 ELKHORN
INDIANAPOLIS, IN 46217

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.00** |
|---|---|---|---|

**BRIAN E SMITH DBA SMITH FIRST TRUCKING**
RR 61 BOX 7250
MACOMB, MO 65702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

**BRIGGS TRANSIT, LLC**
9249 TORREY RD
WILLIS, MI 48174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**BRISTOL EXPRESS INC**
7402 BRISTOL PIKE
LEVITTOWN, PA 19057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$775.00** |
|---|---|---|---|

**BROCKWOOD TRUCKING LLC**
PO BOX 136
VOLIN, SD 57032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|

**BROOKHILL LLC**
2206 BROOKHILL RD
DOTHAN, AL 36301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**BROOMFIELD TRANSPORT LLC**
21227 KNIGHT QUEST DR
TOMBALL, TX 77375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BRUCKNER LEASING COMPANY AKA MACK LEASING SYSTEM**
9471 E. INTERSTATE 40
AMARILLO, TX 79118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GUARANTOR OF EQUIPMENT LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.160** | Nonpriority creditor's name and mailing address

**BRUCKNER LEASING COMPANY INC.**
**AKA MACK LEASING SYSTEM**
**9471 E. INTERSTATE 40**
**AMARILLO, TX 79118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **GUARANTOR FOR LOAN**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address

**BRUNEX CORPORATION**
**500 74TH ST APT 105**
**DOWNERS GROVE, IL 60515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,550.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address

**BRUNTON MOTOR FREIGHT**
**18862 N 1600 E ROAD**
**PONTIAC, IL 61764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address

**BRYANT'S TRANSPORTATION LLC**
**9593 AIRLANE DR**
**MACEDONIA, OH 44056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address

**BS LOGISTICS LLC**
**3805 OAKLAND AVENUE**
**SUITE 201E**
**SAINT JOSEPH, MO 64505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **AGENT CONTRACT TRANSPORTATION SERVICES AGREEMENT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address

**BSJ & P TRANSPORTATION INC.**
**3134 MARSH ISLAND DR**
**MYRTLE BEACH, FL 29579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address

**BSL EXPRESS TRUCKING INC**
**PO BOX 1249**
**BOLINGBROOK, IL 60446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

**BTI SPECIAL COMMODITIES INC**
**P O BOX 4805**
**DES MOINES, IA 50313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**BTR-WAY LOGISTICS LLC**
**4031 COLONEL GLENN PARKWAY**
**BEAVERCREEK, OH 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |

**BUCHANAN HAULING & RIGGING I**
**PO BOX 631526**
**CINCINNATI, OH 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |

**BULLDOG HIWAY EXPRESS**
**P O BOX 531796**
**ATLANTA, GA 31407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |

**BWA TRUCKING INC**
**1153 ALTURA TERRACE**
**ARCADIA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**BYERS TRUCKING & FREIGHT BROKER**
**LLC**
**23 W HARRIET ST**
**ALTADENA, CA 92410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |

**C & A TRANSPORT LLC**
**20745 397TH AVE**
**HURON, SD 57350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** |

**C & C USA CORP**
**15316 DENMARK DR**
**ABINGDON, VA 24210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$1,390.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** |

**C & G TRANSPORT**
**409 HALLEY AVE**
**MERCED, CA 95340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$1,900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** |

**C & L DAVIS TRUCKING LLC**
**148 SLIM JIM ROAD**
**SANTEE, SC 29142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$4,350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** |

**C & W TRUCKING & SONS INC**
**4100 ELM STREET**
**BETTENDORF, IA 52722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** |

**C D HAUGEN INC**
**5049 SCRIBNER RD NW**
**BEMIDJI, MN 56601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** |

**C R HARPER TRUCKING LLC**
**6500 W NEW BOSTON RD LOT 11 A**
**TEXARKANA, LA 75501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$1,350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** |

**C S HAUL SERVICES LLC**
**268 NW BENTLEY CIR**
**PORT ST LUCIE, FL 34972**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$7,150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address**<br>**C TAJ LIMOUSINE LLC**<br>**23121 FREDERICKS DR**<br>**FLAT ROCK, MI 48091**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$820.00** |

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address**<br>**C&B TRANSPORTATION SYSTEM**<br>**INCORPORATED**<br>**3029 BROOK HIGHLAND DR**<br>**BIRMINGHAM, AL 35217**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$800.00** |

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address**<br>**C01 TRUCKING LLC**<br>**13215 BUCHANAN ST**<br>**GRAND HAVEN, MI 49417**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address**<br>**C2 TRANS**<br>**3960 BROADWAY BLVD #220A**<br>**GARLAND, TX 75042**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$750.00** |

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address**<br>**C9 TRANSPORTATION LLC**<br>**1541 ROBIN LN**<br>**LANCASTER, TX 75134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$800.00** |

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address**<br>**CA TRANSPORT LLC**<br>**46442 GLEN EAGLE DR**<br>**UTICA, MI 48186**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address**<br>**CACAK EXPRESS INC**<br>**1890 FOX RUN DR UNIT A**<br>**ELK GROVE VLG, IL 60007**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,100.00** |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |

**CAEVA TRUCKING**
**9922 CAROB AVE**
**FONTANA, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |

**CAIN&ABLE TRUCKING LLC**
**225 BURNETT ST**
**GREENVILLE, AL 35967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |

**CAISIN TRANSPORT LLC**
**1665 LAUREL CREEK DR**
**LAWRENCEVILLE, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |

**CANADIAN FLATBEDS LTD**
**8270 LAWSON RD**
**MILTON, ON L9T 5J3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**CANDACE LAWSON**
**6485 COUNTY ROAD 89**
**BRYANT, AL 35958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |

**CANDELARIAS TRUCKING LLC**
**153 BERETTA PATH**
**NEW BRAUNFELS, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |

**CARAVAN LOGISTICS GROUP**
**5714 KENNETH AVE**
**CINCINNATI, OH 45224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARDINAL TRANSPORT INC**
**PO BOX 124**
**COAL CITY, IL 60416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARGO DELIGHTS INC**
**50 HEATON DR**
**COVINGTON, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARGO RUNNER CO**
**PO BOX 610028**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**CARGO TRANSPORT ALLIANCE LLC**
**2216 N 20TH AVE**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**CARLOS PITTELLI-NUNEZ**
**27 HARBOR PINES CT**
**LAS VEGAS, NV 89183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**CAROLINA DEVELOPMENT & INVESTMENT**
**INC**
**111 STAGERS RD**
**SUMMERHILL, PA 15958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.00 |
|---|---|---|---|

**CARRERA TRUCKING LLC**
**10827 BIG THICKET**
**DALLAS, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,400.00 |
|---|---|---|---|

**CARRIER, INC**
**5105 TALLVIEW DR SUITE 199**
**ROLLING MEADOWS, IL 60008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**CATASHOV INC**
**2750 GRANT AVE FL 1**
**PHILADELPHIA, PA 19114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**CCT FACTORING LLC**
**306 NYE DR**
**CHATTANOOGA, TN 37411**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CDB TRANSPORTATION LLC**
**20597 KAISER CR**
**LAKEVILLE, MN 55431**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**CEDAR POINT TRUCKING INC**
**PO BOX 429**
**REXBURG, ID 83440**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CENOVI TRANSPORTATION LLC**
**47 TOTOWA AVENUE**
**PATERSON, NJ 07502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**CENTRANS TRUCK LINES LLC**
**336 WEST US HIGHWAY 30 STE 201**
**VALPARAISO, IN 46385**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |

**CERINO TRANSPORTS**
**1002 CARTER ST**
**MILFORD, TX 76670**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,553.53 |

**CERIUM NETWORKS INC**
**1636 W 1ST AVE**
**SPOKANE, WA 99201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CFA LOGISTICS INC**
**11729 SE 249TH ST**
**KENT, WA 98030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |

**CGR LOGSTICS**
**25512 CINNAMON DR**
**PLAINFIELD, TL 60585**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,775.00 |

**CH REY TRANSPORT INC**
**770 NW 121 ST**
**NORTH MIAMI, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**CHAHAL LOGISTICS INC**
**714 LAFAYETTE CIR**
**PLEASANTVILLE, NJ 08332**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |

**CHAIREZ TRUCKING FLATBED SERVICE**
**INC**
**P O BOX 1252**
**HATCH, NM 87937**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |

**CHET TRANSPORT LLC**
**130 MORRIS AVE**
**ENGLEWOOD, NJ 07930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**CHIEF CARRIERS INC**
**PO BOX 2078**
**GRAND ISLAND, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |

**CHISCO FREIGHT LLC**
**2065 MADERO DR**
**BROWNSVILLE, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**CHOYCE INC**
**2121 TANNEHILL DR APT 1066**
**HOUSTON, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |

**CHRIS HELMS TRANSPORTATION**
**1000 SHORELINE DRIVE**
**HOUGHTON LAKE, MI 48629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |

**CHRIS LLC**
**2 BOSQUE PL**
**LOS LUNAS, NM 87031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |

**CHRIS LOGISTICS LLC**
**760 WINSTON DR**
**LAWRENCEVILLE, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRIS LOWERY DBA CRL LOGISTICS**
**12205 DEERFIELD LN**
**GLADE SPRING, VA 24340**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**CHRISTOPHER'S ROCK YARD LLC**
**4424 PALISADES PLACE DR**
**STONECREST, GA 30058**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.00 |
|---|---|---|---|

**CITISTATE CARRIERS INC**
**4 EMBARCADERO CRT**
**SUITE 1400**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**CJM TRANSPORTATION LLC**
**129 WREN DR**
**RINGGOLD, GA 30736**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,600.00 |
|---|---|---|---|

**CL TRANSPORT SERVICE INC**
**5594 LARK SPARROW CT**
**JURUPA VALLEY, CA 92509**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.00 |
|---|---|---|---|

**CLIFF REED INC**
**656 WILLOW CREEK ROAD**
**CORVALLIS, MT 59828**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**CM STEELE TRUCKING LLC**
**112 TURNIPSEED LANE**
**STATESVILLE, NC 28677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**COACH XPRESS INC**
9045 SOMERSET CT
ORLAND PARK, IL 60439

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLBERT'S L TRANSPORTATION LLC**
1418 SPRINGVIEW DR
AUGUSTA, GA 30906

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**COLLAZOS ELITE TRUCKING**
2555 OGDEN ST
SAN BERNARDINO, CA 92407

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**COLLINS LOGISTICS & TRANSPORTATION, L.L.**
2128 REMOUNT RD STE B 128
CHARLOTTE, NC 28210

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**COLUMBUS CARGO INC**
300 N MAIN ST STE 400
MIDDLETOWN, OH 45042

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**COMPLEXITY TRANSPORTATION LLC**
3218 PANTERA DR
TEXAS CITY, TX 77571

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**COND TRUCK LLC**
1931 MARKET CENTER BLVD APT 1214
DALLAS, TX 75207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**CONNECT GLOBAL LOGISTICS LLC**
7933 APALACHEE DR
INDIANAPOLIS, IN 46217

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**COOKIE CARRIERS INC**
7465 E US HIGHWAY 6
BUTLER, IN 46721

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.00 |
|---|---|---|---|

**COOMES INC**
1697 E 250 LANE
PHILLIPSBURG, KS 67661

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.00 |
|---|---|---|---|

**CORNERSTONE TRANSPORT INC**
P O BOX 822
ONEILL, NE T0E 0G0

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**COROBAN TRUCKING INC**
615 HUNTINGTON LN
SCHAUMBURG, IL 60106

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**COTTON DELIVERY SERVICES LLC**
6800 S INTERNATIONAL PKWY SUITE 10
MCALLEN, TX 78503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**COUNTRYWIDE TRANSPORT INC**
72 CROSSWAYS DRIVE EAST
BOHEMIA, NY 11716

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,700.00 |
|---|---|---|---|

**COWTOWN EXPRESS INC**
**7050 JACK NEWELL BLVD S**
**FORT WORTH, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**CR TRANSPORT INC**
**PO BOX 124**
**COAL CITY, IL 60416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $900.00 |
|---|---|---|---|

**CR TRUCKING & REPAIR INC**
**1806 BELMAR DR**
**GASTONIA, NC 28052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,000.00 |
|---|---|---|---|

**CRESCENT STAR EXPRESS INC**
**1361 GLENGARY DR**
**GLENDALE HEIGHTS, IL 60185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,900.00 |
|---|---|---|---|

**CROMER TRUCKING LLC**
**11924 SAND SPRINGS RD**
**MOUNT VERNON, KY 40456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**CROSS EXPRESS COMPANY**
**567 W ALGONQUIN ROAD**
**MOUNT PROSPECT, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**CROWLEY FLECK**
**490 N 31ST ST.**
**BILINGS, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ATTORNEY FEES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRST EXPEDITED INC**
PO BOX 71573
CHICAGO, IL 71573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |
|---|---|---|---|

**CSA & AP CARRIERS INC**
234 BIRMINGHAM CT
ROSELLE, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CUEVAS TRANS INC**
108 LEYVA AVE
FIREBAUGH, CA 93622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**CULLER TRANSPORT LLC**
3421 COUNTY ROAD 213
CLYDE, OH 43410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.63 |
|---|---|---|---|

**CULLIGAN WATER**
603 W MAIN ST
LAUREL, MT 59044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  VENDOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
|---|---|---|---|

**CUNNINGHAM EXPRESS LLC**
3861 G 1/4 RD
PALISADE, CO 81526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**CUSTOM TRANSPORTATION LLC**
PO BOX 8
WHITEVILLE, TN 38075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**CVD TRANSPORT INC**
**6105 COBBLESTONE CT**
**GULF SHORES, AL 36547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |

**CW WELDING & FABRICATION LLC**
**14369 305TH ST**
**VESTA, MN 56292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |

**CWK TRANSPORT INC**
**PO BOX 379**
**GOSHEN, IN 46528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |

**D & C TRANSPORT SERVICE LLC**
**10650 COUNTY RD 81 #218**
**MAPLE GROVE, MN 55430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**D & L SUPPLY COMPANY**
**880 WEST 150 NORTH**
**LINDON, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |

**D A B LOGISTICS INC**
**11505 ROUTE 143**
**STANSTED-EST, QC J0B 1L0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00** |

**D AND L TOWING INC**
**375 MACK RD**
**SABINSVILLE, PA 18202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,050.00 |
|---|---|---|---|

**D L DEEM**
**7800 RT 35**
**MILLS, PA 17220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00 |
|---|---|---|---|

**D LEWIS TRANSPORT LLC**
**6863 COUNTY ROAD HH**
**VESPER, WI 54489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**D XAVIER TRUCKING INC**
**16 EAGLE LN**
**PAXTON, MA 01612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**DABCO LLC**
**31929 AMERICAN LEGION RD**
**MACKINAW, IL 61755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|

**DAILY STOIC TRANSPORT INC**
**1632B CALIFORNIA AVE SW**
**SEATTLE, WA 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |
|---|---|---|---|

**DALTON BONTRAGER TRUCKING INC**
**67085 CR 11**
**NAPPANEE, IN 46516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**DAMITRANS CORP**
**PO BOX 840267**
**DALLAS, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANS ADVANTAGE TOWING & RECOVERY SERVICE**
P O BOX 27112
KNOXVILLE, TN 37924

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**DANSAB INC**
11138 NORTHWEST RD #D
PALOS HILLS, IL 60465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,445.33 |
|---|---|---|---|

**DAT SOLUTIONS LLC**
BOX #3801, PO BOX 8500
PHILADELPHIA, PA 19178-3801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**DAVE SUITTER TRUCKING INC**
29 N 150 W
JEROME, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**DAVID C EPLEY DBA EPLEY TRANSPORT LLC**
173 CALLAWAY ST
NEWTON, AL 32425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID PHILLIPS TRUCKING CO.**
PO BOX 169
BEAR CREEK, NC 27207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**DAVID RODRIGUEZ TRUCKING LLC**
1827 S CRAIG CIR
ROGERS, AR 72758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**DAVIS & DAVIS TRUCKING LLC**
**3305 WELLER DR**
**INDIANAPOLIS, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,965.00 |
|---|---|---|---|

**DAWSON TRUCK LINES**
**1007 CHEROKEE STREET NE**
**ROANOKE, VA 24012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAWSON TRUCK LINES INC**
**1007 CHEROKEE STREET NE**
**ROANOKE, VA 24012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __AGENT CONTRACT TRANSPORTATION SERVICES AGREEMENT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**DAY 2 NIGHT TRANSPORTERS LLC**
**195 NE OREGON AVE**
**IRRIGON, OR 97844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAYTON LOGISTICS SERVICES LLC DBA: DLS**
**521 LEO ST**
**DAYTON, OH 45414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.00 |
|---|---|---|---|

**DB EXPRESS SERVICES INC.**
**404 RIDGE ST**
**ALGONQUIN, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**DD 214 TRANSPORT LLC**
**3708 NUTHATCH DR**
**INDIAN TRAIL, NC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DDM LOGISTICS INC**
**6800 SANTA FE DR**
**HODGKINS, IL 60525**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**DECK LOGISTICS LLC**
**11619 W QUINN DR.**
**ODESSA, TX 79764**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,575.00 |
|---|---|---|---|

**DEE J HELLIE**
**4151 S 38TH ST**
**LINCOLN, NE 68526**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.00 |
|---|---|---|---|

**DELTA FREIGHT SYSTEMS LLC**
**1350 E TOUHY AVE SUITE 110E**
**DES PLAINES, IL 60018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**DELTA TRUCKING GO INC**
**PO BOX 279345**
**SACRAMENTO, CA 95826**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**DENT TRUCK LINES INC**
**225 COUNTY ROAD 109**
**SWEETWATER, TX 79556**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEOL TRANSPORT SOLUTIONS LLC**
**65 KYLE DR**
**PHILLIPSBURG, NJ 08846**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
DH CARRIER
1943 BLEVIN ROAD
YUBA CITY, CA 95993

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00
DIAMOND DELIVERY LLC
16505 NE 22ND ST
VANCOUVER, WA 98684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00
DIAMOND HEAD TRANSPORT LLC
19 WILD ACRES RD
DRASCO, AR 72039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
DIAMOND PRO LOGISTICS INC
7823 SYDNEY BAY CT
RICHMOND, TX 77407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00
DIANA M OREJUELA ORTEGA DBA D&L
TRANS
79269 TALLADEGA SPRINGS LN
RICHMOND, TX 77085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00
DINCPIE TRUCKING LLC
3649 EVERGREEN PARKWAY UNIT 881
EVERGREEN, CO 80439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00
DLV EXPRESS INC
5917 PARTRIDGE LANE
LONG GROVE, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00**

DMM EXPRESS
7410 N 92ND AVE
CAMAS, WA 98607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00**

DNM EXPRESS LLC
9413 OTTER CREEK DR APT B
CHARLOTTE, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

DONALD LEWIS DBA D LEWIS TRUCKING
6836 ROOK BLVD
HOUSTON, TX 77087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00**

DONE RIGHT TRUCKING
6554 OASIS BUTTE DR
COLORADO SPRINGS, CO 80923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

DONNA JONES
2701 HUMMINGBIRD WAY
BILLINGS, MT 59105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00**

DOUBLE M XPRESS INC
5272 PRAIRIE FLOWER RD
CERES, CA 93215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

DOUBLE NICKLE TRUCKIN LLC
1648 TIMBER CREEK DR
HERNANDO, MS 38632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

**DOUBLE R TRANSPORTATION LLC**
PO BOX 2557
SAPULPA, OK 74066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00**

**DOUBLE SS HOLDING GROUP LLC**
3203 DAYMARK TER
OCOEE, FL 34761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,550.00**

**DOUG BRADLEY TRUCKING INC**
680 E WATER WELL RD
SALINA, KS 67401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00**

**DPS LOGISTICS LLC**
0N321 MORNINGSIDE AVE
WEST CHICAGO, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00**

**DRB EXPRESS**
1296 PRIMM RD
ASHLAND CITY, TN 37015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00**

**DREAMLOG INC**
12811 WATERFORD RD
PLAINFIELD, IN 60585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00**

**DRINA TRANS INC**
2217 BRESEE
CARROLTON, TX 75032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,032.00** |

**DRIVE ON HOLDINGS LLC**
**4112 W 125TH**
**CROWN POINT, IN 46307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |

**DSK TRANSIT LLC**
**3321 CHELTENHAM ST**
**LAS VEGAS, NV 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |

**DUE NORTH TRANSPORT**
**7048 64TH AVE NE SUITE 2**
**REMER, MN 56672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**DUKE OILFIELD SERVICES, LLC**
**P0 BOX 1253**
**LOVINGTON, NM 88260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |

**DUNHAM TRUCKING LLC**
**3362 EAST 1/4 ROAD**
**CLIFTON, CO 81520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,636.25** |

**DYNAMIC ENERGY TRANSPORT, LLC**
**3833 EAST LARKSPUR LANE**
**GARDENDALE, TX 79758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**DYNAMIC MD LLC**
**250 NORTH SCHMALE ROAD**
**CAROL STREAM, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**DZYK TRANSPORTATION SERVICES**
**8121 NEW TOWN RD**
**WAXHAW, NC 28173**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $675.00 |
|---|---|---|---|

**E & R TRANSPORTATION LLC**
**408 WINECOFF WOODS DR NW**
**CONCORD, NC 28027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,600.00 |
|---|---|---|---|

**E M C A EXPRESS LLC**
**5322 CRITTENDEN ST**
**HYATTSVILLE, MD 20781**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,400.00 |
|---|---|---|---|

**E U D LOGISTICS CORP**
**27500 SW 137TH CT**
**HOMESTEAD, FL 33172**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,500.00 |
|---|---|---|---|

**E Y G TRANSPORT LLC**
**1011 E 42ND ST**
**SAN ANGELO, TX 76903**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,000.00 |
|---|---|---|---|

**E- TYPE LOGISTICS LLC**
**445 BUCKHURST DR**
**BALLWIN, MO 63117**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,600.00 |
|---|---|---|---|

**E3A TRUCKING INC**
**4000 COASTAL COVE CIR**
**JACKSONVILLE, FL 32225**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.328**

Nonpriority creditor's name and mailing address

**EAGLE BUSINESS CREDIT LLC**
4036 W 120TH ST
MERRIONETT
IN, IL 60803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$4,091.66**

---

**3.329**

Nonpriority creditor's name and mailing address

**EASLEY TRANSPORTATION ASSOCIATES
LLC**
11726 W CHENANGO DR APT 15
MORRISON, CO 80465

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.330**

Nonpriority creditor's name and mailing address

**EASTERN EXPRESS INC**
PO BOX 74124
CLEVELAND, OH 44125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331**

Nonpriority creditor's name and mailing address

**EBELE BROTHERS TRUCKING, LLC**
21739 CLARENCE LANE
LITTLETON, CO 80120

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.332**

Nonpriority creditor's name and mailing address

**EBMS INC**
PO BOX 21367
BILLINGS, MT 59104-1367

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INSURANCE**

Is the claim subject to offset? ■ No ☐ Yes

**$755.91**

---

**3.333**

Nonpriority creditor's name and mailing address

**ECHO ENTERPRISE TRUCKING INC**
5826 N FLORIDA ST
SPOKANE, WA 99217

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,650.00**

---

**3.334**

Nonpriority creditor's name and mailing address

**ECLECTIC LOGISTICS  LLC**
1140 KIMBERLY RD. STE 210
DAVENPORT, IA 52807

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |

**ECLIPSE SOLUTIONS INC**
**152 BENTON LN**
**BLOOMINGDALE, IL 60108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**EDGAR DEJESUS QUINTEROS DBA E QUINTEROS**
**17553 KRANENBURG AVE**
**BAKERSFIELD, CA 93307**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,450.00 |

**EDMSTARS TRUCKING LTD**
**6019 19 AVE  SW**
**EDMONTON, AB T6X 2A4**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |

**EDO EXPRESS LLC**
**14008 NE 102ND ST**
**VANCOUVER, WA 98682**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,700.00 |

**EDOTEX TRUCKING EML TRANSPORTATION**
**15222 HILLTOP VIEW DRIVE**
**CYPRESS HILLS, TX 77429**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**EFAX CORPORATE C/O J2 CLOUD SERVICES LLC**
**PO BOX 51873**
**LOS ANGELES, CA 90051-6173**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |

**EGV LOGISTICS INC**
**1629 W ERIE ST**
**CHICAGO, IL 60654**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**EGZIT CORPORATION**
**9 S 220 S FRONTAGE RD  18/211**
**WILLOWBROOK, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**EL CAIMAN TRUCKING**
**2009 LEEANN DR**
**AUSTIN, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**EL PASO HOTSHOT TRANSPORTATION**
**LLC**
**317 HARTLEY AVE**
**SAN ELIZARIO, TX 79936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**EL VALLE TRANSPORT LLC**
**2443 SENTRY PALM DR**
**RIO GRANDE CITY, TX 78582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**ELITE TRANSPORT SERVICES LLC**
**3400 INLAND EMPIRE BLVD STE 101**
**ONTARIO, CA 91764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**EMANUEL PRO DELIVERY TRUCKING LLC**
**667 CROSSPOINT DR**
**NEW BRAUNFELS, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |
|---|---|---|---|

**EMV TRANSPORTATION LLC**
**5941 STATE HIGHWAY 359**
**LAREDO, TX 78041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**3.349** Nonpriority creditor's name and mailing address
**ENGLUND EQUIPMENT COMPANY INC**
**P O BOX 250**
**CASHION, AZ 85323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.350** Nonpriority creditor's name and mailing address
**ER FREIGHT TRANSPORTATION LLC**
**937 BALSAM LN**
**BARTLETT, IL 60428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.351** Nonpriority creditor's name and mailing address
**ESCOBEDO TRUCKING**
**9222 SCRANTON**
**HOUSTON, TX 77013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352** Nonpriority creditor's name and mailing address
**ESS EN CY, LLC DBA CHAD NICHOLAS TRUCKIN**
**4435 E CHANDLER BLVD STE 200**
**PHOENIX, AZ 85019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$1,550.00**

---

**3.353** Nonpriority creditor's name and mailing address
**EURO UNITED LLC**
**2809 PARKVIEW LN #1313**
**BEDFORD, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.354** Nonpriority creditor's name and mailing address
**EV TRUCKING & TRANSPORT LLC**
**8928 MYRA WAY**
**CHARLOTTE, NC 28215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.355** Nonpriority creditor's name and mailing address
**EVE TRUCKING INC**
**9864 LELAND AVE UNIT 412**
**SCHILLER PARK, IL 60402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EVERHART TRANSPORTATION INC**
**1622 INDUSTRIAL ROAD**
**GREENEVILLE, TN 37745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**EVOLUTION TRANSPORT INC**
**1094 WILDLEAF CV**
**MEMPHIS, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**EXODO TRANSPORT LLC**
**4062 N 80TH DR**
**PHOENIX, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**EXPRESS ALLIANCE COURIER**
**2633 LIME AVE**
**SIGNAL HILL, CA 90755-2719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**EXPRESS CONNECTION LOGISTICS INC**
**23560 RED JUNIOER LANE**
**NEW CANEY, TX 77357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXPRESS RIDER TRUCKING LLC**
**PO BOX 683254**
**HOUSTON, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|---|---|---|---|

**F & S TRUCKING**
**820 ROYLE RD**
**LADSON, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**F2F TRANSPORT**
**PO BOX 306445**
**NASHVILLE, TN 37402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**FAB HAULING AND LOGISTICS LLC**
**33 BRUNSWICK LN**
**HENDERSON, NC 27537**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,345.00 |
|---|---|---|---|

**FADE TRANSIT LLC**
**554 GREEN GARDEN CIR**
**CHESTER, VA 23836**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**FAITHFUL 33 TRUCKING LLC**
**PO BOX 2442**
**WEATHERFORD, TX 76088**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FALVEY SHIPPERS INSURANCE LLC**
**66 WHITECAP DR**
**NORTH KINGSTOWN, RI 02852**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FARMERS ELEVATOR OF KENSINGTON,**
**MINNESOT**
**22 RAILWAY ST W**
**KENSINGTON, MN 56343**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**FARMERS OIL COMPANY INC**
**826 W MAIN ST**
**ANTHONY, KS 67003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**3.370**

**Nonpriority creditor's name and mailing address**
**FAST4WARD EXPRESS INC**
**1181 E RANDVILLE DRIVE**
**PALATINE, IL 60074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371**

**Nonpriority creditor's name and mailing address**
**FASTRANSPORT LLC**
**19941 KENTVILLE ROAD**
**TISKILWA, IL 60515**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **$1,825.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372**

**Nonpriority creditor's name and mailing address**
**FASTWAY TRANS GROUP INC**
**65 MARTHAS MEADOW PLACE**
**NORTHEAST**
**CALGARY, AB T3J 4P4**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373**

**Nonpriority creditor's name and mailing address**
**FASTWAY TRANS LLC**
**3620 E 42ND ST APT 203**
**MINNEAPOLIS, MN 55406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **$4,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374**

**Nonpriority creditor's name and mailing address**
**FEDEX**
**PO BOX 94515**
**PALATINE, IL 60094-4515**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **$198.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375**

**Nonpriority creditor's name and mailing address**
**FERGUSONS TRANSPORT LLC**
**482 STAR BLVD**
**MADISON, TN 37115**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **$1,320.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376**

**Nonpriority creditor's name and mailing address**
**FIELDS BOY ENTERPRISE LLC**
**PO BOX 53721**
**INDIANAPOLIS, IN 46253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **$1,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.377** | Nonpriority creditor's name and mailing address
**FIREMASTER**
DEPT 1019, PO BOX 121019
DALLAS, TX 75312-1019

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

$179.25

---

**3.378** | Nonpriority creditor's name and mailing address
**FLASH LOVE LOGISTICS**
81 REGENCY PARK DR
AGAWAM, MA 10100

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$1,675.00

---

**3.379** | Nonpriority creditor's name and mailing address
**FLAT SOLUTIONS LLC**
5545 HOMEWOOD RD
PENSACOLA, FL 32504

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$1,150.00

---

**3.380** | Nonpriority creditor's name and mailing address
**FLEET LOGISTICS LLC**
3822 WOODBRIDGE CT
BOWLING GREEN, KY 42103

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$850.00

---

**3.381** | Nonpriority creditor's name and mailing address
**FLOYD TRUCKING LLC**
W4123 CTH M
MEDFORD, WI 54451

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.382** | Nonpriority creditor's name and mailing address
**FLUKER TRANSPORTATION LLC**
41321 THOMPSON DR.
HAMMOND, LA 70403

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$1,700.00

---

**3.383** | Nonpriority creditor's name and mailing address
**FM TRUCKING LLC**
2801 WELLS BRANCH PKWY
AUSTIN, TX 78726

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$1,350.00

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.384** Nonpriority creditor's name and mailing address

**FOILES TRUCKING LLC**
**15679 NIGHT GALLERY LANE**
**JERSEYVILLE, IL 62052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.385** Nonpriority creditor's name and mailing address

**FORSAGE INC**
**838 BLUESTEM DR**
**BOLINGBROOK, IL 60440**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.386** Nonpriority creditor's name and mailing address

**FORT MYERS TRUCKING INC**
**PO BOX 150576**
**CAPE CORAL, FL 33915**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$4,200.00**

---

**3.387** Nonpriority creditor's name and mailing address

**FOUR BROTHERS TRANSPORT LLC**
**1277 HORIZON RIDGE CT NE**
**KEIZER, OR 97303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388** Nonpriority creditor's name and mailing address

**FOUR D TRUCKING LLC**
**81 E FARMINGTON TRCE**
**PIKE ROAD, AL 36108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.389** Nonpriority creditor's name and mailing address

**FOX VALLEY ALFALFA MILL INC**
**P O BOX 278**
**HILBERT, WI 54129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.390** Nonpriority creditor's name and mailing address

**FR8MAX INC**
**134 VINTAGE PARK BLVD, STE A-659**
**HOUSTON, TX 77070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,250.00**

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FRANCIS TRANSPORTATION LLC**
PO BOX 677
BRIGHAM CITY, UT 84302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |

**FRANCISCO ALVAREZ HERNANDEZ**
20803 FAWN TIMBER TRAIL
HUMBLE, TX 77346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |

**FRANKFOTHER TRUCKING**
1435 TOWNLINE RD
STEWARD, IL 60553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |

**FRASIER DEDICATED SERVICES INC**
1200 NORTH 28TH AVENUE
DFW AIRPORT, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**FREDDIE PAYNE LLC**
PO BOX 906
WEDOWEE, AL 36278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,555.00 |

**FREERKSEN TRUCKING INC**
9 3RD AVE SW
DODGE CENTER, MN 55927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |

**FREIGHT INTERNATIONAL LLC**
1030 DUNEDIN TRL
WOODSTOCK, GA 30188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**FREIGHTBULL INC**
**7455 DUVAN DRIVE**
**TINLEY PARK, IL 60477**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**FREIGHTSTAR EXPEDITED LLC**
**1201 W WASHINGTON ST**
**WEST CHICAGO, IL 60185**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.00 |
|---|---|---|---|

**FRENCH TRUCKING INC**
**160 BUD CROCKETT DRIVE**
**LEXINGTON, TN 38351**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,100.00 |
|---|---|---|---|

**FRIAS TRANSPORT CORP**
**2473 SW AVONDALE ST**
**PORT ST LUCIE, FL 34952**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**FRIESIAN TRANSPORTATION, INC.**
**PO BOX 1287**
**MOUNT AIRY, NC 27030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**FRONTIER LEASING INC**
**1100 N OHIO STREET**
**SALINA, KS 67401**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FSD FREIGHT CO**
**450 W BRIAR PL APT 12M**
**CHICAGO, IL 60632**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FSD TRANSPORTATION INC**
**319 S NAPERVILLE RD SUITE 201**
**WHEATON, IL 60189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |

**FULGER TRANSPORT INC**
**4016 COUNTY RD 23**
**ESSEX, ON N8M 2X7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |

**FULL SPEED AHEAD INC**
**355 W DUNDEE RD STE 205**
**BUFFALO GROVE, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |

**FUNAKOSHI INC**
**1435 COVE DR**
**PROSPECT HTS, IL 60070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |

**FUZE TRANSPORT USA, INC.**
**PO BOX 98**
**HANOVER, MN 55341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |

**FX4 LOGISTICS INC**
**23605 NE HALSEY ST**
**WOOD VILLAGE, OR 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**G & C TRUCKING INC**
**P O BOX 456**
**AGUILAR, CO 81020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**G TRANSPORTATION LLC**
**619 LONG MELFORD DRIVE**
**ROLESVILLE, NC 27891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**G3 SERVICES HEAVY HAUL & PILOT CAR**
**LLC**
**406 OMEGA ST**
**EL CAMPO, TX 77437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**G9 TRUCKING LLC**
**3336 CHATEAU LANE**
**LOUISVILLE, KY 40219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,850.00 |
|---|---|---|---|

**GA LOGISTICS LLC**
**8624 24TH AVE APT 1A**
**BROOKLYN, NY 07721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,450.00 |
|---|---|---|---|

**GABE TRUCKING LLC**
**3051 NE 150TH AVE APT A**
**VANCOUVER, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**GABLE TRUCKING LLC**
**8855 SOUTH 135 ST WEST**
**CLEARWATER, KS 67026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**GAJ TRANSPORT L.L.C.**
**101 CLYDE MORRIS BLVD APT 150**
**ORMOND BEACH, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**GALAXY TRANSPORT LLC**
503 E NIFONG BLVD 129
COLUMBIA, MO 65201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**GALLARDO TRUCKING, INC**
1205 7TH ST
CALEXICO, CA 92231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**GAMA LOGISTICS**
1511 BRACT ST
EDINBURG, TX 78045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**GAMBLE EXPRESS LLC**
4611 HARDSCRABBLE RD
STE 108 PMB 274
COLUMBIA, SC 29229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**GARRY BARNES DBA GLB TRUCKING**
13151 COUNTY RD 431
DEXTER, MO 63849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**GARY DAVIS CONSTRUCTION, LLC**
PO BOX 579
HURRICANE, UT 84737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**GARY EXPRESS TRUCKING LLC**
1176 HENSLEY RD W
FORT MILL, SC 28601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | Debtor | **MEADOW LARK AGENCY, INC.** | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | | Name | | | |

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**GARYS TRUCK AND TRAILER REPAIR LLC**
**15003 90TH ST E**
**PUYALLUP, WA 98047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GAYLE FRERICHS TRUCKING LLC**
**2425 N 25TH ST**
**TERRE HAUTE, IN 47932**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,360.00** |
|---|---|---|---|

**GB GR TRANSPORT**
**4355 WINDERGATE DR**
**JACKSONVILLE, FL 32257**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00** |
|---|---|---|---|

**GBA TRANS INC**
**317 SW 322ND ST**
**FEDERAL WAY, WA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GCS GLOBAL CARRIER SOLUTIONS LLC**
**7352 STONE BLUFF DR**
**DOUGLASVILLE, GA 30134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**GE NATIONWIDE LLC**
**658 WINDING SPRING DR**
**FAYETTEVILLE, AR 72703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**GEAR DRIVEN TRANSPORTATION LLC**
**3902 SHARON RD**
**MIDLAND, MI 48642**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.433** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GEAR LOGISTICS CORP**
**3716 S AUSTIN BLVD**
**CICERO, IL 60301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GENUINE TRANSPORT INC**
**2217 S 59TH CT**
**CICERO, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GEO TRUCKERS LLC**
**6326 CARRIAGEWOOD CT**
**RICHMOND, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,700.00**

**GEORGE FREIGHT SOLUTIONS LLC**
**21255 SW 173RD AVE**
**MIAMI, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GH GLORIAS LLC**
**15895 E 8TH DR**
**AURORA, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**

**GIFTED UMBRELLA LLC DBA AZ3**
**TRANSPORT**
**2822 CASHWELL DR STE 233**
**GOLDSBORO, NC 27530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,750.00**

**GILL BROTHERS**
**14916 SIMMONS GROVE DRIVE**
**HAYMARKET, VA 20169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**GIT TRUCKING LLC**
**140 HICKMAN ST**
**MOBILE, AL 36610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**GL GROUP INC**
**3019 SERENITY LN**
**NAPERVILLE, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00** |
|---|---|---|---|

**GLG TRANSPORT & LOGISTICS LLC**
**5755 N GENOA WAY APT 14-204**
**AURORA, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**GLOBAL CARRIER LLC**
**5963 GLENWAY DR APT B**
**BROOK PARK, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00** |
|---|---|---|---|

**GLOBAL EXPRESS LLC**
**3122 GLENDALE AVE**
**HATTIESBURG, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**GLOBAL TRANS LLC**
**PO BOX 8354**
**MINNEAPOLIS, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**GLOBAL TRUCKING INC**
**5932 209 ST NW**
**EDMONTON, AB T5P 2R9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.447 | **Nonpriority creditor's name and mailing address**<br>**GLOBEX TRANSPORT INC**<br>**9169 W STATE ST #550R**<br>**BOISE, ID 83714** | **$1,500.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.448 | **Nonpriority creditor's name and mailing address**<br>**GLOJISTIK LLC**<br>**11619 GLADEFIELD DR**<br>**HOUSTON, TX 77063** | **$600.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.449 | **Nonpriority creditor's name and mailing address**<br>**GM & SR EXPRESS**<br>**16455 DARLINGTON MEADOW COURT LANE**<br>**HOUSTON, TX 77073** | **$1,900.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.450 | **Nonpriority creditor's name and mailing address**<br>**GMX LOGISTICS LLC**<br>**7918 MAIN ST # 852**<br>**FOGELSVILLE, PA 18954** | **$2,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.451 | **Nonpriority creditor's name and mailing address**<br>**GNH LOGISTICS INC**<br>**1701 CANDLER LN**<br>**MODESTO, CA 95354** | **$1,800.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.452 | **Nonpriority creditor's name and mailing address**<br>**GNI EXPRESS INC**<br>**7913 GLEN TREE DRIVE**<br>**CITRUS HEIGHTS, CA 95765** | **$1,850.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.453 | **Nonpriority creditor's name and mailing address**<br>**GNS TRUCKING INC**<br>**2434 FOREST DR # 208**<br>**WOODRIDGE, IL 60108** | **$1,600.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**GOLD POINT TRANSPORT**
**3071 WEST STATE HIGHWAY F,**
**OZARK, MO 65721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOLDEN GRAIN ENTERPRISES, LLC**
**400 W SANTA FE TRAIL BLVD**
**LAKIN, KS 67860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**GOLDEN WAY TRUCKING INC**
**24119 W RIVERWALK CT #133**
**PLAINFIELD, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOOD DAY CARRIER CORP**
**16W350 94TH STREET**
**BURR RIDGE, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**GOZPOL TRANSPORT INC**
**6162 KNOLL WOOD RD APT 104**
**WILLOWBROOK, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GP TRANSPORTATION CO**
**PO BOX 95379**
**CHICAGO, IL 60436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**GREAT CONNECTIONS INC**
**5234 OAKTON STREET APT 3B**
**SKOKIE, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**GREAT LAKES CARRIER LLC**
**102 W DIAMOND LAKE RD APT 308**
**MINNEAPOLIS, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREAT WIDE A T F TRUCKING LLC**
**PO BOX 69153**
**BALTIMORE, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**GREEN'S TRUCKING**
**PO BOX 96**
**SAINT JOSEPH, TN 38481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
|---|---|---|---|

**GREENWAY SYSTEMS INC**
**1712 W 8300 S**
**WEST JORDAN, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREGERSON EXPRESS INC**
**26159 740TH AVE**
**GRAND MEADOW, MN 55936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**GRIZZARD TRUCKING LLC**
**45 DRY CREEK RD**
**UNION GROVE, AL 35016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**GROEN ENTERPRISES INC**
**7568 US HWY  264 E**
**WASHINGTON, NC 27889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**GROTHAUS TRUCKING CO**
**10339 PLAINVIEW BLACKTOP**
**PLAINVIEW, IL 62037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**GROUND PILOT LOGISTICS INC**
**3323 LEHIGH CRESCENT**
**MISSISSAUGA, ON L4T 1W9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**GTI TRANSPORT**
**7600 CHEVY CHASE DR**
**SUITE 300**
**AUSTIN, TX 78752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GTR TRANS LLC**
**2025 SE 117TH AVE**
**PORTLAND, OR 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**GTS EXPRESS INC**
**P O BOX 191**
**WAYNESBORO, GA 30830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**GTS TRANSPORTATION**
**7545 S MADISON ST**
**BURR RIDGE, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**GUENTHER ROBB HATCH**
**PO BOX 91**
**SNOW FLAKE, AZ 85937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

1:23-bk-10135-BPH   Doc#: 1   Filed: 11/06/23   Page 117 of 311

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**GUIA & ROJAS TRANSPORTATION LLC**
28122 SW 160TH CT
HOMESTEAD, FL 33033

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**GUIMARA S POZO TRUCKING TRANSPORT INC**
13733 FORCE ST
HOUSTON, TX 77049

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**GUTIERREZ TRANSPORT LLC**
1416 GENEVIEVE WAY
CERES, CA 92231

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GUY M TURNER INC**
PO BOX 7776
GREENSBORO, NC 27406

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**GUZMAN TRANSPORTATION**
15825 SUSAN EILEEN AVE
BAKERSFIELD, CA 93308

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**GV AUTO LLC**
2210 W MAIN  ST STE107
BATTLE GROUND, WA 98604

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**GVA TRANSPORTATION INC**
1431 OPUS PLACE SUITE 110
DOWNERS GROVE, IL 60532

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,300.00 |

**H & S ENTERPRISES INC**
**199 STRYKERS ROAD**
**PHILLIPSBURG, NJ 08865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $2,500.00 |

**H I TRUCKING LLC**
**14611 GULLY PLACE**
**DALLAS, TX 75182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**H W BLAHNIK TRUCKING INC**
**WEST 7522 SWANSON ROAD**
**STEPHENSON, MI 49887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $550.00 |

**H.A.M. HAULING LLC**
**3847 LYNDALE AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $4,900.00 |

**H2O LOGISTICS INC**
**67 SLATER STREET**
**CAMBRIDGE, ON N1R0C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,200.00 |

**HAARP TRANS LTD**
**HAARP TRANS LTD**
**MISSISSAUGA, ON N0B 2T0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $570.00 |

**HAHN RANCH TRUCKING INC**
**7996 HWY 287**
**TOWNSEND, MT 59644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**HAJ TRANSPORTATION INC**
**8916 DATAPOINT DR APT 1134**
**SAN ANTONIO, TX 78229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |

**HAMMER LANE TRUCKING LLC**
**13890 120TH ST**
**WADENA, MN 56482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**HAMMERDOWN EXPRESS INC**
**24730 W BLUFF RD**
**CHANNAHON, IL 60513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**HANDY TRANSPORTATION INC**
**10122 S MANDEL ST**
**PLAINFIELD, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**HARBY TRANSPORT LLC**
**9170 53RD AVE W**
**MUKILTEO, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |

**HARDWAY TRANSPORTATION INC**
**118 IRON STATION ROAD**
**DALLAS, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |

**HARPERS HOT SHOT TRUCKING**
**PO BOX 449**
**WICHITA FALLS, TX 76307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**HATFIELD ENTERPRIZES INC**
**16715 EAST EUCLID AVENUE**
**SPOKANE VALLEY, WA 99216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.00 |
|---|---|---|---|

**HAULING ASSETS TRUCKING INC**
**7248 HWY 270**
**MALVERN, AR 71913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $645.00 |
|---|---|---|---|

**HAWKS RANCH TRUCKING LLC**
**301 W MAIN ST.**
**ADAIR, OK 74361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**HAYDAY EXPRESS**
**36468 405TH LANE**
**AITKIN, MN 56431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,025.00 |
|---|---|---|---|

**HAYWARD LOGISTICS**
**367 TALBOT STREET**
**COURTLAND, ON N0J 1E0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**HEAVY HAUL LLC**
**1802 W LANSING RD**
**MORRICE, MI 48857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**HEAVYHITTERZTRUCKINGLLC**
**1890 WEST 7865 SOUTH**
**WEST JORDAN, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**HECTOR MARTINEZ GUTIERREZ**
**11895 CASCADA CT**
**FONTANA, CA 92337**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEDY KALANTAR**
**PO BOX 2473**
**CLARKSVILLE, TN 37043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**HELEN OF TROY TRANSPORTATION LLC**
**3505 LEWISTON RD**
**GREENSBORO, NC 27410**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**HENRY LAMAR RAMSEY**
**PO BOX 39**
**SCOOBA, MS 39358**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $819.00 |
|---|---|---|---|

**HENRYS CARRIER INC**
**7015 WINGATE DR**
**CUMMING, GA 30040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEREAFTER TRANSPORT LLC**
**9660 FALLS OF NEUSE RD**
**RALEIGH, NC 27615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**HERITAGE TRANSPORT INC**
**PO BOX 427**
**BRANDON, MN 56308**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEROSE LLC**
**1627 NAVCO RD**
**MOBILE, AL 36605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HERRERA TRUCKING**
**1429 HWY 112**
**EASTLAND, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**HERRERAS TRUCKING LLC**
**2505 WOLVEY RD**
**EASTOVER, NC 28312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**HFC TRANSPORT LLC**
**4340 PITT RD**
**CEDAR HILL, TN 37032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.00 |
|---|---|---|---|

**HIGHWAY FREIGHTLINE LLC**
**16890 BRAEBURN ST**
**ROMULUS, MI 48174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**HIGHWAYS & SKYWAYS**
**TRANSPORTATION LLC**
**927 DR MLK JR WAY**
**GASTONIA, NC 28052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HMD LLC**
**10031 VIRGINIA AVE**
**CHICAGO RIDGE, IL 60415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.517**

**Nonpriority creditor's name and mailing address**

**HN LOGISTICS LLC**
**1 SPRING DRIVE**
**BURLINGTON, NJ 08016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518**

**Nonpriority creditor's name and mailing address**

**HOGA TRANSPORT LLC**
**1086 HAMPSTEAD DR S**
**COLUMBUS, OH 43224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519**

**Nonpriority creditor's name and mailing address**

**HOLMES LOGISTICS LLC**
**870859 S 3370 RD**
**CHANDLER, OK 74834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520**

**Nonpriority creditor's name and mailing address**

**HOLTZMAN TRUCKING CO INC**
**PO BOX 221**
**TELL CITY, IN 47586**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521**

**Nonpriority creditor's name and mailing address**

**HOMER EXPRESS LLC**
**33243 POWER LINE CT**
**WARRENTON, MO 63383**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522**

**Nonpriority creditor's name and mailing address**

**HORIZON TRUCKING INC**
**578 ANDERSON LANE**
**MADISON, TN 37210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,800.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523**

**Nonpriority creditor's name and mailing address**

**HOSS TRUCKING CORPORATION**
**516 SOCIAL CIRCLE**
**CHARLOTTE, NC 28638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**HTO EXPRESS LLC**
**2412 MARY LOU LANE**
**MONTGOMERY, AL 36116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HTUN TRUCKING LLC**
**1238 MAIDEN CHOICE LANE**
**BALTIMORE, MD 21133**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUBAL EXPRESS LLC**
**1140 COUNTY LINE RD. #23**
**KANSAS CITY, KS 66103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**HUERTAS TRANSPORT LLC**
**1438 ARTHUR ST**
**BROWNSVILLE, TX 78520**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUFF HAULING LLC**
**273 OLD WILMINGTON ROAD**
**COATESVILLE, PA 19320**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUTCHENSON AND SON TRUCKING LLC**
**186 SFC 768**
**FORREST CITY, AR 63855**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**HUTCHINSON TRUCKING LLC**
**5310 EL TIGRE LN**
**BAYTOWN, TX 77520**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00**

**I D E TRANSPORTS INC**
**1287 DESIERTO SECO DR**
**EL PASO, TX 79936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**

**I V I EXPRESS INC**
**4314 PARKS RIDGE DRIVE**
**SNELLVILLE, GA 30039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00**

**IAN'S TRANSPORT LLC**
**340 SW 135TH AVE**
**MIAMI, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.00**

**IBERIA EXPRESS INC**
**1680 BARCLAY BCLD**
**BUFFALO GROVE IL, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**IC TRANSPORT INC**
**2786 W 132ND LANE**
**CROWN POINT, IN 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**ICENOGLE TRANSPORT LLC**
**708 SHERRY ST**
**COLCHESTER, IL 62305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**IDS TRUCKING INC**
**16W543 MOCKINGBIRD LANE  # 105**
**WILLOWBROOK, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.538** | Nonpriority creditor's name and mailing address

**IG TRANSPORTATION INC**
**500 S LOMBARD RD UNIT A**
**ADDISON, IL 60101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,550.00**

---

**3.539** | Nonpriority creditor's name and mailing address

**IGNITE TRANSPORTATION LLC**
**7506 PRIMROSE ST**
**PEARLAND, TX 77584**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.540** | Nonpriority creditor's name and mailing address

**IGO EXPRESS LLC**
**2615 BLUEFLAG ST**
**TIPP CITY, OH 45388**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,074.20**

---

**3.541** | Nonpriority creditor's name and mailing address

**IKO EXPRESS**
**8706 STONE FIELD WAY**
**LOUISVILLE, KY 40299**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,275.00**

---

**3.542** | Nonpriority creditor's name and mailing address

**ILLINOIS EXPRESS LLC**
**1450 N 1ST AVE APT 2**
**MELROSE PARK, IL 60160**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.543** | Nonpriority creditor's name and mailing address

**IM TRANSPORT LLC**
**679 WASHINGTON ST SUIT 8-159**
**ATTLEBORO, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.544** | Nonpriority creditor's name and mailing address

**IMPAC LOGISTICS LLC**
**282 CREEK FRONT WAY**
**LAWRENCEVILLE, GA 30044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,230.00**

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,900.00 |
|---|---|---|---|

**IMPERIAL TRANSPORT LLC**
**2693 BLUEFLAG ST**
**TIPP CITY, OH 45371**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,450.00 |
|---|---|---|---|

**IMT TRANSPORT**
**PO BOX 38**
**GARNER, IA 50438**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**INCLAN EXPRESS INC**
**5738 EAGLEWOOD PLACE**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**INDUSTRIAL WASTE SERVICE INC.**
**960 EGYPT ROAD**
**CAMDEN, SC 29020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**INHAND TRANSPORTATION INC**
**479 BYRON BLVD**
**WASHINGTON TWP, OH 45458**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INLAND TRANSPORT LLC**
**1218 E BLACKHAWK DR**
**SPOKANE, WA 99208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |
|---|---|---|---|

**INTEG ENTERPRISES LIMITED LIABILITY CO**
**7155 CITRUS AVE UNIT 322**
**FONTANA, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**INTEGRITY TRANSIT COMPANY LLC**
PO BOX 178172
CHICAGO, IL 60617

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,200.00 |
|---|---|---|---|

**INTENSE LLC**
698 BERKSHIRE LANE
SOUTH LEBANON, OH 45036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**INTER CITY TRANSPORT**
133 PARK DRIVE
ROCKY VIEW, AB T1Z 0A3

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**INTERNATIONAL EXPRESS INC**
9971 WOODBEND DR
SALINE, MI 48176

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**INTERSTATE CARRIER LLC**
1821 UNIVERSITY AVE W #S305
SAINT PAUL, MN 55104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**INTRA LOGIC LOGISTICS INC**
8718 STATESVILLE RD STE
CHARLOTTE, NC 28269

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**IRON HORSE EXPRESS, L.L.C.**
PO BOX 26
WEYERS CAVE, VA 24486

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IRON HORSE LINES INC**
6723 ASPEN LANE #4
WESTMONT, IL 60561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**IRON WAY TRANSPORTATION INC**
2605 W 22ND ST.
OAK BROOK, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**ISD EXPRESS INC**
1540 WESTBROOK PLAZA DR SUTE E
WINSTON SALEM, NC 27103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**ISSYKKUL EXPRESS INCORPORATE**
1179 S LINNEMAN RD, UNIT 3B
MOUNT PROSPECT, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**ITE SUPERIOR TRANSPORTATION LLC**
925 11TH ST NW
CAIRO, GA 39828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**ITRUCKING INC**
12472 KNIGHTS RD
PHILADELPHIA, PA 19116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**IWV EXPRESS LLC DBA FUTURE TRUCKING**
PO BOX 69
WILLIAMSBURG, IA 52361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

1:23-bk-10135-BPH   Doc#: 1   Filed: 11/06/23   Page 130 of 311

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**J & A TRANSPORTATION LLC**
2006 COUNTY ROAD 217
EUTAW, AL 35462

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525.00 |
|---|---|---|---|

**J & C TRUCKING**
W11848 FLETCHER ROAD
RIPON, WI 53956

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J & M HAULING CORP**
7225 W 11TH CT APT 129
HIALEAH, FL 33014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|

**J & R SERVICE COMPANY INC**
1211 6TH STREET
MAYSVILLE, OK 73071

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**J D EXPRESS INC**
3138 NAIL ROAD
FRESNO, TX 77545

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**J DEFENDINI TRANSPORT LLC**
2147 LEMON STREET
DELAND, FL 32720

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**J M C EXPRESS TRANSPORT INC**
13366 BLYTHEWOOD DR
SPRING HILL, FL 34609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) | |
|--------|------------------------------|-------------------------|--|
| | Name | | |

---

**3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**J M LEASING CO**
**PO BOX 27**
**CLARION, PA 16214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00

**J MAR ENTERPRISES INC**
**P O BOX 4143**
**BISMARCK, ND 58501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00

**J&J HAULING LLC**
**1150 SYRACUSE ST APT 5-69**
**DENVER, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00

**J&L TRUCKING SERVICE CORP**
**214 US HIGHWAY 46**
**MINE HILL, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00

**J&R TRANSIT LLC**
**205 LAFFITE COVE**
**HERMITAGE, TN 37076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.00

**J&V TRANSPORT SERVICES**
**4218 ROYAL PALM DR**
**MISSION, TX 78572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**JACK WELKER**
**540 DEADWOOD AVENUE**
**SUITE 210**
**RAPID CITY, SD 57702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __AGENT CONTRACT TRANSPORTATION SERVICES AGREEMENT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**JACKSON ASSOCIATED EXPRESS LLC**
157 PINE BLUFF BLVD W
KINGSLAND, GA 31548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |

**JACKSS TRUCKING LLC**
6938 STATE ROAD 46E
BATESVILLE, IN 47006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**JACOB JAMES**
C/O RECOVERY OF JUDGMENT
1407 BROADWAY 29TH FLOOR
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |

**JACOBS ENTERPRISE LLC**
260 E 200 N
RUSHVILLE, IN 46173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |

**JADPAK TRUCKING**
834 E KELLOGG RD
BELLINGHAM, WA 98226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |

**JAKC ENTERPRISES L.L.C.**
21459 P AVE
HAWKEYE, IA 52240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |

**JAM EXPRESS LLC**
6892 WHITMAN CIRCLE
BUENA PARK, CA 90249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JAMES ENTERPRISE HOLDINGS LLC**
**C/O RECOVERY OF JUDGMENT**
**1407 BROADWAY 29TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**JAMES MASON ENTERPRISES INC**
**1555 E MASON DR**
**KECHI, KS 67067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**JAMES RICHARD JEFFRIES DBA JEFFRIES**
**TRUC**
**4227 WEST 500 NORTH**
**CEDAR CITY, UT 84721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**JANELAND EXPRESS INC**
**23927 AUGUSTA FALLS LN**
**SPRING, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|

**JAPCO TRANSPORT INC**
**8815 SHALOM CIR**
**LAREDO, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**JAS EXPRESS INC**
**8307 SEEMAN RD**
**UNION, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASNOOR TRUCKING INC DBA USA**
**TRUCKING**
**2657 WHIMBREL CT**
**GREENWOOD, IN 46143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**JASON SAWYER DBA  J C SAWYER ENTERPRISES**
**4901 DIAMOND MILL RD**
**GERMANTOWN, OH 45327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**JB CARRIERS LLC**
**2452 CANDLEWICK CT SE**
**GRAND RAPIDS, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JB HARRIS TRANSPORT LLC DBA**
**CASWELL WREC**
**PO BOX 2108**
**NEWNAN, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**JCM CONSTRUCTION & LOGISTICS LLC**
**621 E FM 1151**
**AMARILLO, TX 79118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JCM TRUCKING LLC**
**422 LAWS HILL RD**
**HOLLY SPRINGS, MS 38744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**JD CARRIERS LLC**
**5702 BROKEN LANCE ST**
**SAN ANTONIO, TX 78230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**JD FACTORS**
**4317 TROTTER DR**
**LEES SUMMIT, MO 64082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.601** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**JETSPEED TRANSPO LLC**
15331 JUDY
BAYTOWN, TX 77521

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.602** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**JFW LOGISTICS LLC**
1353 S 116TH ST
MILWAUKEE, WI 53226

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.603** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00**

**JG TRANS, LLC.**
287 ELLIOT ST APT 10
NEWTON, MA 02464

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.604** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00**

**JHK TRANSPORT LLC**
7511 HANNEGAN RD
LYNDEN, WA 98188

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.605** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JHS TRANSPORT INC**
13140 GILMOUR DR
FISHERS, IN 46037

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.606** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**JISHU TRANSPORT INC**
950 N DUESENBERG DR APT 5211
ONTARIO, CA 91761

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.607** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00**

**JJYA LOGISTICS L.L.C.**
20199 100TH PL
LIVE OAK, FL 32060

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|
| | **JK TRUCKING LLC** | ☐ Contingent | |
| | **1021 US HWY 62-180 W** | ☐ Unliquidated | |
| | **SEMINOLE, TX 79360** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CONTRACTED CARRIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|
| | **JLEGEND LLC** | ☐ Contingent | |
| | **5030 ARBURY HILL LANE** | ☐ Unliquidated | |
| | **ROSENBERG, TX 77469** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CONTRACTED CARRIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,187.00** |
|---|---|---|---|
| | **JMJ LOGISTICS LTD** | ☐ Contingent | |
| | **C/O JESSE BISCOE** | ☐ Unliquidated | |
| | **W10686 566TH AVENUE** | ☐ Disputed | |
| | **PRESCOTT, WI 54021** | Basis for the claim: **AGENT CONTRACT TRANSPORTATION SERVICES AGREEMENT** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$625.00** |
|---|---|---|---|
| | **JMZ TRANSPORT LLC** | ☐ Contingent | |
| | **5136 BEN DAY MURRIN RD LOT 939** | ☐ Unliquidated | |
| | **FORT WORTH, TX 76164** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CONTRACTED CARRIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JOHAL ROADLINES** | ☐ Contingent | |
| | **216 REVENUE RD** | ☐ Unliquidated | |
| | **CORMAN PARK, SK S7R 0H4** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CONTRACTED CARRIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JOHN AHNER EXPRESS INC** | ☐ Contingent | |
| | **12128 278TH AVE** | ☐ Unliquidated | |
| | **ZIMMERMAN, MN 55398** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CONTRACTED CARRIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JOHN N QUINTERO** | ☐ Contingent | |
| | **121 CLAIRMONT DR** | ☐ Unliquidated | |
| | **COWARTS, AL 36301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CONTRACTED CARRIER** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN PFLEDDERER TRUCKING INC**
1036 S 275 E
KOUTS, IN 46347

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**JOHN VALLEY DBA BERNARD LOGISTICS**
18088 CYPRESS CT
GULFPORT, MS 39503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOLYN INC**
PO BOX 614
SHEFFIELD, AL 35660

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JONES BROTHERS TRUCKING**
P O BOX 4414
MISSOULA, MT 59808

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JONES LOGISTICS, LLC**
6184 HWY 98
HATTIESBURG, MS 39402

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

**JORDAN CARRIERS**
170 HWY 61 S
NATCHEZ, MS 39120

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|

**JORGABY FREIGHT SERVICES LLC**
22538 CUTLLER ROAD
NEW CANEY, TX 77357

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**JOSE A ARAGON ARRENDONDO DBA ATC**
**5602 MELANITE AVE**
**HOUSTON, TX 77053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**JOSE GUTIERREZ**
**19290 SOUTHTON RD**
**ELMENDORF, TX 78112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**JOSEPH ARNDT DBA JOE ARNDT**
**TRUCKING**
**9303 VALLEY LINE RD**
**OCONTO FALLS, WI 54154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSH ROBERTS TRUCKING INC**
**1238 FLOYD SPRINGS RD**
**ARMUCHEE, GA 30105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**JOYA LOGISTICS LLC**
**1509 SHELBY RD**
**KINGS MOUNTAIN, NC 28086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JP CARGA EXPRESS LLC**
**12173 UPDIKE ALLEY**
**ORLANDO, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JRC TRANSPORTATION INC**
**PO BOX 366**
**THOMASTON, CT 06787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.629 | **Nonpriority creditor's name and mailing address**<br>**JUAN CARLOS ZAVALA BAIRES**<br>**25454 MOORLAND RD**<br>**MORENO VALLEY, CA 92553** | **$650.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.630 | **Nonpriority creditor's name and mailing address**<br>**JUNIORS TRANSPORT LLC**<br>**1346 ETON WAY**<br>**AVON, IN 46202** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.631 | **Nonpriority creditor's name and mailing address**<br>**JUSCZAK TRUCKING**<br>**1520 9TH AVE SW**<br>**FOREST LAKE, MN 55025** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.632 | **Nonpriority creditor's name and mailing address**<br>**JUSTIN ALLISON TRUCKING**<br>**41572 SOUTH COUNTY ROAD 198**<br>**WOODWARD, OK 73801** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.633 | **Nonpriority creditor's name and mailing address**<br>**JVC ENTERPRISES, INC**<br>**PO BOX 85**<br>**SHELBY, MI 49315** | **$1,800.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.634 | **Nonpriority creditor's name and mailing address**<br>**JVC MAJESTICS LLC**<br>**3224 INDIAN CREEK AVE**<br>**MCALLEN, TX 78504** | **$1,600.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.635 | **Nonpriority creditor's name and mailing address**<br>**JZ TRANSPORT**<br>**11640 VALLE PALOMAR RD**<br>**EL PASO, TX 79927** | **$2,600.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**K & H TRUCKING INC**
**14041 ROYALWOOD DR**
**FISHERS, IN 46222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K D X INC**
**16035 VAN DRUNEN RD**
**SOUTH HOLLAND, IL 60473**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K W TRUCKING**
**11995 110TH ST**
**LEOTA, MN 66771**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**K&J ADVANTAGE LLC**
**1511 COLEVILLE CIR**
**NORCROSS, GA 30093**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAISER TRANSPORT INC**
**P O BOX 468**
**JANESVILLE, WI 53563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**KAMION SCM INC**
**20715 N PIMA ROAD SUITE 108**
**SCOTTSDALE, AZ 85255**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**KARREN TRUCKING LLC**
**PO BOX 904**
**MOUNTAIN HOME, ID 83647**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,226.36** |
|---|---|---|---|

**KB COMMERCIAL PRODUCTS**
**PO BOX 1935**
**BILLINGS, MT 59103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**KDC TRUCKING**
**5583 FIELDS DR**
**YORKVILLE, IL 60560**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**KDK TRANSPORTATION INC**
**2320 SAINT CLAIR RIVER DRIVE**
**ALGONAC, MI 48117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**KDM TRUCKING LLC**
**2881 INDEPENDENCE RD**
**IOWA CITY, IA 52345**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**KDP TRUCKING INC.**
**5000 47TH AVE**
**GREELEY, CO 80631**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,100.00** |
|---|---|---|---|

**KEANE THUMMEL TRUCKING, INC**
**419 MAIN**
**NEW MARKET, IA 51646**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**KEEP ON TRUCKIN' LLC**
**3800 S OLIE AVE**
**OKLAHOMA CITY, OK 73109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEIM TS INC**
P O BOX 226
SABETHA, KS 66534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KELVIN BROWN DBA UPTOWN SOLUTIONS**
PO BOX 280682
NASHVILLE, TN 37228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEN GRAHAM TRUCKING, INC.**
5018 W M-28
BRIMLEY, MI 49715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

**KEN STRONG HAULING**
32466 W LINGER LONGER
YOUNGSTOWN, FL 32466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**KENT LUNDINE DBA HIGH COUNTRY
CRANE SERV**
PO BOX 482
MILLS, WY 82601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**KESTREL LOGISTICS GROUP LLC**
3810 SEMINOLE PLACE
CARROLLTON, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**KEVIN EUGENE BLACKWELL DBA EASY
TRUCKING**
3112 JAMES AVE
WACO, TX 76711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657**

Nonpriority creditor's name and mailing address

**KEVIN JOHN KUEHL**
**P.O. BOX 113**
**BURNETT, WI 53922**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.658**

Nonpriority creditor's name and mailing address

**KG TRANSPORTATION LLC**
**10120 SE 260TH ST SUITE 215**
**KENT, WA 98031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.659**

Nonpriority creditor's name and mailing address

**KIDA TRUCKING LLC**
**900 FRANCES WAY #237**
**RICHARDSON, TX 75081**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.660**

Nonpriority creditor's name and mailing address

**KIISH TRANSPORTATION LLC**
**2740 MINNEHAHA AVE STE130**
**MINNEAPOLIS, MN 55404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.661**

Nonpriority creditor's name and mailing address

**KISERI ENTERPRISE LLC**
**6478 SILVER RIDGE CIR**
**ALEXANDRIA, VA 22182**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.662**

Nonpriority creditor's name and mailing address

**KIV TRANSPORT CO**
**587 ALICE PL**
**ELGIN, IL 60160**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.663**

Nonpriority creditor's name and mailing address

**KIVI TRUCKING**
**5323 HIGHWAY 33**
**SAGINAW, MN 55779**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,575.00**

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**KKM TRANSPORT LLC**
**2425 BRIDGETOWN LOOP**
**SPARKS, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**KMBS LLC**
**6417 FARMINGDALE DR**
**CHARLOTTE, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**KNIGHT & DAY TRANSPORT LLC**
**998 BONELLIS LN**
**CLARKSVILLE, TN 37040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**KOKOB TRANSPORT LLC**
**4601 N FAIRFAX DR**
**ARLINGTON, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KORA'S TRANSPORT LLC**
**PO BOX 961**
**LA GRULLA, TX 78548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**KOSHIN FREIGHT LLC**
**901 RUPP AVE APT 2**
**CAMP HILL, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KRANAWETTER TRANSPORT LLC**
**15628 ATATE HIGHWAY 72, STE. 1**
**PATTON, MO 63662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**KYSEN TRUCKING LLC**
**104 BOYD AVE**
**SHANNON, MS 38855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**L & L LOGISTICS LLC**
**12801 CLARK CEMETERY RD**
**MITCHELL, IN 47421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**LAFAYETTE STEEL ERECTOR LLC DBA**
**LSE CRAN**
**PO BOX 266**
**LAFAYETTE, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**LAKESIDE TRANSPORTATION, INC.**
**6300 SIMS DRIVE**
**STERLING HEIGHTS, MI 48313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**LALL TRANSPORT INC**
**6106 BRADWOOD DR**
**INDIANAPOLIS, IN 46237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**LALO TRUCKING INC**
**137 N LARCHMONT BLVD #279**
**LOS ANGELES, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**LAMECH TRANSPORTATION LLC**
**1730 SW STALLINGS DR**
**NACOGDOCHES, TX 75964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LANDSTAR RANGER INC**
PO BOX 784293
PHILADELPHIA, PA 19123

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**LANE RUNNERS TRUCKING AND TRANSPORT LLC**
433 PLAZA REAL SUITE 275
BOCA RATON, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**LANHAM TRUCKING LLC**
PO BOX 23
MONTICELLO, IN 47960

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**LANITA SPECIALIZED**
PO BOX 7747
LANCASTER, PA 19544

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LANZA TRANSPORT LLC**
1803 SALINAS DR
MISSION, TX 78572

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LARA LOGISTICS L L C**
7544 HADNOT ST
LAS VEGAS, NV 89107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**LARRY GRAGG**
11196 HWY 92
DELTA, IA 52550

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,350.00**
LAST CHOICE TRANSPORTATION
5930 GLEN LEE DR
HUMBLE, TX 77396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
LASTA TRANS INC
769 MADISON STREET UNIT D
CROWN POINT, IN 46307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,150.00**
LAVISH TRANSPORT LTD.
344 DAWSON ROAD N
WINNIPEG, MB R2J 0S7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00**
LAW LOGISTICS LLC
205 CAMP CREEK RD
GREENEVILLE, TN 37743

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00**
LAWSON TRUCKING LLC
1739 WESTBROOK RD
EDGEMOOR, SC 29720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**
LAZAR FREIGHT LLC
947 LAGNUA DRIVE
COPELL, TX 76043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
LAZY EAR TRUCKING
2657 BARTON RD
GRANTVILLE, KS 66429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**LCAT & ASSOCIATES LLC**
2661 WESTCHESTER PKWY SE
CONYERS, GA 30094

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LCX LOGISTICS CORP**
3312 OLD MEDINA
OAKFIELD, TN 38362

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**LE & J EXPRESS TRANSPORT LLC**
13002 TERRACE RUN LN
HOUSTON, TX 77044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**LEADING LOGISTICS INC**
6564 LOISDALE COURT SUITE 600-D
SPRINGFIELD, VA 22150

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEE TRANSPORT LLC**
9685 WULFF RD S
SEMMES, AL 36575

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**LEGACY LOGISTICS INC**
1 LEGACY DRIVE
WEST MEMPHIS, AR 72301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**LEGACY LOGISTICS LLC**
938 TIMBERLINE CIRCLE
CALERA, AL 35234

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**LEGACY STAR TRANSPORT LLC**
**PO BOX 454**
**WILMER, TX 75172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LEGACY TRANSPORT INC**
**4754 FLORA DRIVE**
**EAGEN, MN 55122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**LEMEACO IVY**
**4056 MUIRFIELD DRIVE**
**MEMPHIS, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**LEONARDO BAEZ DBA BAEZ TRUCK LLC**
**25 JUNE ST**
**LINDENHURST, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**LEPES TRANSPORTATION LLC**
**4015 HAYDEN LANE**
**PASCO, WA 99301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,550.00 |
|---|---|---|---|

**LES DISTRIBUTIONS MALBERT IN**
**3311 85E RUE**
**SAINT GEORGES, QC G6A 0C6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.00 |
|---|---|---|---|

**LEVELS TRUCKING LLC**
**6700 GREENVIEW AVE**
**DETROIT, MI 48122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEVI ENTERPRIZE LLC**
3325 MAPLE HOLLOW CV
SOUTHAVEN, MS 38671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**LEVIATHAN CARRIERS CORPORATION**
1112 ROUTE 41 STE 205-A
CHICAGO, IL 60156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LGND ENTERPRISE LLC**
3201 66TH AVENUE
GREELEY, CO 80634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __DRIVER/SMALL CLAIM ACTION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LGND ENTERPRISE LLC**
3201 66TH AVENUE
GREELEY, CO 80634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**LIFT AND LOAD TRANSPORT LLC**
520 BRIDGES AVE S
KENT, WA 98032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIMITED CARRIERS OF EL PASO, LLC**
4320 CAMBRIDGE AVE
EL PASO, TX 79901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINK US TRANSPORTATION INC**
12429 DENHOLM DR
EL MONTE, CA 91732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**LINKTRANS LLC**
**96 OUTLAW RD**
**CAMDEN, SC 29020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LISA HOLSTEIN**
**9962 EAST EIGHT MILE ROAD**
**STOCKTON, CA 95212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AGENT CONTRACT TRANSPORTATION SERVICES AGREEMENT__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**LITTLE ANGELS WACO LLC**
**2421 PARK AVE**
**WACO, TX 76706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,975.00 |
|---|---|---|---|

**LIVINGSTON TRANSPORTATION & LOGISTICS LL**
**13905 53RD AVE N APT 8**
**MINNEAPOLIS, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
|---|---|---|---|

**LJ TRANSPORT EXPRESS LLC**
**204 61ST ST UNIT 2**
**WEST NEW YORK, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**LML EXPRESS LLC**
**4623 TWISTING RD**
**HOUSTON, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,850.00 |
|---|---|---|---|

**LMZ EXPRESS LLC**
**113 CENTENNIAL DR**
**CARNEGIE, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Name

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**LODESTAR TRANSPORT SERVICES**
PO BOX 388
BARNESVILLE, MN 56514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |

**LOGGINS LOGISTICS INC**
5706 COMMERCE SQUARE
JONESBORO, AR 72401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |

**LOGISTIC DYNAMICS INC**
PO BOX 675297
DETROIT, MI 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |

**LOGISTIC SOLUTION SERVICES INC**
2300 RIVERSIDE DR UNIT 145
GREEN BAY, WI 54301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LOGISTICIZE LTD**
861 E PERRY ST
PAULDING, OH 45879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |

**LOGISTICSIZE LLC**
861 E PERRY ST
PAULDING, OH 45879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |

**LONE OAK TRUCKING LLC**
122 W SPECHT RD
SAN ANTONIO, TX 78253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**LONGHORN TRANZ LLC**
**2901 UNION RD**
**ST LOUIS, MO 63120**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**LORD & KING TRUCKING**
**3025 NE 25 ST**
**OCALA, FL 34471**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,450.00 |
|---|---|---|---|

**LOUIS MOTTY**
**107 N HENRY ST**
**ABBEVILLE, LA 70510**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**LS WILLSON TRUCKING**
**1328 W 10750 SOUTH**
**SALT LAKE CITY, UT 84087**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**LTD TRANSPORT LLC**
**49 APPLEWOOD LN**
**TAYLORSVILLE, GA 30120**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,373.00 |
|---|---|---|---|

**LUCAS OIL PRODUCTS INC**
**302 NORTH SHERIDAN STREET**
**CORONA, CA 92878**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LUCETT TRUCKING LLC**
**6511 WINSLOW PARC LN**
**TRUSSVILLE, AL 35173**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**LUCKY 7 GLOBAL INC**
**4228 RYMARK CT**
**SHAKOPEE, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**LUCKY TRUCKING LLC**
**6085 WILD BERRY DR**
**LAS VEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LVG TRANSPORT LLC**
**15057 NORTH 900 EAST**
**ODON, IN 47562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**LVM EXPRESS COMPANY**
**4136 CALDER LANE**
**AURORA, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**LYM EXPRESS INC**
**3042 VITA DOLCE DR**
**KATY, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**M & C TRUCKING INC**
**P O BOX 430**
**SEWARD, PA 15954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**M & J SUPERIOR LLC**
**8431 WINECUP RIDGE**
**DALLAS, TX 75249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**M & M TRUCKING INC**
**264 ST RT 2839**
**DIXON, KY 40219**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**M B E TRANSPORT LLC**
**603 GREENLAWN BLVD**
**ROUND ROCK, TX 78681**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**M C TRUCKING LLC**
**2225 METALWOOD CT**
**LAS VEGAS, NV 89030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,100.00 |
|---|---|---|---|

**M D TRANSPORT CO LTD**
**1683 MT LEHMAN ROAD**
**ABBOTSFORD, BC V2T 6H6**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**M GRANDE TRANSPORT ENTERPRISES**
**LLC**
**17339 FM 2556**
**SANTA ROSA, TX 78593**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**M L T INC**
**1841 GOVER PARKWAY**
**MT PLEASANT, MI 48858**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**M T W TRANSPORT LLC**
**228 E OLD HICKORY BLVD**
**MADISON, TN 37210**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**M&A EXPRESS TRUCKING LLC**
**4456 N. ABBE RD. UNIT #310**
**SHEFFIELD VILLAGE, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**M&J CARRIERS LLC**
**14218 BUSINESS AVE**
**LAREDO, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.00 |
|---|---|---|---|

**MA CARRIER LLC**
**2411 W FRONT ST**
**STATESVILLE, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**MA TRUCKING**
**8437 WHITESTONE CT**
**SEMMES, AL 36608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**MADAIG LLC DBA NOMAD EXPRESS**
**GROUP**
**280 CATENBURY LANE**
**APT #1**
**BOLINGBROOK, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**MAGNUM TRANSHAUL INC**
**3315 18TH STREET NW**
**EDMONTON, AB T6J 7E6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAINTENANCE DIRECT LOGISTICS LLC**
**1090 VISTA TRAIL NE**
**ATLANTA, GA 30329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**MAISHA LOGISTIC LLC**
**P O BOX 3486**
**DUBLIN, OH 43229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**MAJHA TRANSPORT LLC**
**7025 VANDERMARK RD E**
**BONNEY LAKE, WA 98391**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**MALLOY TRANSPORT LLC**
**1006 PINETREE LN**
**MCCOMB, MS 39429**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MANSO GARCIA LLC**
**531 IMHOFF AVE**
**PORT ARTHUR, TX 77642**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**MAQUINTA TRANSPORT LLC**
**3088 HWY 142**
**PHILPOT, KY 42366**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARK EXPRESS INC**
**9000 SUNDECK CT SW**
**ALBUQUERQUE, NM 87120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**MARTIN TRANSPORTATION SYSTEM**
**7300 CLYDE PARK SOUTHWEST**
**BYRON CENTER, MI 49315**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARVIN ADONY VELASQUEZ DBA: ALECAM**
205 W 14TH ST
IRVING, TX 75061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |
|---|---|---|---|

**MATRIX LOGISTICS INC**
1375 REMINGTON RD STE U
SCHAUMBURG, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,050.00 |
|---|---|---|---|

**MATTHEW NEWTON DBA FLOYD NEWTON TRUCKING**
1305 MORVEN RD
WADESBORO, NC 28170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MATTHEW QUINN**
C/O JOHN MORRISON & SCOTT PETERSON
401 N. LAST CHANCE GULCH ST.
HELENA, MT 59601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CLASS ACTION LAWSUIT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,391.66 |
|---|---|---|---|

**MAURTE AUTO TRANSPORT LLC**
5115 N DYSART RD STE 202
LITCHFIELD PARK, AZ 85340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|---|

**MAVERIK INC**
13000 SOUTH TRYON STREET STE
CHARLOTTE, NC 28278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAX POWER TRANSPORT INC**
5151 N EAST RIVER RD UNIT 127B
CHICAGO, IL 61008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

_____Name

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**MAXX START CORP.**
**5524 W BERTEAU AVE APT 2**
**CHICAGO, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $925.00 |
|---|---|---|---|

**MAY S INC**
**79 WARD DR**
**ELLENWOOD, GA 30294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $925.00 |
|---|---|---|---|

**MAYER TRUCK LINE INC**
**1207 S RIVERSIDE DR**
**JAMESTOWN, ND 58401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**MB COLBERT TRUCKING, LLC**
**810 SUNNYBROOK LANE**
**BAYTOWN, TX 77523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**MCADEN DAIRY TRUCKING INC**
**3847 GOVERNOR HARRISON PKWY**
**BRODNAX, VA 23920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**MCDOUGLE TRANSPORTATION LIMITED**
**LIABILIT**
**41 TAYLOR CIR**
**WAYNESBORO, MS 39367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**MCSHEER TRUCK'IN LLC**
**2470 LITTLE ROCK ROAD**
**ROSE BUD, AR 72137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.00**

**MD GLOBAL FREIGHT INC**
**15545 WEBER ROAD**
**LOCKPORT, IL 60441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00**

**MDS TRUCKING V INC**
**777 S ROHLWING RD**
**ADDISON, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.778**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00**

**ME TRANSPORT INC**
**515 W PARK ST**
**SHELDON, IA 51201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.779**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00**

**MEBRUER & SON TRUCKING, INC.**
**2481 HWY U**
**LINN, MO 65051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.780**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,600.00**

**MEDALLION TRANSPORT & LOGISTICS LLC**
**701 EAST GATE DRIVE**
**SUITE 110**
**MT LAUREL, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.781**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**MEDION CORP**
**16900 LATHROP AVE**
**HARVEY, IL 60426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.782**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MEGA TRANS GROUP INC**
**18 WAKE ROBIN CT**
**WOODRIDGE, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $800.00 |
|---|---|---|---|

**MELISSA HASLAGE TRUCKING INC**
2309 E 28TH ST
LORAIN, OH 44055

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $850.00 |
|---|---|---|---|

**MENKE LLC**
6260 E TOWER ROAD
LEAVENWORTH, IN 47137

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $950.00 |
|---|---|---|---|

**METEOR EXPRESS INC**
P O BOX 248
SCOTTSBORO, AL 35769

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,050.00 |
|---|---|---|---|

**METRO XPRESS**
P O BOX 17194
WICHITA, KS 67219

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**METROPOLITAN TRANSPORT LLC**
85 WINTERS LANE
CATONSVILLE, MD 21228

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,400.00 |
|---|---|---|---|

**MEXUSA TRUCKING LLC**
1907 BUENA VISTA DR SE TRLR 65
ALBUQUERQUE, NM 87107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $8,700.00 |
|---|---|---|---|

**MG EXPRESS INC**
15347 S US 169 HWY STE A
OLATHE, KS 66062

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.790**

Nonpriority creditor's name and mailing address
**MI TRANSPORTATION LLC**
**1523 FARR DR**
**DAYTON, OH 45414**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.791**

Nonpriority creditor's name and mailing address
**MICHAEL J FRICKE**
**2310 S ROCK CITY RD**
**RIDOTT, IL 61067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

**3.792**

Nonpriority creditor's name and mailing address
**MIDWEST DIRECT TRANSPORT INC**
**411 64TH AVE**
**COOPERSVILLE, MI 49404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.793**

Nonpriority creditor's name and mailing address
**MIDWEST EXPRESS**
**2317 RIVER ROAD**
**ALGONA, IA 50511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$3,650.00

---

**3.794**

Nonpriority creditor's name and mailing address
**MIDWEST TRANS LLC**
**19518 WHITFIELD RD**
**SEDALIA, MO 65301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$1,850.00

---

**3.795**

Nonpriority creditor's name and mailing address
**MIDWEST TRANSPORTATION, LLC**
**2720 MISSOURI AVE**
**GRANITE CITY, IL 62040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$920.00

---

**3.796**

Nonpriority creditor's name and mailing address
**MIER AND SAPS TRANSPORT LLC**
**11567 MEEHAN SAVOY RD W**
**ENTERPRISE, MS 39330**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$950.00

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**MILLERS ENTERPRISE**
**387 NUBBIN RIDGE ROAD**
**DUNNVILLE, KY 42528**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**MILLS TRANSPORTATION LLC**
**411 S CARNAHAN RD**
**KING HILL, ID 83338**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**MIR TRANSPORTATION INC**
**4646 WUNDER AVENUE**
**FEASTERVILLE-TREVOSE, PA 19805**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,850.00 |
|---|---|---|---|

**MIRAL TRANSPORTATION INC**
**9423 GENNA TRACE TRAIL**
**JACKSONVILLE, FL 32218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**MIT US INC**
**1212 S NAPER BLVD STE 119-105**
**NAPERVILLE, IL 60563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**MJ DANIELS**
**49 CARDIFF ST**
**JOHNSTOWN, PA 15906**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**MJ EXPRESS INC**
**242 10TH AVE**
**CLEAR LAKE, WI 54005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**MJS TRANSPORTATION INC**
PO BOX 816
DECATUR, IN 46733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**ML KING INC**
720 PLAINFIELD RD
WILLOWBROOK, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**MNM TRANSPORT SERVICES LLC**
3835 28TH ST SE SUITE 106
GRAND RAPIDS, MI 49315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,875.00 |
|---|---|---|---|

**MO RYDER TRUCKING LLC**
3903 AERIAL BROOK TRAIL
FRESNO, TX 77545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.00 |
|---|---|---|---|

**MOBAL TRUCKING, INC.**
12 ASPEN RIDGE COURT
ST PETERS, MO 63376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**MOHAWK TRANSPORT LLC**
2931 SOUTH CARR ROAD
APPLE CREEK, OH 44606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**MONTANA GROUP OF COMPANIES L**
52 CRANSTON DR
CALEDON, ON L7E 4J8

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$947.00**

**MONTANA-DAKOTA UTILITIES CO**
**PO BOX 5600**
**BISMARCK, ND 58506-5600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

**MOON TRANSPORT LLC**
**1152 EAGER RD**
**LIVE OAK, CA 95953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.813** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**MOONDOG TRANSPORT LLC**
**20545 E ROBERT GIRTEN RD**
**CHELSEA, OK 74016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.814** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MOOSE TRANSPORT INC**
**16476 VANE ST**
**BENNINGTON, NE 68034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.815** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00**

**MORALES TRUCKING**
**306 CR 545**
**HICO, TX 76457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.816** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00**

**MORELIA EXPRESS INC**
**25864 W. BLACK RD.**
**SHOREWOOD, IL 60707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00**

**MORNINGSTAR TRANSPORTATION LLC**
**1012 SAINT GREGORY DRIVE**
**MANSFIELD, TX 76013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.818** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._    **$9,085.00** |

**3.818** Nonpriority creditor's name and mailing address
**MORRISON-MAIERLE SYSTEMS**
PO BOX 6147
HELENA, MT 59604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$9,085.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819** Nonpriority creditor's name and mailing address
**MOUNTAIN ALARM**
PO BOX 12487
OGDEN, UT 84412-2487

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$52.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.820** Nonpriority creditor's name and mailing address
**MOVIN IRON INC**
P O BOX 1308
RED BAY, AL 35582

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.821** Nonpriority creditor's name and mailing address
**MOW EXPRESS LLC**
420 N 20TH STREET
BIRMINGHAM, AL 35209

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.822** Nonpriority creditor's name and mailing address
**MR ADVANCE**
35-12 19TH AVE SUITE 3W
ASTORIA, NY 11105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.823** Nonpriority creditor's name and mailing address
**MRBULLY HOTSHOT LLC**
14654 E 13TH CIR
AURORA, CO 80011

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$1,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.824** Nonpriority creditor's name and mailing address
**MRD LOGISTICS LLC**
4809 PRAIRIE CREEK TRL
FORT WORTH, TX 76052

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$2,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.825 | **Nonpriority creditor's name and mailing address**<br>**MSM FREIGHT SOLUTIONS LLC**<br>**11385 AARON AVE**<br>**BEAUMONT, CA 92320**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.826 | **Nonpriority creditor's name and mailing address**<br>**MSS TRANSPORT INC**<br>**200 E AVE B**<br>**SALINA, KS 67401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,300.00** |
| 3.827 | **Nonpriority creditor's name and mailing address**<br>**MT SELECT LLC**<br>**DEPT. #SF 85 PO BOX**<br>**BIRMINGHAM, AL 35217**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.828 | **Nonpriority creditor's name and mailing address**<br>**MTC SERVICES INC**<br>**301 PATSY AVE**<br>**GLEN BURNIE, MD 21060**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,200.00** |
| 3.829 | **Nonpriority creditor's name and mailing address**<br>**MTC TRANSPORT LLC**<br>**435 E MONTGOMERY ST**<br>**ALLENTOWN, PA 18102**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,050.00** |
| 3.830 | **Nonpriority creditor's name and mailing address**<br>**MULLEN INVESTMENTS II, LLC**<br>**C/O RACINE OLSON**<br>**P.O. BOX 1391**<br>**POCATELLO, ID 83204**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUILDING LEASE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.831 | **Nonpriority creditor's name and mailing address**<br>**MURPHYS AND MURPHYS ENTERPRISES INC**<br>**12408 S GARNETT RD**<br>**BUCKEYE, AZ 86320**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**MV LOGISTICS LLC**
**1399 NEW KIMMINS RD**
**HOHENWALD, TN 38462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MVA TRUCKING INC**
**2007 N JAMESTOWN DR**
**PALATINE, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**MVP TRANSPRO LL DBA APT TRUCKING**
**443 SOUTH 1850 EAST**
**SPRINGVILLE, UT 84663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**MYMUZAFAR LLC**
**1570 ROSSER AVE**
**ELMONT, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**N & O TRANSPORT LLC**
**108 WAVERLY ST APT 1**
**PROVIDENCE, RI 02896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 |
|---|---|---|---|

**N AND T TRUCKING LLC**
**32 FOSTER MOUND RD**
**NATCHEZ, MS 39120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**N P LOGISTICS INC**
**11002 HAMMERLY BLVD APT 173**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.839** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**N-MOTION LLC**
**3743 HIGHWAY 86**
**PICKENSVILLE, AL 35447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NAPOLEONYX TRANSPORT LLC**
**23749 N HILLFARM RD**
**LAKE BARRINGTON, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NAPORA INC**
**220 S MAINS ST, STE 205**
**LOMBARD, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**NATHANIEL HOUSTON TRUCKING LLC**
**10019 LOCH COURTNEY LN**
**HOUSTON, TX 77089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.843** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00**

**NATION LINK TRANSPORT INC**
**PO BOX 18681**
**MINNEAPOLIS, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.844** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.00**

**NATIONAL FREIGHT SOLUTION INC**
**9730 EASTON RD**
**KINTNERSVILLE, PA 19090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.845** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NATIONAL TRANSPORT LINE LLC**
**9730 EASTON RD**
**KINTNERSVILLE, PA 18020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.846**

**Nonpriority creditor's name and mailing address**
**NATIONWIDE TRANSPORTATION INC**
**3121 SENNA ST**
**TIPP CITY, OH 45371**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847**

**Nonpriority creditor's name and mailing address**
**NAVEMAR LOGISTICS LLC**
**P.O BOX 610**
**ELK GROVE, CA 95758**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $1,375.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848**

**Nonpriority creditor's name and mailing address**
**NEIGHBORHOOD TRUCKING LLC**
**11346 SWEETLEAF DR**
**INDIANAPOLIS, IN 46240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849**

**Nonpriority creditor's name and mailing address**
**NELSON FREIGHT SERVICE INC**
**901 PINE STREET**
**PESHTIGO, WI 54157**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $3,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850**

**Nonpriority creditor's name and mailing address**
**NEVIUS TRANSPORTATION LLC**
**1785 COUNTY ROAD 207**
**CARTHAGE, TX 75633**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $3,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851**

**Nonpriority creditor's name and mailing address**
**NEW JERSEY DEPT OF LABOR &**
**WORKFORCE DEV**
**PO BOX 929**
**TRENTON, NJ 08646-0929**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $117.48
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TAXES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.852**

**Nonpriority creditor's name and mailing address**
**NEW REALM ENTERPRISES LLC**
**P.O. BOX 152338**
**ARLINGTON, TX 75254**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $1,950.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NEW WAY EXPRESS INC**
309 E RAND RD SUITE 178
ARLINGTON HEIGHTS, IL 60120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**NFUSION CAPITAL**
511 WILLOW ST
ELK CITY, OK 73644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,550.00 |
|---|---|---|---|

**NGUYEN LOGISTICS INC**
8326 SOLEDAD DR
HOUSTON, TX 77083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**NHH SERVICES INC**
1210 NORTHBROOK DR
SUITE 420
TREVOSE, PA 19053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIGHT DREAM INC**
20444 SPIREA LN
CREST HILL, IL 60544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**NITRO EXPRESS LLC**
29106 CLEARPOND RD
MCLOUD, OK 74851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**NOBLE FREIGHT LLC**
13505 CITICARDS WAY UNIT 3215
JACKSONVILLE, FL 32218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.860**
Nonpriority creditor's name and mailing address
NOHID TRUCKING LLC
3347 W END AVE
FSTRVL TRVOSE, PA 17044

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.861**
Nonpriority creditor's name and mailing address
NOLA TRUCKING INC
1209 W 16TH ST S UNIT 306
NEWTON, IA 50208

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.862**
Nonpriority creditor's name and mailing address
NOMAD EXPRESS TRUCKING
136 ALPINE STREET
GEORGETOWN, TX 78628

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.863**
Nonpriority creditor's name and mailing address
NORCO SPECIALIZED LLC
1085 JARVIS RD
SAGINAW, TX 76179

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864**
Nonpriority creditor's name and mailing address
NORSEMEN SPECIALIZED DIVISION
106 EAST MAIN STREET
LAKE MILLS, IA 50450

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,200.00**

---

**3.865**
Nonpriority creditor's name and mailing address
NORTH DEER LLC
15140 S DELTA LN
PINE, CO 80421

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.866**
Nonpriority creditor's name and mailing address
NORTH LIBERTY TRANSPORTATION
1350 KENNEL CT
UNIT C1
N LIBERTY, IA 52317

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,550.00**

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NORTHWESTERN ENERGY**
**11 E PARK ST**
**BUTTE, MT 59701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UTILITIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NORTON TRUCKING INC**
**1327 STANFORD DR**
**KANKAKEE, IL 60901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**NOS LOGIX LLC**
**4 TIMBERWOOD PL**
**SOUTH SALEM, NY 10590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**NOVA 4 INC**
**34396 N EASTINGS WAY**
**GURNEE, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,450.00 |
|---|---|---|---|

**NOVAK TRUCKING SERVICE LLC**
**P O BOX 67**
**LAONA, WI 54541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**NTX ROADRUNNER TRANSPORTATION**
**PO BOX 322**
**DIANA, TX 75640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**NU-KO CAPITAL**
**1041 CHULA VISTA DR**
**EAGLE PASS, TX 78852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,402.50 |
|---|---|---|---|

**NUWAY TRANSPORTATION SERVICES, INC**
**2 ACCESS WAY**
**BLOOMINGTON, IL 61705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __VENDOR__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**NW ELITE TRANSPORT LLC**
**2555 S DIXIE DR, SUITE 218**
**DAYTON, OH 45409**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**O & I TRANSPORT INC**
**PO BOX 807**
**DEARBORN, MI 48126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**O & R TRUCKING LLC**
**2225 E 113TH AVE**
**TAMPA, FL 33610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**O & S TRANSPORTATION LLC**
**2011 BACHELOR RD**
**MOORESBORO, NC 28152**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**O&SONS TRUCKING LLC**
**2850 S BELT LINE RD TRLR 241**
**DALLAS, TX 75220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,250.00 |
|---|---|---|---|

**O'NEIL 5 STAR LLC**
**N 5070 COUNTY ROAD C**
**ELLSWORTH, WI 54011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**OCEAN HAULING EXPRESS INC**
6026 S MOZART ST
CHICAGO, IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**OEG EXPRESS INC**
6126 COBBLESTONE CT
GULF SHORES, AL 36561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**OHIO EXPEDITED LLC**
985 CYPRESS RIDGE PL
COLUMBUS, OH 43228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,100.00 |
|---|---|---|---|

**OHIO TRANSPORT CORPORATION**
5593 HAMILTON-MIDDLETOWN ROAD
MIDDLETOWN, OH 45044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**OILFIELD ELITE LLC**
27222 FULSHEAR BEND DR APT 3219
FULSHEAR, TX 77441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OJK SERVICES LLC**
511 WILLOW ST
ELK CITY, OK 73644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**OLD SOUTH FREIGHT SERVICE IN**
7544 HWY 41 A
CEDAR HILL, TN 37032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **OLSEN TRANSPORT INC**<br>**W11270 STATE HWY 64**<br>**POUND, WI 54161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: __CONTRACTED CARRIER__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,475.00** |
| | **OLYMPIC TRANSFER CORP**<br>**6355 NW 36 ST SUITE 405**<br>**MIAMI, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: __CONTRACTED CARRIER__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$975.00** |
| | **ON MY WAY EXPRESS INC**<br>**12020 DOGWOOD AVE**<br>**FREDERICKSBURG, VA 22407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: __CONTRACTED CARRIER__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,350.00** |
| | **ON THE ROCK LOGISTICS INC**<br>**5910 SAN BERNARDO AVE APT 120**<br>**LAREDO, TX 78045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: __CONTRACTED CARRIER__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,500.00** |
| | **ONE TIME LOGISTICS LLC**<br>**20143 105TH AVE SE**<br>**KENT, WA 98032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: __CONTRACTED CARRIER__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$700.00** |
| | **ONTIME TRUCKING LLC**<br>**1529 27TH AVE S**<br>**FARGO, ND 58102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: __CONTRACTED CARRIER__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,450.00** |
| | **ONTRACK EXPRESS LLC**<br>**3166 CLARENCE ST**<br>**MELVINDALE, MI 48217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: __CONTRACTED CARRIER__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OTAMAN TRANS GROUP INC**
3076 WICKENDEN AVE
ELGIN, IL 60120

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**OVERLAND TRANSPORT LLC**
1845 E RIDGEWAY AVE
WATERLOO, IA 50703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**OZARK LOGISTIC CORPORATION**
60 S HWY 17
SUMMERSVILLE, MO 65571

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**P ANDREW TRUCKING INC**
1708 PAPOOSE RD
CARPENTERSVLE, IL 62014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**P&B TRUCKING INC.**
7508 MISTY LAKE LN
PEARLAND, TX 77032

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**PABLOS TRUCKING**
681 E FRONT ST
FARMERSVILLE, CA 93223

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**PACKARD TRANSPORT LLC**
P O BOX 62891
BALTIMORE, MD 21221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,242.00 |
|---|---|---|---|

**PAK FAIR LOGISTICS**
**2006 WHIRLAWAY DR**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,150.00 |
|---|---|---|---|

**PANTHER TRANS INC**
**1430 SANDSTONE DR APT 318**
**WHEELING, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**PARADIGM TRUCKING LLC**
**4363 SOUTH 89TH STREET**
**OMAHA, NE 68118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**PARTNERS FUNDING INC**
**4015 HAYDEN LANE**
**PASCO, WA 99301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**PATRIOT STAR LLC DBA PATRIOT STAR**
**1676 E SEMORAN BLVD STE 5**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**PAUL EXPRESS, INC.**
**P.O. BOX 40010**
**BAKERSFIELD, CA 93313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**PAULS PRIORITY TRUCKS INC.**
**1685 GREENFIELD LOOP**
**EMMETT, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.909**

Nonpriority creditor's name and mailing address
**PAVEX LLC**
**90 ROSS RD**
**CEDARVILLE, WA 98568**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.910**

Nonpriority creditor's name and mailing address
**PAVUK LAW PLLC**
**1555 CAMPUS WAY, SUITE 202E**
**BILLINGS, MT 59102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ATTORNEY FEES**

Is the claim subject to offset? ■ No ☐ Yes

$767.00

---

**3.911**

Nonpriority creditor's name and mailing address
**PB FREIGHTWAYS INC**
**106 ALLERTON DR**
**SCHAUMBURG, IL 60007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.912**

Nonpriority creditor's name and mailing address
**PB03 TRANSPORT LTD**
**7 FREELAND HOLLOW**
**BRAMPTON, ON L6Y 0R6**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$3,650.00

---

**3.913**

Nonpriority creditor's name and mailing address
**PEACE EXPRESS INC**
**113 MCHENRY ROAD #278**
**BUFFALE GROVE, IL 60090**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.914**

Nonpriority creditor's name and mailing address
**PEACOCK CLEANING**
**2115 GRAND AVE**
**BILLINGS, MT 59102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

$3,400.00

---

**3.915**

Nonpriority creditor's name and mailing address
**PEGASUS GLOBAL LOGISTICS INC**
**110 W 6TH ST UNIT 861**
**AZUSA, CA 75019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$4,400.00

Name

---

**3.916** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00**

PELAKI LLC
3214 BRIARGROVE LN
SAN ANGELO, TX 76903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$525.00**

PEOPLESYSTEMS
PO BOX 4816
SYRACUSE, NY 13221-4816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.918** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

PERMANENT INK LLC
900 WENDELL COURT SW
ATLANTA, GA 30336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,850.00**

PETERS TRUCKING LLC
832 GOZA ROAD
FAYETVILLE, GA 30215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.920** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

PG UNITED LLC
9137 LEAH MEADOW LN
CHARLOTTE, NC 28208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.921** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

PGP TRUCKING LLC
199 METCALF ROAD
MANSFIELD, LA 71052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.922** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00**

PHILIP C NAWROCKI TRUCKING LLC
7245 CATALPA AVE
HIGHLAND, CA 92346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.923 | **Nonpriority creditor's name and mailing address** |

**3.923**

**Nonpriority creditor's name and mailing address**
**PINEDO JACKSON TRUCKING LLC**
**23 NEELY RUN**
**NEWNAN, GA 30288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.924**

**Nonpriority creditor's name and mailing address**
**PINEWOOD TRANSPORT LTD**
**1651 REFUGEE RD**
**COLUMBUS, OH 43207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.925**

**Nonpriority creditor's name and mailing address**
**PIQUA TRANSFER & STORAGE**
**9782 LOONEY ROAD**
**PIQUA, OH 45356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.926**

**Nonpriority creditor's name and mailing address**
**PITNEY BOWES LEASE AGREEMENT**
**3001 SUMMER ST.**
**STAMFORD, CT 06905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COPIER LEASE AGREEMENT**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.927**

**Nonpriority creditor's name and mailing address**
**PITTMAN TRANSFER INC**
**893 OLD JONAS RIDGE RD**
**NEWLAND, NC 28657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928**

**Nonpriority creditor's name and mailing address**
**PLATINUM SERVICES INC**
**1733 N EMERALD BAY, UNIT 6**
**PALATINE, IL 60067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.929**

**Nonpriority creditor's name and mailing address**
**POINTDIRECT TRANSPORT, INC.**
**19083 MERMACK AVE**
**LAKE ELSINORE, CA 92337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,840.00**

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.930**

Nonpriority creditor's name and mailing address

**PORTER HAULING**
**PO BOX 128**
**MERIDAIN, ID 83646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.931**

Nonpriority creditor's name and mailing address

**POWELL TRANSPORTATION CO INC**
**2348 US HWY 98 EAST**
**COLUMBIA, MS 39429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.932**

Nonpriority creditor's name and mailing address

**PRECISION TRANSPORTATION LLC**
**9420 N MERIDIAN AVE**
**FRESNO, CA 93720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$2,850.00**

---

**3.933**

Nonpriority creditor's name and mailing address

**PREMIER ONE ENTERPRISES**
**3110 287TH ST**
**CRAWFORDSVLLE, IA 52353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.00**

---

**3.934**

Nonpriority creditor's name and mailing address

**PRESTIGIOUS LLC**
**89 GEORGIA AVENUE**
**WRIGHTSVILLE, GA 31096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935**

Nonpriority creditor's name and mailing address

**PRIDE TRANS**
**9318 PILGRIM HEIGHTS DR**
**BAKERSFIELD, CA 93313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$3,100.00**

---

**3.936**

Nonpriority creditor's name and mailing address

**PRIME TRUCKING INC**
**8332 OAK PARK AVE**
**BURBANK, IL 60455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

**$975.00**

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**PRO INTERSTATE TRUCKING INC**
**2724 COLLINS CRES SW**
**EDMONTON, AB T6W 3X4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**PRO STAR LOGISTIC INC**
**22328 88TH AVE H104**
**KENT, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PRO TRUCKING INC**
**77917 209TH STREET**
**ALBERT LEA, MN 56007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,720.00 |
|---|---|---|---|

**PROGENY CLAIM SERVICE**
**14540 MAXWELL COURT**
**NAPLES, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,450.00 |
|---|---|---|---|

**PROLEAD TRANSPORT INC**
**241 S FRONTAGE RD STE 39**
**BURR RIDGE, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**PROLOAD TRANSPORT LLC**
**935 E 3000 N TRLR 14**
**LAYTON, UT 84040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |
|---|---|---|---|

**PUNTNEY TRUCKING LLC**
**117 S PARKWAY**
**COLUMBUS, NE 68601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**QUALITY EXPRESS CORP**
6051 E FRAZIER DR
POST FALLS, ID 83854

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUALITY LOGISTICS LLC**
118 CLEAR MEADOWS DR
BALLWIN, MO 77498

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,150.00 |
|---|---|---|---|

**QUALITY REFRIGERATED TRANSPORT**
29 E PALATINE ROAD
ELK GROVE VILLAGE, IL 60070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUALITY TRANSPORT LLC**
4300 STONEMEADOW CT
LOUISVILLE, KY 40220

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUEENSWAY TRUCK LINES LLC**
1630 MAIN ST
BLAKELY, PA 18508

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUICK TRANSPORT LLC**
1900 TOWER DRIVE
KAUKAUNA, WI 54130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUICK TRUCKING LLC**
2306 JULIA LN
FORNEY, TX 75126

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

| 3.951 | **Nonpriority creditor's name and mailing address**<br>**QUILES TRANSPORT LLC**<br>**355 CENTURA DR**<br>**ORANGE PARK, FL 32703** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,400.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**   CONTRACTED CARRIER | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.952 | **Nonpriority creditor's name and mailing address**<br>**R & H TRANSPORT SERVICE LLC**<br>**8259 MARWITHE CT**<br>**NEW ALBANY, OH 43054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,350.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**   CONTRACTED CARRIER | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 | **Nonpriority creditor's name and mailing address**<br>**R & J FREIGHT LLC**<br>**8787 WOODWAY DR#6201**<br>**HOUSTON, TX 77055** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**   CONTRACTED CARRIER | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.954 | **Nonpriority creditor's name and mailing address**<br>**R D L TRUCKING**<br>**1850 N 202ND AVE**<br>**BUCKEYE, AZ 85326** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**   CONTRACTED CARRIER | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 | **Nonpriority creditor's name and mailing address**<br>**R G M TRANSPORTATION LLC**<br>**PO BOX 1302**<br>**BETHEL, PA 19507** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,850.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**   CONTRACTED CARRIER | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.956 | **Nonpriority creditor's name and mailing address**<br>**R MANN TRUCKING LTD**<br>**2770 VICTORIA ST**<br>**ABBOTSFORD, BC V4X 2M2** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**   CONTRACTED CARRIER | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.957 | **Nonpriority creditor's name and mailing address**<br>**R MOODY TRUCKING L.L.C.**<br>**166 MACON PRICE RD**<br>**GARYSBURG, NC 27831** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$850.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:**   CONTRACTED CARRIER | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R MOVERS LLC**
3006 MOELLING LANE
WOODWARD, OK 73801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **AGENT CONTRACT TRANSPORTATION SERVICES AGREEMENT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**R6 TRUCKING INC**
6516 S KEATING
CHICAGO, IL 60544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**RAIDER LOGISTICS**
80 EASTERN AVE, UNIT 7
CALEDON EAST, ON L7C 2X6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**RAINEY BROS. INC**
3021 PIONEER RD
HOMEDALE, ID 83660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**RALPH SMITH COMPANY**
2471 S. 150 W.
BOUNTIFUL, UT 84087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**RAM TRUCKING GROUP, LLC**
620 N CHURCH ST UNIT 1901
CHARLOTTE, NC 28273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**RANDY SMITH**
2310 73RD AVE SE
BUCHANAN, ND 58420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**RAPID RESPONSE INC**
**155 ENTERPRISE DRIVE**
**WENTZVILLE, MO 63385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**RAPID RIVER LOGISTICS LLC**
**10820 US HWY 41**
**RAPID RIVER, MI 49878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|

**RAPK INVESTMENTS LLC**
**4917 BRIDGEWATER DR**
**ARLINGTON, TX 76010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**RC BONILLA TRUCKING LLC**
**2004 MISSISSIPI ST**
**BAYTOWN, TX 77523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**RCS TRANSPORT, LLC**
**PO BOX 901, 208 PROVIDENCE LANE**
**PETERSBURG, WV 26847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**RCS TRANSPORT, LLC**
**PO BOX 901, 208 PROVIDENCE LANE**
**PETERSBURG, WV 26847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**RD TRUCKING SERVICES LLC**
**291 N 300 W**
**MALAD CITY, ID 83252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**3.972** Nonpriority creditor's name and mailing address
**RDJ TRUCKING**
**129 S OAK ACRE DR**
**MARTINTON, IL 60436**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.973** Nonpriority creditor's name and mailing address
**RECOMMERCE GROUP INC**
**2110 FIFTH AVENUE**
**RONKONKOMA, NY 10035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.974** Nonpriority creditor's name and mailing address
**RED LION TRUCKING LLC**
**8235 STRATFORD CANYON DR**
**CYPRESS, TX 77433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

**3.975** Nonpriority creditor's name and mailing address
**RED SEA TRUCKING LLC**
**16706 VILLAGE VIEW TRAIL**
**SUGARLAND, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$1,700.00

---

**3.976** Nonpriority creditor's name and mailing address
**REDLINE CARRIERS LLC**
**4708 POPLAR DR**
**FORT WORTH, TX 76063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$1,200.00

---

**3.977** Nonpriority creditor's name and mailing address
**REES LOGISTICS CO LLC**
**PO BOX 759**
**LICKING, MO 65542**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$1,100.00

---

**3.978** Nonpriority creditor's name and mailing address
**REIGN TRUCKING & LOGISTICS LLC**
**112 MILL CREEK RD**
**VANCE, SC 29163**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$725.00

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**REINERT HAY COMPANY LLC**
**PO BOX 16**
**DAWN, TX 79045**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**REINSFELDER INC**
**108 PLUNKETT DR**
**ZELIENOPLE, PA 16063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,242.79 |
|---|---|---|---|

**RENOVO DATA**
**6 W DRUID HILLS DR, NE**
**BROOKHAVEN, GA 30329**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RENTERIA LOGISTICS LLC**
**12636 PANORAMA DR**
**BURLESON, TX 76028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**RETIRED DUDE ENTERPRISES LLC**
**131 LEGEND LN**
**KERRVILLE, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RETZKO LONG LTD**
**4722 N CLAY ST**
**DENVER, CO 80216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,300.00 |
|---|---|---|---|

**REV CAPITAL**
**1098 S TAMARACK DR APT 505**
**MT PROSPECT, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

---

**3.986** | Nonpriority creditor's name and mailing address
**REY DE REYES TRUCKING LLC**
7913 CHAPA RD
MERCEDES, TX 78586

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

---

**3.987** | Nonpriority creditor's name and mailing address
**RG TRANSPORT LLC**
671 NEX AVE APT 221
IOWA CITY, IA 52245

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.988** | Nonpriority creditor's name and mailing address
**RHZ TRUCKING**
260 VALLEY VIEW AVE
LAS CRUCES, NM 88005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.989** | Nonpriority creditor's name and mailing address
**RICHARD ALLEN MUMPOWER DBA
MUMPOWER TRUC**
10576 FISH AND GAME RD
WAYNESBORO, PA 17268

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.990** | Nonpriority creditor's name and mailing address
**RICHARD LYNN TRUCKING, INC**
7944 SW 5TH ST
NORTH LAUDERDALE, FL 92508

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.991** | Nonpriority creditor's name and mailing address
**RICHARD ROBERT ZAPOLI**
342 ELKINS LK
HUNTSVILLE, TX 77320

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.992** | Nonpriority creditor's name and mailing address
**RICHLAND FREIGHTLINES INC**
1506 VANDELAY CT
CERES, CA 95351

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

| | |
|---|---|
| 3.993 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**RIGHT-A-WAY TRANSPORTS AND LOGISTICS, LL**
**706 REMINGTON WALK CT**
**HOUSTON, TX 77055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$1,380.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.994
**Nonpriority creditor's name and mailing address**
**RITCH TRUCKING INC**
**522 HIGH FALLS PARK ROAD**
**BARNESVILLE, GA 30204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.995
**Nonpriority creditor's name and mailing address**
**RITTER TRANSPORT, LLC**
**5030 MARCYS WAY**
**TALLAHASSEE, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.996
**Nonpriority creditor's name and mailing address**
**RIVERBEND TRUCKING LLC**
**9018 72ND AVE**
**HUDSONVILLE, MI 49315**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.997
**Nonpriority creditor's name and mailing address**
**RJ FREIGHT INC**
**2840 AUDREYS WAY**
**EAST LANSING, MI 48075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.998
**Nonpriority creditor's name and mailing address**
**RJ ROAD CARRIER INC**
**1689 ROCKPORT ST**
**WINDSOR, ON N9A 4C4**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$5,875.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.999
**Nonpriority creditor's name and mailing address**
**RK LOGISTICS LLC**
**102 WORTYLKO STREET**
**CARTERET, NJ 07090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 0**

**Nonpriority creditor's name and mailing address**
**RKG LOGISTICS LLC**
**1820 HILL DR**
**PALMVIEW, TX 78572**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.100 1**

**Nonpriority creditor's name and mailing address**
**RLS HUTT TRANSPORTATION LLC**
**2185 MAIN RD**
**NEWFIELD, NJ 08344**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 2**

**Nonpriority creditor's name and mailing address**
**RM TRUCKING INC**
**1409 E OLIVE CT SUITE B # 1**
**FORT COLLINS, CO 80524**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.100 3**

**Nonpriority creditor's name and mailing address**
**ROAD LINK EXPRESS INC**
**13743 ABERDEEN STREET NE STE A**
**HAM LAKE, MN 55304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.100 4**

**Nonpriority creditor's name and mailing address**
**ROADMAZE TRANSPORT LLC**
**224 DEER TRACKS CIR**
**BIG COVE, AL 35763**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
**ROADRUNNER STEEL INC**
**5175 W MISSOURI AVE**
**LAS VEGAS, NV 89101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
**ROADWAY TRANSPORT LLC**
**37 UPLAND COURT NE**
**LUDOWICI, GA 31316**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

| 3.100 7 | Nonpriority creditor's name and mailing address<br>**ROALRO LOGISTIC LLC**<br>**15443 CIELO AZUL LN**<br>**CHANNELVIEW, TX 77530**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $850.00 |
|---|---|---|---|
| 3.100 8 | Nonpriority creditor's name and mailing address<br>**ROBERT D XPRESSWAY LLC**<br>**1008 ESTATES DRIVE**<br>**KENNEDALE, TX 75050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $750.00 |
| 3.100 9 | Nonpriority creditor's name and mailing address<br>**ROBERT F METTES**<br>**PO BOX 2170**<br>**RED LODGE, MT 59068**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONSULTANT FEE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,300.00 |
| 3.101 0 | Nonpriority creditor's name and mailing address<br>**ROBERTO SUAREZ**<br>**5505 RIO DRIVE**<br>**MISSION, TX 78572**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $850.00 |
| 3.101 1 | Nonpriority creditor's name and mailing address<br>**ROCK UNIVERSAL TRUCKING LLC**<br>**18511 WINDY STONE DR**<br>**HOUSTON, TX 77060**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.101 2 | Nonpriority creditor's name and mailing address<br>**ROCKDALE TRANSPORT SERVICES, INC.**<br>**P.O. BOX480**<br>**CAIRO, GA 39828**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,000.00 |
| 3.101 3 | Nonpriority creditor's name and mailing address<br>**ROCKHEAD INC DBA ROCKHEAD LOGISTICS**<br>**3985 BEN HUR AVE**<br>**WILLOUGHBY, OH 44094**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,400.00 |

| 3.101 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROD CLARKE TRUCKING, LLC**
P. O. BOX 68
VICTOR, MT 59875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**ROLLIN TRANSPORT LLC**
PO BOX 7
RICHFIELD, WI 53076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROMEKA TRANSPORT INC**
2900 GREEN ASH COURT
CONROE, TX 77301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**RORA FREIGHT LLC**
9010 MARKVILLE DR #421
DALLAS, TX 75043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**ROSE CANYON LLC**
3360 BIG FLAT RD TRLR 4
MISSOULA, MT 59804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**ROYAL FREIGHT LLC**
175 SWEETGUM LN
SPRINGBORO, OH 45417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**ROYAL PEAK INC**
947 OAK RIDGE BLVD
ELGIN, IL 60123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.102**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**ROYAL REGAL INC**
**205 W. GRAND AVENUE**
**BENSENVILLE, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**2**

Nonpriority creditor's name and mailing address

**$5,250.00**

**ROYAL TRANSPORTATION**
**73 BUCK RD**
**HUNTINGDON VALLEY, PA 19006**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**3**

Nonpriority creditor's name and mailing address

**$650.00**

**RS ENTERPRISES LLC**
**8800 N 220 ROAD**
**BEGGS, OK 73541**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**4**

Nonpriority creditor's name and mailing address

**$0.00**

**RSS RECOVERY SOLUTIONS SERVICES**
**LLC**
**C/O THE FUENTES FIRM**
**5507 LOUETTA RD STE A**
**SPRING, TX 77379**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**5**

Nonpriority creditor's name and mailing address

**$450.00**

**RUBY JUNE TRANSPORT LLC**
**265 STRECKER DR**
**TALLMADGE, OH 43569**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**6**

Nonpriority creditor's name and mailing address

**$0.00**

**RUSSELL FREIGHT SYSTEMS, LLC**
**2626 COLE AVE**
**DALLAS, TX 75204**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**7**

Nonpriority creditor's name and mailing address

**$2,800.00**

**RXR TRANSPORTATION INC**
**2050 ACACIA AVE**
**SUTTER, CA 95993**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.102 8**

**Nonpriority creditor's name and mailing address**
**RYDER TRUCK RENTAL INC.**
**P.O. BOX 96723**
**CHICAGO, IL 60693-6723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** GUARANTOR ON LOAN (DEFICIENCY ON TRUCKS BEING SURRENDERED)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
**S & L TRUCKING LLC**
**748 SCOTT STREET**
**SENATOBIA, MS 38668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$1,350.00

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
**S&D DELIVERIES LLC**
**7083 FRINGE FLOWER DR**
**AUSTELL, GA 30168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
**S&S TRANSPORTS LLC**
**1400 88TH AVENUE CT**
**GREELEY, CO 80631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$3,200.00

---

**3.103 2**

**Nonpriority creditor's name and mailing address**
**SADONJA ENTERPRISE LLC**
**19 BERGEN AVE**
**JERSEY CITY, NJ 07306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
**SAFE & SOUND LOGISTICS LLC**
**8630 BROOKVILLE RD**
**INDIANAPOLIS, IN 46225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.103 4**

**Nonpriority creditor's name and mailing address**
**SAFE LOGISTICS LLC**
**12660 BURT RD SUITE B**
**DETROIT, MI 48223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$3,800.00

---

| 3.103 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,975.00 |
|---|---|---|---|

**SAFESTAR TRUCKING LLC**
**9474 PALO ALTO ST**
**RCH CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**SAFETY CARE INC**
**1288 SEBRING CIR**
**ELGIN, IL 60120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**SAGAT TRANSPORTATION LLC**
**14904 SIMMONS GROVE DR**
**HAYMARKET, VA 22427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**SAILY EXPRESS LLC**
**3601 SAN CARLOS AVE**
**LAS VEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**SAM LLC**
**549 TYRONE RD**
**TYRONE, GA 30290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**SAMAN TRANSPORT LLC**
**8719 CHAPADA HIGHLANDS DR**
**CYPRESS, TX 77063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.00 |
|---|---|---|---|

**SANKER AUTOMOTIVE LLC**
**3512 BLUEBUSH RD**
**MONROE, MI 48162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 2**

**Nonpriority creditor's name and mailing address**
**SANMAR CORPORATIONS**
**PO BOX 34060**
**SEATTLE, WA 98124-1060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$317.02**

---

**3.104 3**

**Nonpriority creditor's name and mailing address**
**SAR CONTRACTING LLC**
**1120 W WALNUT ST**
**PO BOX 33**
**SUMMITVILLE, IN 46070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.104 4**

**Nonpriority creditor's name and mailing address**
**SASD TRANSPORTATION LLC**
**139 MANTLEBROOK DR**
**DESOTO, TX 75115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.104 5**

**Nonpriority creditor's name and mailing address**
**SAYER DELIVERY SERVICE INC**
**P O BOX 680808**
**PRATTVILLE, AL 36067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.104 6**

**Nonpriority creditor's name and mailing address**
**SCHMITS TRUCKING LLC**
**581 NARROWS RD**
**NEW BLOOMFIELD, PA 17536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.104 7**

**Nonpriority creditor's name and mailing address**
**SCHWARZ LOGISTICS CORP**
**1738 IRISH INIDAN TRAIL**
**JOLIET, IL 60436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,350.00**

---

**3.104 8**

**Nonpriority creditor's name and mailing address**
**SCOTT SIMMONS TRANSPORT LLC**
**36830 SAND HILL RD**
**LONG BOTTOM, OH 44870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1049**

**Nonpriority creditor's name and mailing address**
**SD HOWARD ENTERPRISES LLC**
**100 JAMES LIN CIR**
**KYLE, TX 78640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.1050**

**Nonpriority creditor's name and mailing address**
**SDL CARRIERS INC**
**3001 GEORGE MARTIN DR**
**LAREDO, TX 78045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

**3.1051**

**Nonpriority creditor's name and mailing address**
**SDM LOGISTIC & TRUCKING CORP**
**6507 OCEAN DR**
**MARGATE, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.1052**

**Nonpriority creditor's name and mailing address**
**SEEGERS TRUCK LINES INC**
**P O BOX 392**
**DENVER, IA 50622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.1053**

**Nonpriority creditor's name and mailing address**
**SEEKER LOGISTICS LLC**
**1919 TAYLOR ST STE F # 1402**
**HOUSTON, TX 77049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.1054**

**Nonpriority creditor's name and mailing address**
**SELAM14 TRUCKING LLC**
**9737 AMBERTON PKWY APT 1030**
**DALLAS, TX 75235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.1055**

**Nonpriority creditor's name and mailing address**
**SERVICE TRUCKING CO., INC.**
**PO BOX 4033**
**LYNCHBURG, VA 24502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** **SHAKE & BAKE TRANSPORTATION LLC** **1472 WILDERNESS WAY** **CLARKSVILLE, TN 37042** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **CONTRACTED CARRIER** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 7 | **Nonpriority creditor's name and mailing address** **SHALOM TRANS LLC** **297 SHILOH CROSSING DR** **AVON, IN 46123** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,050.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **CONTRACTED CARRIER** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 8 | **Nonpriority creditor's name and mailing address** **SHANNON MICHELLE SPECK** **2977 ROBERTS MOUNTAIN RD** **MYRTLE CREEK, OR 97457** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,800.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **CONTRACTED CARRIER** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 9 | **Nonpriority creditor's name and mailing address** **SHARK EXPRESS LLC** **6768 CYPRESS DR** **NORTH OLMSTED, OH 44149** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,200.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **CONTRACTED CARRIER** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 0 | **Nonpriority creditor's name and mailing address** **SHEER TRANSPORT LLC** **129 BIRCH HOLLOW RD** **MORGANTOWN, WV 26508** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,775.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **CONTRACTED CARRIER** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 1 | **Nonpriority creditor's name and mailing address** **SHIVDEV TRUCKING LTD** **3021 14A AVE NW** **EDMONTON, AB T6T 0Z2** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **CONTRACTED CARRIER** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 2 | **Nonpriority creditor's name and mailing address** **SHL LOGISTICS LLC** **664 THE HEIGHTS LN** **CALERA, AL 35040** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,362.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **CONTRACTED CARRIER** Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106.3**

**Nonpriority creditor's name and mailing address**
**SHOOTEM UP TRANSPORTATION LLC**
**60 KEVIN CIR**
**ODESSA, TX 79761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___CONTRACTED CARRIER___

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.106.4**

**Nonpriority creditor's name and mailing address**
**SHORT RUN LLC**
**6702 MCINTOSH RD**
**OXFORD, AL 36203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___CONTRACTED CARRIER___

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.106.5**

**Nonpriority creditor's name and mailing address**
**SIGHTS TRUCKING LLC**
**5933 CATES AVE**
**SAINT LOUIS, MO 62040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___CONTRACTED CARRIER___

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.106.6**

**Nonpriority creditor's name and mailing address**
**SILVA EXPRESS TRANSPORT LLC**
**1189 DYGERT CT**
**CLARKSVILLE, TN 37042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___CONTRACTED CARRIER___

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106.7**

**Nonpriority creditor's name and mailing address**
**SILVER EAGLE TRANSPORTATION**
**PO BOX 518**
**SCOTTSBORO, AL 35769**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___CONTRACTED CARRIER___

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106.8**

**Nonpriority creditor's name and mailing address**
**SILVER EXPRESS AZ LLC**
**4537 CROFTSHIRE DR**
**DAYTON, OH 45440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___CONTRACTED CARRIER___

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.106.9**

**Nonpriority creditor's name and mailing address**
**SILVERLINE MOBILE CONCRETE, L.L.C.**
**701 14TH AVE S**
**DENISON, IA 51442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___CONTRACTED CARRIER___

Is the claim subject to offset? ■ No ☐ Yes

**$725.00**

---

| 3.107 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**SIMF TRANS INCORPORATED**
**232 HIGHLAND RD**
**WILLOWBROOK, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**SIMON LACHANCE TRUCKING LLC**
**1311 PINECREST STREET**
**OLLA, LA 71465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**SJOQUIST HAY & STRAW INC**
**11780 COUNTY 1 BLVD**
**GOODHUE, MN 55027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SJW TRUCKING AND DELIVERIES LLC**
**320 THORNTON RD STE 109**
**LITHIA SPRING, GA 30122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SKOGQUIST COMPANIES INC**
**14201 XENON ST NW UNIT 15**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**SKS LOGISTICS LLC**
**PO BOX 3962**
**BAY ST. LOUIS, MS 39420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**SKS TRANSPORTATION LLC**
**1335 MYSTIC RIVER LN**
**ROSENBERG, TX 77471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CONTRACTED CARRIER

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **MEADOW LARK AGENCY, INC.** Case number *(if known)* _____

Name

| 3.107 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,400.00 |
|---|---|---|---|

**SKY BLUE TRUCKING INC**
**5817 E BROADWAY AVE**
**TAMPA, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |

**SKY DREAM INC**
**5029 BAYLEAF DR**
**STERLING HTS, MI 48310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |

**SKY SERVICES INC**
**PO BOX 432**
**BRUSH PRAIRIE, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,725.00 |

**SKYLINE ENTERTAINMENT LLC**
**2036 LAKESHORE BLVD S**
**SLIDELL, LA 70458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |

**SKYWAY EXPRESS LLC**
**4616 THISTLE CREEK CT**
**FORT WORTH, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |

**SLICKONE TRUCKING INC.**
**4601 W MARTIN LUTHER KING JR**
**BLVD 273**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |

**SLONE TRUCKING LLC**
**1655 FRIENDSHIP RD**
**GREENVILLE, KY 42345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.108<br>4 | **Nonpriority creditor's name and mailing address**<br>**SMALL'S ELITE TRANSPORTATION INC**<br>**6481 S MILLBROOK WAY**<br>**AURORA, CO 80012** | **$2,850.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108<br>5 | **Nonpriority creditor's name and mailing address**<br>**SMALSAR ENTERPRISES INC**<br>**67 CITYSCAPE GROVE NE**<br>**CALGARY, AB T2E 7T8** | **$6,200.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108<br>6 | **Nonpriority creditor's name and mailing address**<br>**SMART TRANS LOGISTICS INC**<br>**6111 KNOLLWOOD RD APT 103**<br>**WILLOWBROOK, IL 60181** | **$1,900.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108<br>7 | **Nonpriority creditor's name and mailing address**<br>**SME LOGISTICS LLC**<br>**5801 W WELLS PARK RD**<br>**WEST JORDAN, UT 84081** | **$1,100.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108<br>8 | **Nonpriority creditor's name and mailing address**<br>**SMITH BROTHERS TRUCKING, INC.**<br>**PO BOX 848**<br>**BARDSTOWN, KY 40004** | **$850.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108<br>9 | **Nonpriority creditor's name and mailing address**<br>**SMITH WAY TRUCKING LLC**<br>**14100 WILL CLAYTON PKWY APT 5301**<br>**CONROE, TX 77304** | **$1,500.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109<br>0 | **Nonpriority creditor's name and mailing address**<br>**SMOKEY POINT DISTRIBUTING**<br>**PO BOX 677311**<br>**DALLAS, TX 98223** | **$2,600.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SMOOTH TRUCKING LLC**
PO BOX 188
LOGAN, IA 51546

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.109 2 |

**SMOTHERS TRUCKING LLC**
845 E LIBERTY ST
MILL SHOALS, IL 62862

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,950.00**

---

| 3.109 3 |

**SMS TRANSPORTATION AND LOGIS**
1295 SOUTH BROWN SCHOOL RD
VANDALIA, OH 45377

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.109 4 |

**SNM LOGISTICS LLC**
101 BATEMAN ROAD
OAKDALE, PA 15071

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.109 5 |

**SNOW & SNOW TRANSPORTATION LLC**
6412 BRANDON AVE #159
SPRINGFIELD, VA 20166

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

| 3.109 6 |

**SNOWLINE TRANSPORTATION, LLC**
PO BOX 17050
MISSOULA, MT 59808

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,475.00**

---

| 3.109 7 |

**SOBIK TRANSPORTATION INC**
1975 CONGROVE DR
AURORA, IL 60532

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$4,700.00**

---

| 3.109 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.00 |

**SOCAL AMS BROS INC**
**2705 WARDLOW AVE**
**SAN DIEGO, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,100.00 |

**SOHA TRANSPORT LLC**
**386 SOUTH STREET**
**NEWARK, NJ 07105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |

**SOLE TRUCKING LLC**
**13307 NORTHSPRING BEND LANE**
**CYPRESS, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |

**SOLID TRANS CORP**
**13552 SW 64TH LN**
**MIAMI, FL 33183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |

**SOLUCION SERVICES USA LLC**
**3215 WESTPHALL CT**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |

**SOS TRUCKING LLC**
**2063 STONE RIDGE DR**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |

**SOSA'S HAULING INC**
**817 SOUTH CALHOUN ST**
**AURORA, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,180.00 |
|---|---|---|---|

**SOTO BOYS EXPRESS LLC**
711 N ALA MOANA ST
ALTON, TX 78573

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,850.00 |
|---|---|---|---|

**SOUTH PARK MOTOR LINES DBA CAST TRANSPOR**
9850 HAVANA STREET
HENDERSON, CO 80640

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**SOUTHERN CHRISTIAN TRANSPORT**
498 WHISTLING RUFUS ROAD
PEMBROKE, NC 28372

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**SOUTHERN SPECIALTY FREIGHT**
572 HIGHWAY 70
PEGRAM, TN 37143

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**SOUTHLAND TRANSPORTATION COMPANY**
112 RIVER ROAD
BOONVILLE, NC 27011

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,970.00 |
|---|---|---|---|

**SPARK PRIME LOGISTICS INC**
13717 S ROUTE 30 STE 155
PLAINFIELD, IL 60544

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SPECTRUM**
400 WASHINGTON BLVD
STAMFORD, CT 06902

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __INTERNET__

Is the claim subject to offset? ■ No ☐ Yes

---

1:23-bk-10135-BPH   Doc#: 1   Filed: 11/06/23   Page 208 of 311

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.111 2**

**Nonpriority creditor's name and mailing address**
**SPEEDY BROTHERS TRANSPORTATION LLC**
**5016S S 15000E RD**
**PEMBROKE TWP, IL 60958**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$1,200.00

---

**3.111 3**

**Nonpriority creditor's name and mailing address**
**SPREEN & SONS TRUCKING LLC**
**8953 WILLIAMS RD**
**WILLIAMS, IN 47470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$1,350.00

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
**SPRINGBROOK EXPRESS LLC**
**140 W PINE ST**
**NEW AUBURN, WI 54757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
**SSP TRUCK LINE INC**
**11 FOOT CRES**
**CAMBRIDGE, ON L9T 5E5**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111 6**

**Nonpriority creditor's name and mailing address**
**ST MARTIN AND SONS TRUCKING INC**
**300 W BAYVIEW AVE**
**PLEASANTVILLE, NJ 08232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$3,786.00

---

**3.111 7**

**Nonpriority creditor's name and mailing address**
**STAHI LOAD CARE INC**
**1012 SOMMERSET COURT UNIT C**
**ELGIN, IL 60156**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$1,190.00

---

**3.111 8**

**Nonpriority creditor's name and mailing address**
**STALLION LOGISTICS LLC**
**6255 HICKORY RIDGE CT**
**YPSILANTI, MI 48174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

---

**3.111 9**

**Nonpriority creditor's name and mailing address**
**STAR 32 INC**
**PO BOX 831**
**MADHILL, OK 73446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$3,300.00

---

**3.112 0**

**Nonpriority creditor's name and mailing address**
**STAR CARRIERS INC**
**1251 PLUM GROVE ROAD #130B**
**SCHAUMBURG, IL 60067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$1,950.00

---

**3.112 1**

**Nonpriority creditor's name and mailing address**
**STARLIGHT EXPRESS LLC**
**C/O RECOVERY OF JUDGMENT**
**1407 BROADWAY 29TH FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112 2**

**Nonpriority creditor's name and mailing address**
**STATELINE TRANSPORT LLC**
**1709 BRYANT ST**
**MIDLAND, TX 79701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112 3**

**Nonpriority creditor's name and mailing address**
**STEELCASE FINANCIAL SERVICES INC.**
**901 44TH STREET S E**
**GRAND RAPIDS, MI 49508**

Date(s) debt was incurred __2/12/2019__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __OFFICE PODS - ALL FURNITURE AND EQUIPMENT LEASED OR FINANCED FROM STEELCASE FINANCIAL__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112 4**

**Nonpriority creditor's name and mailing address**
**STEELWORKS EXPRESS LLC**
**3900 WYOMING ST**
**DEARBORN, MI 48126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$4,350.00

---

**3.112 5**

**Nonpriority creditor's name and mailing address**
**STELLA EXPRESS**
**600 NAPLES CT #304**
**GLENVIEW, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$2,650.00

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.112 6**

**Nonpriority creditor's name and mailing address**
**STEP N OUT INC**
**4382 BITTER CREEK ROAD**
**AFTON, WY 83110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$4,600.00**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**
**STEPHEN DALE SPLAWN DBA ASAP**
**TRUCKING, L**
**202 SHADYBROOK LN**
**ATLANTA, TX 75551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,700.00**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**
**STEPHEN POLLOCK TRANSPORT LLC**
**3371 HART RD**
**VALDOSTA, GA 31601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.112 9**

**Nonpriority creditor's name and mailing address**
**STEPHENS CARRIERS INC**
**PO BOX 220**
**HENDERSONVILLE, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$6,950.00**

---

**3.113 0**

**Nonpriority creditor's name and mailing address**
**STERLING TRANSPORT TRUCKING LLC**
**618 GREYFORD DR**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,325.00**

---

**3.113 1**

**Nonpriority creditor's name and mailing address**
**STEVENS TRUCKING COMPANY**
**PO BOX 19608**
**OKLAHOMA CITY, OK 73036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.113 2**

**Nonpriority creditor's name and mailing address**
**STINGRAY TRANSPORT LLC**
**361 COURTLEY CIRCLE**
**ROCHESTER, NY 14615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.113 3**

**Nonpriority creditor's name and mailing address**
**STOVERS TRUCKING**
**170 CHERRY RUN RD**
**HOWARD, PA 15825**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,770.00**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**
**STRATO PAY LLC**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,900.00**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**
**STROMME TRANSPORT LLC**
**49600 455TH AVE**
**PERHAM, MN 55379**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,825.00**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**
**SUDDENLY TRANS LLC**
**151 WINFIELD DR**
**NEW BRITAIN, CT 06037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,850.00**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**
**SUGAR HOLLOW WATER SERVICES, LLC**
**21 SUGAR HOLLOW ROAD**
**TUNKHANNOCK, PA 18657**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.00**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**
**SUN LAND STAR**
**3406 COUNTRY CLUB DR W #274**
**IRVING, TX 75038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 9**

**Nonpriority creditor's name and mailing address**
**SVANI TRANSPORTATION INCORPORATED**
**1541 74TH ST 2FL**
**BROOKLYN, NY 11228**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**SVB EXPRESS INC.**
**7625 SUNRISE BLVD #212**
**CITRUS HEIGHTS, CA 95610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**SW AMERICA LLC**
**22948 E DESERT SPOON DR**
**QUEEN CREEK, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**SWIFT FALCON TRANSPORTATION**
**COMPANY LLC**
**4229 TOLLCROSS LN**
**FORT WORTH, TX 76123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**SWINGIN' C LLC**
**249 N BK 700 RD**
**STIGLER, OK 74462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**T AND A FAMILY TRUCKING LLC**
**869 SALEM AVE**
**ELYRIA, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**T AND C RELIABLE TRANSPORT INC**
**19503 SWAN VALLEY DRIVE**
**CYPRESS, TX 77484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**T M BROWN TRUCKING INC**
**P O BOX 673**
**HOUSTON, MS 38851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114 7**

**Nonpriority creditor's name and mailing address**
TADD LLC
W 225 S 9135 MT CARMEL RD
BIG BEND, WI 53103

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**
TAG TRANS INC
7701 S GRANT ST SUITE D
BURR RIDGE, IL 60527

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**
TAIMEN TRUCKLINES LLC
1209 POINTE CENTRE DR STE 205
CHATTANOOGA, TN 37421

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**
TBG COMPANYS LLC
5205 HIGHWAY 25
MOUNTAIN IRON, MN 55768

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**
TEAM-POWERED LLC
5547 CASA BATILLO DR
KATY, TX 77493

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$2,900.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**
TEPOKATZ FLATBED LLC
PO BOX 94565
CLEVELAND, OH 44101

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

**3.115 3**

**Nonpriority creditor's name and mailing address**
TERRY CAMPBELL
87 ED BROWN ST
FOLKSTON, GA 31537

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

| 3.115 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|

**TERRY LANDRUM**
**450 ROME ROAD**
**LANCING, TN 37770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TESLA TRANSPORT**
**3924 W DEVON AVE STE 200H**
**LINCOLNWOOD, IL 60712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**TEXAS TRANSPORTATIONS**
**11907 CARRIGE RIDGE**
**HOUSTON, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**TEXSHED TRANSPORT LLC**
**5711 COUNTY ROAD 37**
**SELMA, AL 36703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**TG LOGISTICS LLC**
**2 ROSEMARY CT**
**LOS LUNAS, NM 87031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE AI FLEET INC DBA AIFLEET**
**200 E 6TH STREET**
**AUSTIN, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**THE GOLDEN DOLPHIN TRUCKING CO LLC**
**8149 AIRCENTER CT # 2205**
**ORLANDO, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116**
**1**

**Nonpriority creditor's name and mailing address**
**THE KAPLAN TRUCKING COMPANY**
**PO BOX 92618**
**CLEVELAND, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.116**
**2**

**Nonpriority creditor's name and mailing address**
**THIMOTHEES IN AN OUT LOGISTICS LLC**
**DBA I**
**1242 HUEY RD**
**DOUGLASVILLE, GA 30134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,900.00**

---

**3.116**
**3**

**Nonpriority creditor's name and mailing address**
**THIRD GENERATION TRANSPORT**
**5998 S 800 W**
**PLEASANT LAKE, IN 46747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$805.00**

---

**3.116**
**4**

**Nonpriority creditor's name and mailing address**
**THREE CHIMNEY EXPRESS**
**S2962 THREE CHIMNEY RD**
**VIROQUA, WI 54665**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,950.00**

---

**3.116**
**5**

**Nonpriority creditor's name and mailing address**
**THREE TOWERS LOGISTICS LLC**
**1321 RIVERVIEW LN**
**SEAGOVILLE, TX 75159**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.116**
**6**

**Nonpriority creditor's name and mailing address**
**THTS TRANSPORT LLC**
**4631 W WALTANN LANE**
**GLENDALE, AZ 85027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

---

**3.116**
**7**

**Nonpriority creditor's name and mailing address**
**TIGER TRANSPORT LLC**
**1024 RIVER DRIVE**
**RIVER FALLS, WI 54701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116 8**

**Nonpriority creditor's name and mailing address**
**TIM PERLEBERG TRUCKING INC**
**317 NORTH 13TH STREET**
**NEW ROCKFORD, ND 58458**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,585.00**

---

**3.116 9**

**Nonpriority creditor's name and mailing address**
**TIM RYAN TRUCKING LLC**
**9815 E PARIS AVE SE**
**CALEDONIA, MI 49316**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**
**TIMBER PRODUCTS OF IRON MOUNTAIN INC**
**PO BOX 1032**
**IRON MOUNTAIN, MI 49801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**
**TIMDERIOUS RUBIN DBA RUBIN TRANSPORTATIO**
**405 GLENMORE CT**
**LA VERGNE, TN 37207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**
**TIMELINE TRANSPORTATION INC**
**3555 N NEVA AVE**
**CHICAGO, IL 60010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**
**TKD TRUCK COMPANY**
**PO BOX 2793**
**BIG BEAR CITY, CA 92314**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.117 4**

**Nonpriority creditor's name and mailing address**
**TKZ TRANSPORT LLC**
**117 E LOUISA ST #161**
**SEATTLE, WA 98108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.117 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**TONY GILL TRANSPORT INC**
**4 CAMPWOOD CRES**
**BRAMPTON, ON L7C 0W9**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOP GEAR CARRIERS INC**
**36 SANDLEWOOD LN**
**BARRINGTON, IL 60010**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**TOTAL HAULING, LLC**
**2101 UNION MILL RD.**
**NICHOLASVILLE, KY 40356**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOW MAYHALL LLC**
**108 W BK 900 RD**
**STIGLER, OK 74462**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TP TRUCKING LLC**
**P O BOX 840402**
**LOS ANGELES, CA 90084**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**TRAMAT LLC**
**6119A GREENVILLE AVE #306**
**DALLAS, TX 75243**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAMCOR CORPORATION**
**908 N 2000 WEST**
**FARR WEST, UT 84404**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**3.118 2**

**Nonpriority creditor's name and mailing address**
TRANHAUL TRANSPORT LTD
16523 132 STREET NW
EDMONTON, AB T6V 0J5

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
TRANS GLOBAL EXPRESS INC
1536 ORCHARD CIR
NAPERVILLE, IL 60563

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.118 4**

**Nonpriority creditor's name and mailing address**
TRANSASTRO CORPORATION
PO BOX 16398
FORT WORTH, TX 76123

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.118 5**

**Nonpriority creditor's name and mailing address**
TRANSNET LOGISTICS LLC
918 CARRINGTON DR.
CHARLOTTE, NC 28208

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.118 6**

**Nonpriority creditor's name and mailing address**
TRANSPORT LOGIC LLC
PO BOX 271
CASSVILLE, MO 65625

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 7**

**Nonpriority creditor's name and mailing address**
TRANSPORT MAFIA LLC
8048 E OLD STATE ROAD 144
MOORESVILLE, IN 47564

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACTED CARRIER

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.118 8**

**Nonpriority creditor's name and mailing address**
TRANSPORTATON ALLIANCE BANK
4185 HARRISON BLVD
OGDEN, UT 84403

Date(s) debt was incurred **5/8/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES ETC.

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**TRANSPORTERS CHOICE LLP**
**5198 ROADRUNNER AVE**
**FIRESTONE, CO 80131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRANSWEST EXPRESS INC**
**5406 CROSSINGS DR**
**ROCKLIN, CA 95677**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**TRANSWORTH LEASING LLC**
**7413 WHITESVILLE RD SUITE 100A**
**FORTSON, GA 31808**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAVIS ROSE TRUCKING LLC**
**310 E 2ND ST**
**REYNOLDS, IN 47980**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**TREVIS BARNES D/B/A: BARNES TRUCKING**
**132 OTIS REDDING DR**
**NATCHEZ, MS 39120**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**TRINITY XPRESS CORP**
**12430 SW 106 STREET**
**MIAMI, FL 33173**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**TRIPLE C TRANSPORT LLC**
**38370 W HWY 30**
**SNOWVILLE, UT 84336**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**TRIPLE T EXPRESS INC**
**883 REBECCA STREET**
**LILBURN, GA 30047**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**TROYANO TRUCKING &**
**TRANSPORTATAION LLC**
**7016 SPUR RANCH RD**
**ODESSA, TX 79765**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.00 |
|---|---|---|---|

**TRUCK PROGRESS COMPANY**
**4 CLIFFSIDE CIRCLE DRIVE**
**WILLOW SPRINGS, IL 60525**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**TRUCKLAND INC**
**8070 W RUSSELL**
**RD #1012**
**LAS VEGAS, NV 89113**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,634.03 |
|---|---|---|---|

**TRUCKSTOP.COM**
**PO BOX 99**
**NEW PLYMOUTH, ID 83655**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**TRUE INTEGRITY TRANSPORT LLC**
**3035 ASPEN HOLLOW LANE**
**SUGARLAND, TX 77056**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRYON TRUCKING INC**
**PO BOX 68**
**FAIRLESS HILLS, PA 19067**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.120 3 | **$5,200.00** |

**Nonpriority creditor's name and mailing address**
**TUNGUS LLC**
**1104 CLEAR CREEK CIR**
**CLERMONT, FL 34711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 4 | **$900.00** |

**Nonpriority creditor's name and mailing address**
**TURBO VALLEY TRANSPORTATION**
**12 E MARS WAY UNIT C**
**SANDY, UT 84070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 5 | **$2,600.00** |

**Nonpriority creditor's name and mailing address**
**TURK TRANSPORTATION LLC**
**181 CENTENNIAL DR**
**CARNEGIE, PA 15102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 6 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**TURQUOISE TRUCKING**
**34 43RD AVE SW**
**CEDAR RAPIDS, IA 52404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 7 | **$1,100.00** |

**Nonpriority creditor's name and mailing address**
**TWENTY TWENTY LOGISTICS INC**
**1102 N ELLIS ST**
**BENSENVILLE, IL 60106**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 8 | **$2,100.00** |

**Nonpriority creditor's name and mailing address**
**TWIN CITY TRANSPORT INC**
**P O BOX 190118**
**LITTLE ROCK, AR 72209**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 9 | **$800.00** |

**Nonpriority creditor's name and mailing address**
**TX FLY TRANSPORT LLC**
**112 DURANGO ST**
**RIO GRANDE CITY, TX 78582**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
| **TY TRANSPORTATION INC** | ☐ Contingent | |
| **1601 W WALNUT ST UNIT 59** | ☐ Unliquidated | |
| **SANTA ANA, CA 92705** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **CONTRACTED CARRIER** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
| **TYEISHA MOORE HAULING LLC** | ☐ Contingent | |
| **170 JO CELESTE PETTWAY ROAD** | ☐ Unliquidated | |
| **ALBERTA, AL 36720** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **CONTRACTED CARRIER** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
| **U S & B TRANSPORT L L C** | ☐ Contingent | |
| **8546 SOUTHERN OAK CT** | ☐ Unliquidated | |
| **MOBILE, AL 36610** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **CONTRACTED CARRIER** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
| **UFD LLC** | ☐ Contingent | |
| **5804 STURBRIDGE CT** | ☐ Unliquidated | |
| **SACRAMENTO, CA 95842** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **CONTRACTED CARRIER** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **UKR CARRIER INC** | ☐ Contingent | |
| **1766 NATURE CT** | ☐ Unliquidated | |
| **SCHAUMBURG, IL 60173** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **CONTRACTED CARRIER** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **UMBRA TRUCKING LLC** | ☐ Contingent | |
| **87 UPPER COLORADO DR** | ☐ Unliquidated | |
| **BAY CITY, TX 77414** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **CONTRACTED CARRIER** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **UNICO EXPRESS INC** | ☐ Contingent | |
| **116 ARCHER STREET** | ☐ Unliquidated | |
| **BURLINGTON, NC 27215** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **CONTRACTED CARRIER** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.121 7 | **$650.00** |

**Nonpriority creditor's name and mailing address**

**UNION TRANSIT LLC**
**13597 ELIAS CIR**
**SAN BENITO, TX 78586**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.121 8 | **$3,000.00** |

**Nonpriority creditor's name and mailing address**

**UNITED CARRIER LLC**
**170 OLD JOHN DODD RD**
**BOILING SPRINGS, SC 37323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.121 9 | **$2,075.00** |

**Nonpriority creditor's name and mailing address**

**UNITED STEEL HAULING LLC**
**1434 DALLAS DRIVE**
**THOMSON, GA 63877**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.122 0 | **$2,200.00** |

**Nonpriority creditor's name and mailing address**

**UNITED TRANSPORT INC**
**1155 1ST STREET**
**ROGERS, NE 68659**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.122 1 | **$600.00** |

**Nonpriority creditor's name and mailing address**

**UNITEDWS INC**
**2212 E 12TH ST APT 406**
**DAVENPORT, IA 52804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.122 2 | **$1,900.00** |

**Nonpriority creditor's name and mailing address**

**UNITY TRUCKING LLC**
**621 11 ST**
**PLANO, TX 77386**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.122 3 | **$1,000.00** |

**Nonpriority creditor's name and mailing address**

**UPSCALE TRANSPORTS LLC**
**158-C LANGFORD RD**
**BLYTHEWOOD, SC 29016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.122 4**

**Nonpriority creditor's name and mailing address**
**US BANK**
**PO BOX 790408**
**ST LOUIS, MO 63179-0408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ☐ No ☐ Yes

$231,798.21

---

**3.122 5**

**Nonpriority creditor's name and mailing address**
**US INTERNET**
**BIN# 131489, PO BOX 1414**
**MINNEAPOLIS, MN 55480-1414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __INTERNET__

Is the claim subject to offset? ■ No ☐ Yes

$472.50

---

**3.122 6**

**Nonpriority creditor's name and mailing address**
**US SARA EXPRESS INC**
**27 W 231 MANCHESTER RD**
**WHEATON, IL 60187**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.122 7**

**Nonpriority creditor's name and mailing address**
**USA EAGLE EXPRESS LLC**
**5721 COTTONWOOD CT**
**HUBER HEIGHTS, OH 45424**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

**3.122 8**

**Nonpriority creditor's name and mailing address**
**USA FREIGHT SYSTEM INC**
**1775 NW 70TH AVE**
**MIAMI, FL 33174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

**3.122 9**

**Nonpriority creditor's name and mailing address**
**V & R TRUCKING INC**
**3136 W EXPOSITION AVENUE**
**DENVER, CO 80239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$2,050.00

---

**3.123 0**

**Nonpriority creditor's name and mailing address**
**VAZ TRUCKS INC.**
**1042 MAPLE AVE STE 173**
**LISLE, IL 60185**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONTRACTED CARRIER__

Is the claim subject to offset? ■ No ☐ Yes

$450.00

---

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.123 1 | **Nonpriority creditor's name and mailing address**<br>**VDV ROYAL TRANS INC**<br>**1051 PERIMETER DRIVE STE 210**<br>**SCHAUMBURG, IL 60173**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.123 2 | **Nonpriority creditor's name and mailing address**<br>**VEFMC TRUCKING LLC**<br>**1020 E HOWELL ST**<br>**PHILADELPHIA, PA 19149**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.123 3 | **Nonpriority creditor's name and mailing address**<br>**VEGA TRANSPORT LLC**<br>**PO BOX 16429**<br>**ST LOUIS, MO 63128**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,400.00** |

| 3.123 4 | **Nonpriority creditor's name and mailing address**<br>**VENUS TRANS LLC**<br>**1821 RIZZI LN**<br>**BARTLETT, IL 60005**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,150.00** |

| 3.123 5 | **Nonpriority creditor's name and mailing address**<br>**VGE HAULING LLC**<br>**4795 FORD COURT**<br>**WHITE PLAINS, MD 20695**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,150.00** |

| 3.123 6 | **Nonpriority creditor's name and mailing address**<br>**VICTORY TRANSIT INC**<br>**225 N ARLINGTON HEIGHTS RD UNIT 205**<br>**ELK GROVE VILLAGE, IL 60007**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |

| 3.123 7 | **Nonpriority creditor's name and mailing address**<br>**VIDA BELLA TRUCKING LLC**<br>**8340 N THORNYDALE RD**<br>**TUCSON, AZ 85745**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$350.00** |

| 3.123 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**VILLEGAS TRANSPORT LLC**
**3905 E 6TH ST**
**CHEYENNE, WY 82009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VMIRANDA TRANSPORT LLC**
**13184 FULLERTON DR**
**VICTORVILLE, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
|---|---|---|---|

**VOGELSBURG TRUCKING**
**500 12TH ST NW**
**FAIRBULT, MN 55021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**VOSS TRANSPORT LLC**
**1301 PO BOX**
**COLUMBUS, TX 78934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**W & N TRANSPORTATION INC**
**13903 SENECA RIDGE DR**
**HAGERSTOWN, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**W T S TRANSPORTATION LLC**
**242 ROANOKE CIR**
**COLUMBUS, MS 39702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.00 |
|---|---|---|---|

**W&A PABLO TRANSPORT SERVICE LLC**
**2920 BLUE JAY CT**
**RACINE, WI 53402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |
|---|---|---|---|

**WALKI ENTERPRISES LLC**
**6220 FM 2920 RD APT 910**
**SPRING, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WALLICK FAMILY TRUCKING INC**
**2374 UNION AVENUE**
**VILLISCA, IA 51632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,150.00** |
|---|---|---|---|

**WARRIORS TRANSIT INC**
**15128 S HARLAN RD UNIT 409**
**LATHROP, CA 95337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WAS TRUCKING LLC**
**7453 35TH STREET**
**COLFAX, WI 54114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,970.00** |
|---|---|---|---|

**WAYNE TRANSPORTS INC**
**NW 4576 PO BOX 1450**
**MINNEAPOLIS, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WEST COAST TRANSPORT**
**4692 COLORADO RIVER DR**
**LONGMONT, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,050.00** |
|---|---|---|---|

**WEST EXPRESS LLC**
**16901 DALLAS PARKWAY STE 116**
**ADDISON, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**WEST OF THE PECOS LOGISTICS LLC**
106 S YOUNG ST
FORT STOCKTON, TX 79735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,725.00 |
|---|---|---|---|

**WEST UA TRANSPORT IN**
13195 E 8 MILE RD
WARREN, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESTCOAST TRANSPORT SERVICES LLC**
3822 108 AVE E
EDGEWOOD, WA 98372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**WESTERN LINES INC**
1904 PLANTEA CT
LAS VEGAS, NV 89128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESTERN TRANSPORT LOGISTICS INC**
2601 E MAGNOLIA ST
PHOENIX, AZ 85034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESTY'S TRUCKING LLC**
2538 FISHER LN
OCONTO, WI 54153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**WEXPRESS TRANSPORT LLC**
6609 SALOUMEH WAY
CORPUS CHRISTI, TX 78416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MEADOW LARK AGENCY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.125 9**

**Nonpriority creditor's name and mailing address**
**WHEEL EXPRESS LLC**
**3408 N. POTSDAM AVE**
**SIOUX FALLS, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$2,900.00

---

**3.126 0**

**Nonpriority creditor's name and mailing address**
**WHEELER LEGACY TRANSPORTATION LLC**
**1307 LUNA LINDA DR**
**ARLINGTON, TX 76010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 1**

**Nonpriority creditor's name and mailing address**
**WHEELER TRANSPORT LLC**
**4623 NW 1ST AVE**
**NEW PLYMOUTH, ID 48460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

**3.126 2**

**Nonpriority creditor's name and mailing address**
**WHETSTONE TRANSFER LLC**
**804 INDUSTRIAL DRIVE**
**MILBANK, SD 57252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$2,200.00

---

**3.126 3**

**Nonpriority creditor's name and mailing address**
**WHITE CITY LOGISTICS**
**765 IL RTE 83 STE 123**
**BENSENVILLE, IL 60106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 4**

**Nonpriority creditor's name and mailing address**
**WHITE EAGLE TRANSPORT LLC**
**13626 LARWOOD LN**
**HOUSTON, TX 77038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

**3.126 5**

**Nonpriority creditor's name and mailing address**
**WHITE LIGHTNING EXPRESS INC**
**219272 MAPLE LEAF ROAD**
**MARATHON, WI 54448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

$1,200.00

---

| 3.126 6 | Nonpriority creditor's name and mailing address<br>**WHITE MOUNTAIN TRUCKING LLC**<br>**6424 S. 75TH AVE.**<br>**LAVEEN, AZ 85339**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.126 7 | Nonpriority creditor's name and mailing address<br>**WIDER GROUP INC**<br>**3004 WEST BELMONT**<br>**CHICAGO, IL 60106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,250.00 |
| 3.126 8 | Nonpriority creditor's name and mailing address<br>**WIL TRANSPORTATION SERVICES INC**<br>**780 THORPE RD**<br>**ORLANDO, FL 32824**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,700.00 |
| 3.126 9 | Nonpriority creditor's name and mailing address<br>**WILLS TRANSPORT LLC**<br>**1623 DRAKES CREEK RD**<br>**HENDERSONVILLE, TN 37075**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.127 0 | Nonpriority creditor's name and mailing address<br>**WILLY JENSEN TRUCKING REPAIR INC**<br>**27522 COUNTY HWY 48**<br>**OSAGE, MN 56570**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $850.00 |
| 3.127 1 | Nonpriority creditor's name and mailing address<br>**WILSWIFT TRUCKING LLC**<br>**9024 OLD CASCADE DR**<br>**GARNER, NC 28086**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,800.00 |
| 3.127 2 | Nonpriority creditor's name and mailing address<br>**WINDING ROADS LLC**<br>**512 S PETERSON AVE, SUITE 2002**<br>**DOUGLAS, GA 31535**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONTRACTED CARRIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,700.00 |

---

| 3.127 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**WISEXPRESS INC**
**11538 CROSS CREEK ESTATES LANE**
**BELVIDERE, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**WOMACK TRANSPORTATION**
**PO BOX 7057**
**MCMINNVILLE, TN 37110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**WRAY TRUCKING CO LLC**
**246 ENERGY BLVD**
**ROCKY MOUNT, VA 24151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|

**WTI TRANSPORT INC**
**PO BOX 11407**
**BURMINGHAM, AL 35401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**WTP LOGISTICS LLC**
**715 N 2475 W**
**LAYTON, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.22 |
|---|---|---|---|

**WYOMING WORKERS COMPENSATION**
**5221 YELLOWSTONE RD**
**CHEYENNE, WY 82002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**X FACTOR EXPRESS LLC**
**4500 MERCANTILE PLAZA STE 300**
**FORT WORTH, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CONTRACTED CARRIER**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __MEADOW LARK AGENCY, INC.__    Case number (if known) _____

---

| 3.128.0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,525.00 |
|---|---|---|---|

**X-TRUX INC**
P O BOX 293
SIOUX FALLS, SD 57107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Y & Y TRANSPORT LLC**
7968 HILLTOP WINDMILL ST
LAS VEGAS, NV 89123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,150.00 |
|---|---|---|---|

**YAHIR TRUCKING LLC**
106 CYPRESS RD
ANNAPOLIS, MD 21403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**YANEZ TRUCKIN LLC**
622 BEAR VALLEY DR
GRAND JCT, CO 81505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**YARD DOG TRANSPORT LLC**
7146 183RD ST # 168
TINLEY PARK, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**YCY EXPRESS INC**
24 SW 38TH AVE
CORAL GABLES, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,900.00 |
|---|---|---|---|

**YELLOW BRICK RHOADES LLC**
12421 CILCAIN CT
RALEIGH, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CONTRACTED CARRIER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

**YELLOW JACKET TRANZ LLC**
**115 ROAD 5005**
**BLOOMFIELD, NM 87413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**YELLOWSTONE TRANSPORT LLC**
**1310 HILL CREST AVE**
**LAUREL, MT 59044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**YODER TRANSPORT LLC**
**708 N OAK ST**
**HARRISON, AR 72601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Z & I TRUCKING LLC**
**5872 HWY 498 E**
**PORTERVILLE, MS 39352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |
|---|---|---|---|

**Z TRANSPORTATION INC**
**107 BEAVERBROOK RD STE 2**
**LINCOLN PARK, NJ 07035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**ZAM TRANS INC**
**4811 CHIPPENDALE DRIVE SUITE 802**
**SACRAMENTO, CA 95841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|

**ZAM ZAM FREIGHT LLC**
**8555 E EVANS AVE UNIT 2301**
**DENVER, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CONTRACTED CARRIER**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.129 4 | **Nonpriority creditor's name and mailing address** **ZAVA TRANS INC** **4720 S PINE ST APT 43** **TACOMA, WA 98409** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **CONTRACTED CARRIER** Is the claim subject to offset? ☐ No ☐ Yes | **$3,500.00** |
|---|---|---|---|

| 3.129 5 | **Nonpriority creditor's name and mailing address** **ZAVALA CARRIERS EXPRESS** **1632 DUNAWAY ST** **HOUSTON, TX 77093** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **CONTRACTED CARRIER** Is the claim subject to offset? ☑ No ☐ Yes | **$400.00** |
|---|---|---|---|

| 3.129 6 | **Nonpriority creditor's name and mailing address** **ZEEB TRUCKING INC** **905 EAST BREITUNG AVENUE** **KINGSFORD, MI 49802** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **CONTRACTED CARRIER** Is the claim subject to offset? ☑ No ☐ Yes | **$1,900.00** |
|---|---|---|---|

| 3.129 7 | **Nonpriority creditor's name and mailing address** **ZELLER TRANSPORTATION, LLC** **1615 INNOVATION WAY** **HARTFORD, WI 53027** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **CONTRACTED CARRIER** Is the claim subject to offset? ☑ No ☐ Yes | **$675.00** |
|---|---|---|---|

| 3.129 8 | **Nonpriority creditor's name and mailing address** **ZOKO FREIGHT, INC.** **13156 FRANCISCO AVE STE A** **BLUE ISLAND, IL 60406** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **CONTRACTED CARRIER** Is the claim subject to offset? ☑ No ☐ Yes | **$1,976.66** |
|---|---|---|---|

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ANDERSON, WILLIAMS, & FARROW, LLC** **7515 HALCYON POINT DRIVE** **MONTGOMERY, AL 36117** | Line **3.1157** ☐ Not listed. Explain ____ | _ |
| 4.2 | **DANIEL R SAVALOJA** **8970 WEST 35W SERVICE DRIVE NE** **SUITE 100** **BLAINE, MN 55449-6744** | Line **3.631** ☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.3** **ERIC NORD** **CRIST, KROGH, ALKE & NORD, PLLC** **2708 FIRST AVENUE NORTH, SUITE 300** **BILLINGS, MT 59101** | Line **3.830** ☐ Not listed. Explain ____ | _ |
| **4.4** **MULLEN INVESTEMENTS II, LLC** **4425 MCGIRL RD** **BILLINGS, MT 59105** | Line **3.830** ☐ Not listed. Explain ____ | _ |
| **4.5** **MULLEN INVESTMENTS II, LLC** **PO BOX 42** **SODA SPRINGS, ID 83276** | Line **3.830** ☐ Not listed. Explain ____ | _ |
| **4.6** **R MOVERS LLC** **1120 48TH** **WOODWARD, OK 73801** | Line **3.958** ☐ Not listed. Explain ____ | _ |
| **4.7** **ROBERT S BOULTER** **LAW OFFICE OF ROBERT S BOULTER** **1101 5TH AVENUE #310** **SAN RAFAEL, CA 94901** | Line **3.765** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a.** Total claims from Part 1 | 5a. | $ 782,150.97 |
| **5b.** Total claims from Part 2 | 5b. + | $ 2,724,673.98 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 3,506,824.95 |

**Fill in this information to identify the case:**

Debtor name    **MEADOW LARK AGENCY, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **FACTORING AGREEMENT** | |
| State the term remaining | **OTR SOLUTIONS CAPITAL LLC 1000HOLCOMB WOODS PARK BUILDING 300, SUITE 315-A ROSWELL, GA 30076** |
| List the contract number of any government contract _____ | |

Official Form 206G     **Schedule G: Executory Contracts and Unexpired Leases**     Page 1 of 1

Fill in this information to identify the case:

Debtor name **MEADOW LARK AGENCY, INC.**

United States Bankruptcy Court for the: DISTRICT OF MONTANA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **AMANDA R. ROTH** | **2720 HUMMINGBIRD WAY BILLINGS, MT 59105** | **TRANSPORTATON ALLIANCE BANK** | ☐ D ____<br>☑ E/F ___3.1188___<br>☐ G ____ |
| 2.2 | **AMANDA R. ROTH** | **2720 HUMMINGBIRD WAY BILLINGS, MT 59105** | **OTR SOLUTIONS CAPITAL LLC** | ☑ D ___2.3___<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **AMANDA R. ROTH** | **2720 HUMMINGBIRD WAY BILLINGS, MT 59105** | **ALPINE ADVANCE 5** | ☑ D ___2.1___<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **AMANDA R. ROTH** | **2720 HUMMINGBIRD WAY BILLINGS, MT 59105** | **CLOUDFUND LLC/DELTA BRIDGE** | ☑ D ___2.2___<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **AMANDA R. ROTH** | **2720 HUMMINGBIRD WAY BILLINGS, MT 59105** | **THE LCF GROUP INC.** | ☑ D ___2.6___<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **MEADOW LARK AGENCY, INC.** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **MEADOW LARK TRANSPORT** | 2720 HUMMINGBIRD WAY BILLINGS, MT 59105 | **BRUCKNER LEASING COMPANY** | ☐ D _____ ■ E/F _3.159_ ☐ G _____ |
| 2.7 | **MEADOW LARK TRANSPORT** | 2720 HUMMINGBIRD WAY BILLINGS, MT 59105 | **RYDER TRUCK RENTAL INC.** | ☐ D _____ ■ E/F _3.1028_ ☐ G _____ |

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **10/01/2022** to **9/30/2023** | ■ Operating a business  **[THE GROSS INCOME IS FROM 10/2022 - 10/2023]**<br>■ Other | **$60,479,825.00** |
| **For year before that:**<br>From **10/01/2021** to **9/30/2022** | ■ Operating a business<br>☐ Other | **$102,628,669.00** |
| **For the fiscal year:**<br>From **10/01/2020** to **9/30/2021** | ■ Operating a business<br>☐ Other | **$75,973,090.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **AMERICAN NATIONAL BANK** **8990 WEST DODGE ROAD** **OMAHA, NE 68114** | 10/20/2023 | $78,227.34 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **2022 JEEP GRAND WAGONEER SOLD AND LIEN HOLDER PAID OFF** |
| 3.2. **LITTLE HORN STATE BANK** **CENTRAL AVENUE BRANCH** **2900 CENTRAL AVENUE BLDG 3** **BILLINGS, MT 59102-8626** | 10/17/2023 | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **PAYMENT OF LETTER OF CREDIT** |
| 3.3. **TRUCKSTOP.COM** **PO BOX 99** **NEW PLYMOUTH, ID 83655** | 8/1/2023-10/3 1/2023 | $8,320.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **AFLAC** | 8/1/2023-10/3 1/2023 | $7,830.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INSURANCE** |
| 3.5. **ALPINE ADVANCE 5** **46 WASHINGTON STREET** **SUITE #6** **MIDDLETOWN, CT 06457** | 8/1/2023-10/3 1/2023 | $18,625.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **AMZ HEATING & COOLING LLC** | 8/1/2023-10/3 1/2023 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **ASSOCIATED EMPLOYERS** | 8/1/2023-10/3 1/2023 | $128,295.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8.   **CHARLES SCHWAB TRUST BANK** | 8/1/2023-10/31/2023 | $28,851.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.9.   **CLINE WOOD A MARSH & MCLENNAN AGENCY** | 8/1/2023-10/31/2023 | $47,438.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.   **CLOUDFUND LLC/DELTA BRIDGE 400 RELLA BLVD SUITE 165-101 SUFFERN, NY 10901** | 8/1/2023-10/31/2023 | $163,200.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.   **COMDATA NETWORK INC** | 8/1/2023-10/31/2023 | $43,279.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.   **DAT SOLUTIONS LLC BOX #3801, PO BOX 8500 PHILADELPHIA, PA 19178-3801** | 8/1/2023-10/31/2023 | $36,154.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.   **FIRST INSURANCE FUNDING** | 8/1/2023-10/31/2023 | $29,304.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__INSURANCE__ |
| 3.14.   **INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346** | 8/1/2023-10/31/2023 | $282,166.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__TAXES__ |
| 3.15.   **MONTANA DEPARTMENT OF REVENUE P.O. BOX 6309 HELENA, MT 59604-6309** | 8/1/2023-10/31/2023 | $35,712.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__TAXES__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **MORRISON-MAIERLE SYSTEMS**<br>PO BOX 6147<br>HELENA, MT 59604 | **8/1/2023-10/3**<br>**1/2023** | **$12,897.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **MR ADVANCE**<br>35-12 19TH AVE SUITE 3W<br>ASTORIA, NY 11105 | **8/1/2023-10/3**<br>**1/2023** | **$612,498.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **MULLEN INVESTMENTS II, LLC**<br>C/O RACINE OLSON<br>P.O. BOX 1391<br>POCATELLO, ID 83204 | **8/1/2023-10/3**<br>**1/2023** | **$19,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LANDLORD** |
| 3.19. **THE LCF GROUP INC.**<br>3000 MARCUS AVENUE<br>SUITE 2W15<br>NEW HYDE PARK, NY 11042 | **8/1/2023-10/3**<br>**1/2023** | **$301,116.06** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **TRANSPORT PRO** | **8/1/2023-10/3**<br>**1/2023** | **$30,404.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **UNITED HERITAGE** | **8/1/2023-10/3**<br>**1/2023** | **$15,707.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **US BANK**<br>PO BOX 790408<br>ST LOUIS, MO 63179-0408 | **8/1/2023-10/3**<br>**1/2023** | **$14,304.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **LITTLE HORN STATE BANK**<br>CENTRAL AVENUE BRANCH<br>2900 CENTRAL AVENUE BLDG 3<br>BILLINGS, MT 59102-8626 | **8/1/2023 -**<br>**10/31/2023** | **$1,002,293.62** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. MATTHEW QUINN V. MEADOW LARK TRANSPORT, INC.; MEADOW LARK AGENCY, INC., MEADOW LARK COMPANIES, INC. CV-22-55-BLG-SPW-TJC | CLASS ACTION LAWSUIT | UNITED STATE DISTRICT COURT DISTRICT OF MONTANA BILLINGS, MT 59101 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. CENOVI TRANSPORTATION LLC VS. MEADOW LARK AGENCY SC-508-23 | SMALL CLAIMS ACTION | SUPERIOR COURT OF NEW JERSEY PASSAIC COUNTY SPECIAL CIVIT PART SMALL CLAIMS | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. RSS RECOVERY SOLUTIONS SERVICES LLC V. MEADOW LARK AGENCY INC. UNKNOWN | BREACH OF CONTRACT | IN THE COUNTY COURT HARRIS COUNTY, TEXAS | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. ALPINE ADVANCE 5 LLC VS. MEADOW LARK AGENCY, INC. N/A | DEMAND FOR ARBITRATION | | ■ Pending ☐ On appeal ☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | LGND ENTERPRISE LLC VS. MEADOWLARK AGENCY INC.<br>SM-910-2023-0000102 | COLLECTION | JUSTICE COURT OF RECORD<br>CIVIL DIVISION<br>YELLOWSTONE COUNTY, MONTANA<br>BILLINGS, MT 59101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| FIRE DAMAGE TO A MHC UNIT 4171652 | THE CLAIM WAS TURNED OVER TO INSURANCE AND THERE WOULD HAVE BEEN A $1,000 DEDUCTIBLE. IT IS UNKNOWN IF MONEY WAS RECEIVED FROM INSURANCE COMPANY. | UNKNOWN | Unknown |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **PATTEN PETERMAN BEKKEDAHL & GREEN 2817 2ND AVENUE N, ST 300 BILLINGS, MT 59101** | **Attorney Fees** | **10/13/2023** | **$18,000.00** |
| **Email or website address apatten@ppbglaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **ARDIE'S COINS INC. 1944 GRAND AVENUE BILLINGS, MT 59102** | **COINS SOLD** | **10/11/2023** | **$54,490.00** |
| **Relationship to debtor NONE** | | | |
| 13.2. **WALTER EDGARDO QUINTANILLA GONZALOZ 731 CONWAY ST BILLINGS, MT 59105** | **SOLD 2022 JEEP GRAND WAGONEER TO MR. GONZALOZ** | **10/20/2023** | **$78,227.34** |
| **Relationship to debtor NONE** | | | |
| 13.3. **GARY DESCHENES DESCHENES & ASSOCIATES 309 1ST AVENUE NORTH GREAT FALLS, MT 59401** | **$20,000 RETAINER FOR LEGAL FEES FOR MEADOW LARK TRANSPORTATION LLC** | **11/2/2023** | **$20,000.00** |
| **Relationship to debtor NONE** | | | |

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **MEADOW LARK AGENCY 401(K) PLAN** | EIN: **81-0433133** |

Has the plan been terminated?
☐ No
■ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

1:23-bk-10135-BPH   Doc#: 1   Filed: 11/06/23   Page 247 of 311

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| STORAGE RENTALS OF AMERICA 2850 OVERLAND AVENUE BILLINGS, MT 59102 | AMANDA R. ROTH 2720 HUMMINGBIRD WAY BILLINGS, MT 59105 | OVER THE ROAD APPAREL; MISC. OFFICE SUPPLIES FOR THE DEBTOR | ☐ No ■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| POSTAGE MACHINE | 2913 MILLENNIUM CIRCLE BILLINGS, MT 59102 | POSTAGE MACHINE | Unknown |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **RUBIN BROWN LLP**<br>**7676 FORSYTH BLVD, SUITE 2100**<br>**SAINT LOUIS, MO 63105** | **OCTOBER 1, 2019**<br>**TO PRESENT** |
| 26a.2. | **MICHELLE BORSUM**<br>**2913 MILLENNIUM CIRCLE**<br>**BILLINGS, MT 59102** | **2000 - OCTOBER 31,**<br>**2023** |
| 26a.3. | **CRYSTAL ARTHUR**<br>**2913 MILLENNIUM CIRCLE**<br>**BILLINGS, MT 59102** | **MAY, 2022 -**<br>**OCTOBER 14, 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **RUBIN BROWN LLP**<br>**7676 FORSYTH BLVD, SUITE 2100**<br>**SAINT LOUIS, MO 63105** | **OCTOBER 1, 2019 -**<br>**PRESENT** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **AMANDA R. ROTH**<br>**2720 HUMMINGBIRD WAY**<br>**BILLINGS, MT 59105** | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.   **RUBIN BROWN LLP**<br>**7676 FORSYTH BLVD, SUITE 2100**<br>**SAINT LOUIS, MO 63105** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| AMANDA R. ROTH | 2720 HUMMINGBIRD WAY BILLINGS, MT 59105 | CEO/OWNER | 100 |
| MIKE KANDAS | 2913 MILLENNIUM CIRCLE BILLINGS, MT 59102 | COO | N/A |
| MICHELLE BORSUM | 2913 MILLENNIUM CIR BILLINGS, MT 59102 | CFO | N/A |
| NIKKI BESSETTE | 2913 MILLENNIUM CIRCLE BILLINGS, MT 59102 | EXECUTIVE VICE PRESIDENT | NA |
| RYAN SPPONEMORE | 2913 MILLENNIUM CIR BILLINGS, MT 59102 | VP OF SALES | N/A |
| AARON POHLE | 2913 MILLENNIUM CIR BILLINGS, MT 59102 | VP OF LOGISTICS | N/A |
| STACEY COLLETT | 2913 MILLENNIUM CIRCLE BILLINGS, MT 59102 | VP OF COMPLIANCE | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **CRYSTAL ARTHUR** | **2913 MILLENNIUM CIR BILLINGS, MT 59102** | **VP OF ACCOUNTING** | **N/A** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **BRANDON HURST** | **2913 MILLENNIUM CIRCLE BILLINGS, MT 59102** | **PRESIDENT** | **2017 - 7/2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **AMANDA R. ROTH 2720 HUMMINGBIRD WAY BILLINGS, MT 59105** | **$259,265.28** | **10/2022 - 9/2022** | **SALARY, COMMISSION, COMP. VEHICLE ALLOCATION AND CELL PHONE ALLOWANCE** |
| | **Relationship to debtor CEO/OWNER** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **MEADOW LARK COMPANIES, INC.** | **EIN:    85-4113628** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  6, 2023**

**/s/ AMANDA R. ROTH**                                **AMANDA R. ROTH**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Montana

In re **MEADOW LARK AGENCY, INC.**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **18,000.00** |
| Prior to the filing of this statement I have received | $ | **18,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions and/or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November  6, 2023**

Date

**/s/ JAMES A. PATTEN**

**JAMES A. PATTEN 1191**

*Signature of Attorney*

**PATTEN PETERMAN BEKKEDAHL**
**& GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**
**406-252-8500  Fax: 406-294-9500**
**apatten@ppbglaw.com**

*Name of law firm*

# United States Bankruptcy Court
## District of Montana

In re    **MEADOW LARK AGENCY, INC.**

                                                   Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  6, 2023**

**/s/ AMANDA R. ROTH**
**AMANDA R. ROTH/CEO**
Signer/Title

Date:    **November  6, 2023**

**/s/ JAMES A. PATTEN**
Signature of Attorney
**JAMES A. PATTEN 1191**
**PATTEN PETERMAN BEKKEDAHL**
**& GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**
**406-252-8500  Fax: 406-294-9500**

ALPINE ADVANCE 5
46 WASHINGTON STREET
SUITE #6
MIDDLETOWN CT 06457

ALLAN R OSTWINKLE
19221 NORTH 45TH DR
GLENDALE AZ 85308

BUD A BAKER
95 MORELLO LANE
MOUNTAIN HOME AR 72653

CLOUDFUND LLC/DELTA BRIDGE
400 RELLA BLVD
SUITE 165-101
SUFFERN NY 10901

ALONDRA GARCIA
8245 CHAMBERLAIN ST
DETROIT MI 48209

CALVIN E WALKER
309 ASH LANE
HASLET TX 76052

OTR SOLUTIONS CAPITAL LLC
1000HOLCOMB WOODS PARK
BUILDING 300, SUITE 315-A
ROSWELL GA 30076

AMANDA R ROTH
2720 HUMMINGBIRD WAY
BILLINGS MT 59105

CANDACE J TURLEY
1420 SOURDOUGH LN APT 1
BILLINGS MT 59105

SAMSARA CAPITAL FINANCE
2330 INTERSTATE 30
MESQUITE TX 75150

ANDREW P BEILKE
6300 BIRCH ST, LOT 303
WESTON WI 54476

CARL A RICE
P.O. BOX 618
BROADUS MT 59317

SBA
14925 KINGSPORT RD
FORT WORTH TX 76155

ARKANSAS DEPARTMENT OF REVENUE
PO BOX 9941
LITTLE ROCK AR 72203-9941

CHARITY A TILLERY
9 W 7TH ST
PARKERVILLE MO 64152

THE LCF GROUP INC.
3000 MARCUS AVENUE
SUITE 2W15
NEW HYDE PARK NY 11042

BENJAMIN J CHANDLER
952 SMITH BECKON RD
CARSON WA 98610

CHRISTOPHER A ROBINSON
395 PALM CASTLE DR
PORT ORANGE FL 32127

AARON T POHLE
5414 QUARRY STONE AVE
BILLINGS MT 59106

BETTY A BRAINARD
6512 MARTELL LANE
SHEPHERD MT 59079

CHRISTOPHER E MACKEY
2742 OLD NORCROSS RD
LAWRENCEVILLE GA 30044

ADAM T JONES
11316 E 12TH AVE
SPOKANE VALLEY WA 99206

BRITTANY L FERGUSON
1010 ARLINGTON AVE SW
BILLINGS MT 59101

CHRISTOPHER MOORE
28902 HIGHWAY HH
URBANA MO 65767

ALABAMA DEPARTMENT OF REVENUE
50 N RIPLEY ST
MONTGOMERY AL 36132

BRITTNEY L POWERS
5300 CANVASBACK DR
BILLINGS MT 59106

CHRISTOPHER S FERNANDEZ
34715 CHINABERRY ST
WINCHESTER CA 92596

CLYDE DAVID S OGLE
110 GRACE DRIVE
CLINTON TN 37716

DERICK W GINN
58 LONG BRANCH LANE
COLUMBIA MS 39429

HALEE N CLARK
745 WALTON RD
MONROE GA 30656

CODY L SWANSON-FREDRICKSON
2804 ASHLEY PARK DR
SPARKS NV 89434

ELIZABETH N GOODMAN
30 CALDWELL CIRCLE
HAMPTON GA 30228

IAN M DUNLAP
1905 GREENSBURG RD
NORTH CANTON OH 44720

CONNOR R ROBINSON
224 CHACO CANYON WAY
BILLINGS MT 59102

ERIC S WOOLEY
200 THOMAS RD
SPRINGTOWN TX 76082

ILLINOIS DEPARTMENT OF REVE
PO BOX 19002
SPRINGFIELD IL 62794-9002

CORY W ELKIN
49 PRAIRIE VIEW DR
BILLINGS MT 59102

ERIC W ROE
7255 CORPORATE DR APT 1315
HOUSTON TX 77036

INTERNAL REVENUE SERVICE
OGDEN UT 84201

CRYSTAL M ARTHUR
2160 N 9TH RD
WORDEN MT 59088

ERIN L NOVAK
1509 CLARK AVE
WORDEN MT 59088

JACOB A WADDELL-GRADWOHL
761 TORCH DR
BILLINGS MT 59102

DANIEL J BELDEN
372 TARA CIRCLE
SHEPHERDSVILLE KY 40165

FLORIDA DEPARTMENT OF REVENUE
PO BOX 6510
TALLAHASSEE FL 32314-6510

JAIMIE DAVENPORT
1722 PADRE WAY #001
BILLINGS MT 59101

DANIELLE M ROSI
1530 BURLINGTON AVE
BILLINGS MT 59102

GEORGIA DEPARTMENT OF REVENUE
PO BOX 105499
ATLANTA GA 30348-5499

JANET K SMITH
4331 LEVANG LANE
BILLINGS MT 59105

DARRELL L WILKERSON SR
990 ZELLWOOD CIRCLE
TALLADEGA AL 35160

GREG E NEARGARTH
572 ALEXANDER FARMS VIEW
MARIETTA GA 30064

JEFFERY R PICKERN
1043 N POMERENE RD
BENSON AZ 85602

DAVID J QUARTERMAN
925 DEDMON RD
RINGGOLD GA 30736

GRISELL MONTENEGRO
10 HICKORY DR
BILLINGS MT 59101

JESSICA L STARR
307 7TH STREET WEST B
BILLINGS MT 59101

JESSICA N HILL DIAZ
7220 PETERSBURG RD
FAIRBURN GA 30213

KENTUCKY DEPARTMENT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601

LISA I HOWE
3335 DOVER LN
BILLINGS MT 59105

JHONDER J CAMACHO
161 SANTA CLARA DR
NAPLES FL 34104

KENTUCKY DIVISION OF
UNEMPLOYMENT INSURANCE
PO BOX 2003
FRANKFORT KY 40602-2003

LOGAN W SPOONEMORE
225 ASHLEY CT N
BILLINGS MT 59105

JOCELYN BEARCOMESOUT
1611   SAGEBRUSH RD
BILLINGS MT 59105

KHAYNEN D GAY
1521 GLACIER PEAK CIRCLE
BILLINGS MT 59101

LORI P GRIFFIN
624 TWILIGHT DR
BILLINGS MT 59101

JOHN C KESSLER
1290 CALICO DR
BILLINGS MT 59105

KIMBERLY C HART
3911 MOLLY DRIVE
SHEPHERD MT 59079

LUKE A ROSS
6839 DEERWOOD DR
HARRISON TN 37341

JOHN E NEWSOME
16095 23RD AVE
CLEARLAKE CA 95422

KRISTOPHER M SCHAUER
224 CHACO CANYON WAY
BILLINGS MT 59102

LYNNETTE R BAISCH
1106 PRIMROSE DR
BILLINGS MT 59105

JOHN P JENKINS
232 BILES RD
JACKSON GA 30233

KYLIE R LEEPER
2022 ST JOHNS AVE APT A22
BILLINGS MT 59102

MAKAYLA S LEWIS
712 OASIS DR
BILLINGS MT 59105

JOHN R BILLMAN
353 SOUTH BILLINGS BLVD.
BILLINGS MT 59102

LAUREN E OLABY
3285 CANYON DR
BILLINGS MT 59102

MARK A PAYNE
1508 14TH ST APT 2
WICHITA FALLS TX 76301

JONATHAN W MACKIE
856 AHOY AVE
BILLINGS MT 59105

LAVETTE D SANDERS
12200 HWY 90
MOSS POINT MS 39562

MARTHA B CORKISH
3221 BANFF AVE #4
BILLINGS MT 59102

KENNETH L LONG
3021 INGLESIDE DR APT B
HIGH POINT NC 27265

LEE V HOBLITZELL
1205 N. PING CIR
BILLINGS MT 59105

MICHAEL C DINKINS
2321 ROCK CREEK DR
MARIETTA GA 30064

MICHAEL C MOTES
110 CARROUSEL DRIVE
CENTRAL SC 29630

MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30427
LANSING MI 48909

NORMAN C FREE
5929 ELLAND HGTS RD
MURRAYVILLE GA 30564

MICHAEL J KANDAS
977 SENORA
BILLINGS MT 59105

MICKI M MUGGERUD
4453 LOMA VISTA DR
BILLINGS MT 59106

NORTH CAROLINA DEPARTMENT
OF REVENUE
PO BOX 25000
RALEIGH NC 27640-0640

MICHAEL L GINGERICH
2312 ACORN WAY
MONROE GA 30656

MINNESOTA UNEMPLOYMENT INSURANCE
PO BOX 4629
SAINT PAUL MN 55101

NORTH CAROLINA DIVISION OF
EMPLOYMENT SECURITY
PO BOX 25903
RALEIGH NC 27611-5903

MICHAEL R COTTRILL
725 JULIA LANE
LAFAYETTE IN 47905

MISSOURI DEPARTMENT OF REVENUE
PO BOX 999
JEFFERSON CITY MO 65108-0999

OHIO DEPARTMENT OF TAXATION
PO BOX 182215
COLUMBUS OH 43218-2215

MICHAEL R LAFRENIERE
2022 ST JOHNS AVE APT A22
BILLINGS MT 59102

MONTANA DEPARTMENT OF REVENUE
P.O. BOX 6309
HELENA MT 59604

OKLAHOMA TAX COMMISSION
2501 N LINCOLN BLVD
OKLAHOMA CITY OK 73194

MICHAEL R RUTH
313 ROSE BUD LANE
HOLLY RIDGE NC 28445

MONTANA DEPT OF REVENUE
BANKRUPTCY SPECIALIST
PO BOX 7701
HELENA MT 59604-7701

PATRICK A LONG
815 TERRY AVE
BILLINGS MT 59101

MICHAEL R SCHULTZ
2915 CUSTER AVE
BILLINGS MT 59102

MONTANA UNEMPLOYMENT INSURANCE
PO BOX 6339
HELENA MT 59604-6339

PATRICK C PICAZIO
4521 PHILLIP ST
BILLINGS MT 59101

MICHAEL S MAPSTONE
518 MACKENZIE CIRCLE
SAINT AUGUSTINE FL 32092

NEVADA DEPARTMENT OF EMPLOYMENT
TRAINING & REHABILITATION
500 E THIRD ST
CARSON CITY NV 89713-0030

PATRICK M KELLY
3127 DARLINGTON RD
HOLIDAY FL 34691

MICHELLE L BORSUM
672 LAKE HILLS PL
BILLINGS MT 59105

NIKKI L BESSETTE
2142 ALDERSON AVE
BILLINGS MT 59102

PAYTON M ROTH
2720 HUMMINGBIRD WAY
BILLINGS MT 59105

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280404
HARRISBURG PA 17128-0404

SANDEE R KANDAS
977 SENORA AVE
BILLINGS MT 59105

ULISES MARTINEZ
4730 FAIRMOUNT ST APT 2317
DALLAS TX 75219

RICHARD W SCHMITH
2308 S MOCKINGBIRD CIRCLE APT 2
SIOUX FALLS SD 57104

SHANE M BRYSON
2121 CUSTER AVE
BILLINGS MT 59102

VICKI G HENSLEY
1817 ROSEDALE DR
EDMOND OK 73013

ROGER D GILLIS JR
432 5TH ST
AINSWORTH IA 52201

SHERYL A GANTOIS LOPEZ
642 MAJERUS RD
ROUNDUP MT 59072

YOUSSOUPHA KANE
205 SHANE CREEK RD
COLUMBUS MT 59019

RONALD E RADKE
21371 BALDWIN LN
CALIFORNIA CITY CA 93505

SOUTH CAROLINA DEPARTMENT OF
REVENUE
300A OUTLET POINTE BLVD
COLUMBIA SC 29210

015 LOGISTICS INC
2130 MEADOW LN APT 9
SCHERERVILLE IN 46375

RONALD L GILLIAM
5429 COUNTRY VILLAGE DR
OOLTEWAH TN 37363

STACEY M COLLETT
2015 CUSTER AVENUE
BILLINGS MT 59102

1 RELIABLE TRANSPORTATION IN
137 LODI STREET
HACKENSACK NJ 07601

RYAN R MCGUIRE
1251 CALICO AVE
BILLINGS MT 59105

STEPHAN A GARCIA
10627 CHESTERFIELD
ADELANTO CA 92301

2039322 ONTARIO INC O/A NOR
230 SANDALWOOD PKY,
BRAMPTON, ON L6Z1R3

RYAN W SPOONEMORE
225 ASHLEY CT N
BILLINGS MT 59105

THOMAS X DAHINDEN
2545 LAKE HEIGHTS
BILLINGS MT 59105

2215 LITHONIA LLC
C/O JADIAN IOS
4 STAR POINT, SUITE 204
STAMFORD CT 06902

SAM H THOMAS
2222 S NOCHE DE PAZ
MESA AZ 85202

TINA BUCKLER
859 THORNWOOD DR
BARBERTON OH 44203

2260243 ONTARIO INC DBA TRIP
7 CIVET STREET
BRAMPTON, ON L6R3E6

SAMUEL R BOCHY
1356 SPUR LANE
BILLINGS MT 59101

TRICIA E BURKE
3735 FULL MOON DR
BILLINGS MT 59101

3 ROCKS BIGFORK LLC
439 GRAND DR # 176
BIGFORK MT 59911

3XD LLC
74 WESTGRILL DR
PALM COAST FL 32614

9429328 CANADA INC
3006 SINCLAIR STREET
WINNIPEG, MB R2V4K8

AAMODT INC
66776 HWY 2
BONNERS FERRY ID 83805

4 STAR TRANSPORT
3026 S INDIANA AVE
BROWNSVILLE TX 78521

A & S TRUCKING LLC
29222 LYON OAKS DR
WIXOM MI 48393

AARON XPRESS INC
14 WINTERCRESS CIR
BRAMPTON, ON L6R2K2

4D TRANSPORTATION INC
158 MOORMAN RD
AMITY AR 71921

A N T HAULIN LLC
5244 EDEN CHURCH RD
LOUISVILLE GA 30434

ABMERE INC
12754 MAGNOLIA ST
BLAKELY GA 39823

4US CORP
4620 E 53RD ST
WHEELING IL 52807

A TO Z TRUCKING LLC
2917 CAROLINE ST
ST LOUIS MO 63104

ABRAM EXPEDITED LLC
2763 WATERWAY DRIVE
GRAND PRAIRIE TX 75054

5 STARR SOLUTIONS INC
7000 MERRILL AVE #7
CHINO CA 91710

A&B TRUCKING SERVICES LLC
PO BOX 74887
BATON ROUGE LA 70817

ACCIDENT FUND INSURANCE CO
PO BOX 734928
CHICAGO IL 60673-4928

5 STATES TOWING AND RECOVERY INC
6740 HWY 10 NW STE 104
RAMSEY MN 55303

A1 TRANSPORTATION SERVICE LLC
172 W 9400 S
SANDY UT 84070

ACCURA TRUCKING LLC
2285 SPRINGER WALK
LAWRENCEVILLE GA 30043

5TH WHEEL LOGISTICS
346 STONE HILL DR
BRENHAM TX 77833

A-PLUS PROFESSIONAL TRANSPORT LLC
466 ROCKVILLE RD
MONCKS CORNER SC 29461

ACK TRANS INCORPORATION
13015 TRINA DR
PHILADELPHIA PA 19116

6513701 CANADA INC
1325 JALNA BLVD
LONDON, ON N6E2W8

A.G. TURNER LLC
5261 WEST HILLIS ROAD
STANTON MI 48888

AD ASTRA ALLIANCE LLC
100 WABASH WAY UNIT 202
WHEELING IL 60090

74 CARRIER LLC
2103 BEVERLY WAY
LAS VEGAS NV 89104

A2B SERVICES LLC
4813 EDDLEMAN DR
FORT WORTH TX 76244

ADAL TRANSPORT LLC
124 W PIONEER PKWY SUITE 14
ARLINGTON TX 76010

ADICA TRUCKING COMPANY LLC
20601 TROLLEY INDUSTRIAL DRIVE
TAYLOR MI 48180

AIR CAPITOL DELIVERY & WAREH
5841 N PROSPECT ROAD
PARK CITY KS 67204

ALL STATE TRANS EXPRESS, L
3915 LAWNWOODS DRIVE
DES MOINES IA 50310

ADRIA FREIGHT INC DBA BOCA FREIGHT
27 S HOWARD AVE STE C
ROSELLE IL 60172

AJ LOGISTICS
615 E AFTON
LA MESA NM 88044

ALLSTAR TRANSPORTATION SER
4946 ATWATER DR
NORTH PORT FL 34288

AERO TRUCKS LLC
14015 ASHLAND LANDING DR
CYPRESS TX 77429

AJN TRUCKING LLC
14100 E 106TH ST N APT 2011
OWASSO OK 74055

ALLWAY EXPRESS INC
4726 PRIVATE ROAD 5127
WILLOW SPRINGS MO 65793

AESIR TRANSPORT INC
7765 SW PETERS RD
PORTLAND OR 97224

AK ON-TIME TRUCKING LLC
625 MORNINGSIDE DR N
STOCKBRIDGE GA 30281

ALPHALOGIX TRUCKING LLC
1010 LEE CIR
SAN CARLOS TX 78539

AG EXPEDITED INC
312 PARK AVE #85
CARENDON HILLS IL 60514

AKR CARRIERS INCORPORATED
860 PONTIAC CT APT 1018
AURORA IL 60502

ALQOSH TRANSPORTATION INC
322 IONE WAY
EL CAJON CA 92020

AGRI HAULING ASSOCIATES LLC
763 GROVE RD
MORRISON TN 37357

ALABAMA MOTOR EXPRESS INC
PO BOX 487
ASHFORD AL 36312

ALSCO
PO BOX 30496
BILLINGS MT 59107-0496

AGS FREIGHT INCORPORATED
391 WESTWOOD DRIVE
STEUBENVILLE OH 43953

ALEXANDER, WINTON & ASSOCIATES INC
KIM HART
8804 CAROMA STREET STE 160
OLIVE BRANCH MS 38654

ALOVER EXPRESS INC
91 ARGUS ST # 91
BUFFALO NY 14207

AHUMADA'S HOTSHOT LLC
2327 SUNNY DR
HOUSTON TX 77093

ALINOR EXPRESS LLC
108 OREGON TRL APT 3
LEXINGTON NE 68850

AM MILES LLC
16341 SW 145TH CT
MIAMI FL 33177

AIB INC
866 THOMAS DRIVE
BENSENVILLE IL 60106

ALL STATE INC
5285 NATORP BLVD APT 207
MASON OH 45040

AMANDA R. ROTH
2720 HUMMINGBIRD WAY
BILLINGS MT 59105

AMEEN TRANSPORT INC
6742 W 113TH PL
WORTH IL 60482

APROVERBS LIMITED LIABILITY COMPANY
2201 QUANAH PARKER TRL
AUSTIN TX 78734

ASAP TRANSPORT LLC
504 EVERGREEN DR
GRETNA LA 70053

AMERIPOL STAFFING LLC
650 NE 32ND ST, SUITE 5103
MIAMI FL 33137

AQ TRUCKING LLC
3924 N SMEDLEY ST
PHILADELPHIA PA 19140

ASCON GROUP INC
2413 GEORGETOWN CIR
AURORA IL 60503

AMP HAULING INC
731 PEARL CIR
BRANDON FL 33510

AR CARRIERS INC
10624 PROVINCIAL DR APT E
MANASSAS VA 20109

ATA TRUCKING INC
6012 BUTONBUSH DR
TIP CITY OH 45371

AMT TRANSPORT INC
25328 SCOTT RD
PLAINFIELD IL 60544

ARION FREIGHT LLC
1300 SW CAMPUS DRIVE#29-2
FEDERAL WAY WA 98003

ATLANTIC COAST CARRIERS, IN
P O BOX 820
HAZLEHURST GA 31539

ANDRUKH LOGISTICS INC
615 WESTWOOD CT
WHEELING IL 60090

ARL TRANSPORT DBA ARL
PO BOX 809374
CHICAGO IL 60631

ATLASIB INC DBA ROUTE ONE S
202 CHRISTINA DR
DUNDEE IL 60118

ANDRUS TRANSPORTATION SERVICES
P O BOX 35143
SEATTLE WA 98124

ARM LINES INC
2912 PORTSMITH CT
NAPERVILLE IL 60564

ATTEBERRY ENTERPRISES, LLC
14058 HWY J
CONWAY MO 65632

ANGELS TRUCKING LLC
2250 WEST 155TH PLACE
BROOMFIELD CO 80023

ARNOLD TRANSPORTATION SERVIC
3375 HIGH PRAIRIE ROAD
GRAND PRAIRIE TX 75050

AUSTIN AND LESLIE FELICH
DBA THE FELICH AGENCY
150 43RD AVENUE
SAINT PETERSBURG FL 33706

ANSONIA CREDIT DATA
PO BOX 71221
CHARLOTTE NC 28272-1221

ART PAPE TRANSFER DBA TUCKER FREIGHT LINES
1080 EAST 12TH STREET
DUBUQUE IA 52001

AVALON EXPRESS INC
32453 64 TH AVE WAY
CANNON FALLS MN 55009

APACHE LOGISTICS INC
1121 OTTAWA BEACH RD SUITE 240
HOLLAND MI 49424

ARTHUR SMITH TRUCKING
PO BOX 41
COUDERSPORT PA 16195

AVELINO VIP TRANSPORT LLC
4709 EVERGLADES CIRCLE
KISSIMME FL 75034

AVIS RENT A CAR SYSTEMS INC
7876 COLLECTIONS CENTER DR
CHICAGO IL 60693

B & L STEWART ENTERPRISES LLC
PO BOX 6071
CHANDLER AZ 85043

BAYOU DRAGON TRANSPORT, L
P O BOX 156
METAIRIE LA 70121

AVP EXPRESS LLC
2886 VISTA CT
UNIONTOWN OH 98607

B POWER EXPRESS LLC
8049 JANES AVE APT H
WOODRIDGE IL 60517

BDQ LOGISTICS INC
6236 HARVEY WAY
SAN GABRIEL CA 91775

AVTOMEDON LLC
1389 HAZEL GREEN DRIVE
FRISCO TX 75034

B TRANS, INC.
8901 WINDING VALLEY DR
FORT WORTH TX 76179

BEACON TRANSPORT SERVICES IN
PO BOX 57629
CHICAGO IL 60613

AXON LLC
12 NE 15TH AVE
BATTLE GROUND WA 98604

BAAZ FREIGHT LINES LLC
250 EATON RIDGE DR APT 206
NORTHFIELD OH 44067

BECKER TRUCKING LLC
27838 CR 321
CARROLLTON MO 64633

AYAZ TRANSPORTATION SERVICES LLC
623 BRIGHT PENNY LN
HOUSTON TX 77013

BALL BROTHERS PRODUCE L.C.
PO BOX 69
LEWISVILLE ID 83431

BEEMAC TRUCKING
PO BOX 6315
HERMITAGE PA 15003

AZ  TRANSPORT INC
6704 HOLLYTREE CIRCLE
TYLER TX 75703

BALLARD FOREST TRANSPORT INC
P O BOX 222
HOMER GA 30547

BEEMOL FREIGHT COMPANY
1014 N PLUM ROAD
UNIT # 103
SCHAUMBURG IL 60173

B & B TRUCKING INC OF MINNESOTA
1737 240TH AVE
GRANADA MN 56039

BARLOW TRANSPORT LLC
P O BOX 539
WEWAHITCHKA FL 64448

BELLA FREIGHT LLC
1535 PECAN PLACE
CIRCLEVILLE OH 45601

B & C MARATHON TRANSPORTATIO
522 196TH DR NW
ELK RIVER MN 55330

BARNHART TRANSPORTATION
PO BOX 247
HARBORCREEK PA 16428

BENESCH, FRIEDLANDER, COPLA
127 PUBLIC SQUARE #4900
CLEVELAND OH 44114

B & K TRUCKING
130734 COUNTY ROAD N
MARATHON WI 54448

BARROW LOGISTICS LLC
2500 STATE HWY 121 APT# 334
EULESS TX 76053

BERGMAN TRUCKING INC
889 CO RD 12
ITHACA NE 68033

BEST EXPRESS TRANSPORTATION, LLC
1741 CHERRINGTON
EL PASO TX 79928

BIG COUNTRY TRUCKING INC
7075 W GOWAN RD APT 2012G
LAS VEGAS NV 89129

BLACK STAR TRANSPORT INC
7376 HUNTINGTON SQUARE LN #1
CITRUS HTS CA 95621

BEST TRANSIT LLC
228 LINDENWOOD AVE
MELISSA TX 75071

BIG EXPRESS INC
1790 HAWTHORNE COURT
ROMEOVILLE IL 60446

BLINKHORN LOGISTICS LLC
7587 JOSHUA TRCE
CANAL WNCHSTR OH 43110

BETA FREIGHT INC
5641 N MENARD AVE 2ND FLOOR
CHICAGO IL 60540

BIG HORN EXPRESS TRUCKING, LLC
1205 WHEELERS RIDGE RD
BEDFORD VA 24523

BLUE HORSE TRUCKING LTD
50 REDSTONE RD NE
CALGARY, AB T2C 4T9

BETISO KALLO DBA ZED EXPRESS LLC
1400 ANCHOR DR
WYLIE TX 75098

BIG M TRUCKING INC
3863 COUNTY ROAD 60
EUTAW AL 35453

BLUE ROSE TRANSPORTATION IN
1100 OHLTOWN MCDONALD ROA
MINERAL RIDGE OH 44440

BETWEEN THE DITCHES LLLP
4300 DERBYSHIRE TRCE SE
CONYERS GA 30094

BIG MEN TRUCKING LLC
9824 MATZON RD
MIDDLE RIVER MD 21219

BLUESTAR SERVICES LLC
P.O. BOX 72847
ROSELLE IL 60162

BFT INC
PO BOX 4040
OMAHA NE 68127

BIG WORM TRANSPORT LLC
740 ELK COVE CT NW
KENNESAW GA 30171

BMB EXPRESS LLC
3900 AVENUE I APT 102
BIRMINGHAM AL 35242

BH TRANS, INC.
2280 HICKS RD UNIT 508
ROLLING MEADOWS IL 60008

BIRCA TRANSPORTATION INC
7920 W 108TH ST
PALOS HILLS IL 60465

BMS TRANSPORTATION LLC
5349 ROOSEVELT AVE
PORT ARTHUR TX 77640

BHAJ TRANSPORT INC
2346 S LYNHURST DR SUITE 510
INDIANAPOLIS IN 46143

BISHOP FREIGHT SERVICE
6405 STONEY CREEK
PASADENA TX 77503

BMT TRANSPORT LLC
9737 AMBERTON PKWY APT 105
DALLAS TX 75115

BICHRI FREIGHT LLC
4105 PARK TRAIL POINT
ANTIOCH TN 37013

BLACK EAGLE TRANSPORTATION LLC
7518 COVE WAY
SAN ANTONIO TX 78247

BOGG EXPRESS LLC
7577 CENTRAL PARKE BLVD 129
MASON OH 45040

BOGGSTRUCKING LLC
228 COUNTRY RD
BELTON SC 29627

BR TRANSPORTATION LLC
8823 IROQUOIS DR
SAINT LOUIS MO 63126

BRUCKNER LEASING COMPANY
AKA MACK LEASING SYSTEM
9471 E. INTERSTATE 40
AMARILLO TX 79118

BOLDS TRANSPORT LLC
4111 DOMENIQUE LANE
FLORISSANT MO 63042

BRAMOVIX LLC
9904 ALOE CT
ODESSA TX 79765

BRUCKNER LEASING COMPANYIN
AKA MACK LEASING SYSTEM
9471 E. INTERSTATE 40
AMARILLO TX 79118

BOMBAY TRANSPORT INCORPORATED
22280 LOST BRANCH CIR
ASHBURN VA 20166

BREEZE TRANSPORTATION LLC
5451 ELKHORN
INDIANAPOLIS IN 46217

BRUNEX CORPORATION
500 74TH ST APT 105
DOWNERS GROVE IL 60515

BORDERLINE LOGISTICS LLC
413 MOUNT EVEREST DR
RIO GRANDE CY TX 78582

BRIAN E SMITH DBA SMITH FIRST TRUCKING
RR 61 BOX 7250
MACOMB MO 65702

BRUNTON MOTOR FREIGHT
18862 N 1600 E ROAD
PONTIAC IL 61764

BOT TRANSPORT INC
9800 BOSTON RD
N ROYALTON OH 44133

BRIGGS TRANSIT, LLC
9249 TORREY RD
WILLIS MI 48174

BRYANT'S TRANSPORTATION LL
9593 AIRLANE DR
MACEDONIA OH 44056

BOTTOM LINE CONCEPTS
3323 NE 163RD ST
SUITE 302
NORTH MIAMI BEACH FL 33160

BRISTOL EXPRESS INC
7402 BRISTOL PIKE
LEVITTOWN PA 19057

BS LOGISTICS LLC
3805 OAKLAND AVENUE
SUITE 201E
SAINT JOSEPH MO 64505

BOUIE TRANSPORTATION INC
20300 NE 3RD CT
MIAMI FL 33179

BROCKWOOD TRUCKING LLC
PO BOX 136
VOLIN SD 57032

BSJ & P TRANSPORTATION INC
3134 MARSH ISLAND DR
MYRTLE BEACH FL 29579

BOWERMAN TRUCKING INC
180 LEE LN
SEARCY AR 72143

BROOKHILL LLC
2206 BROOKHILL RD
DOTHAN AL 36301

BSL EXPRESS TRUCKING INC
PO BOX 1249
BOLINGBROOK IL 60446

BOYD BROS TRANSPORTATION INC
3275 HIGHWAY 30
CLAYTON AL 36016

BROOMFIELD TRANSPORT LLC
21227 KNIGHT QUEST DR
TOMBALL TX 77375

BTI SPECIAL COMMODITIES INC
P O BOX 4805
DES MOINES IA 50313

BTR-WAY LOGISTICS LLC
4031 COLONEL GLENN PARKWAY
BEAVERCREEK OH 22079

C & W TRUCKING & SONS INC
4100 ELM STREET
BETTENDORF IA 52722

CA TRANSPORT LLC
46442 GLEN EAGLE DR
UTICA MI 48186

BUCHANAN HAULING & RIGGING I
PO BOX 631526
CINCINNATI OH 46825

C D HAUGEN INC
5049 SCRIBNER RD NW
BEMIDJI MN 56601

CACAK EXPRESS INC
1890 FOX RUN DR UNIT A
ELK GROVE VLG IL 60007

BULLDOG HIWAY EXPRESS
P O BOX 531796
ATLANTA GA 31407

C R HARPER TRUCKING LLC
6500 W NEW BOSTON RD LOT 11 A
TEXARKANA LA 75501

CAEVA TRUCKING
9922 CAROB AVE
FONTANA CA 92337

BWA TRUCKING INC
1153 ALTURA TERRACE
ARCADIA CA 90248

C S HAUL SERVICES LLC
268 NW BENTLEY CIR
PORT ST LUCIE FL 34972

CAIN&ABLE TRUCKING LLC
225 BURNETT ST
GREENVILLE AL 35967

BYERS TRUCKING & FREIGHT BROKER LLC
23 W HARRIET ST
ALTADENA CA 92410

C&J LIMOUSINE LLC
23121 FREDERICKS DR
FLAT ROCK MI 48091

CAISIN TRANSPORT LLC
1665 LAUREL CREEK DR
LAWRENCEVILLE GA 30043

C & A TRANSPORT LLC
20745 397TH AVE
HURON SD 57350

C&B TRANSPORTATION SYSTEM INCORPORATED
3029 BROOK HIGHLAND DR
BIRMINGHAM AL 35217

CALGAR FLATBEDS LTD
8270 LAWSON RD
MILTON, ON L9T 5J3

C & C USA CORP
15316 DENMARK DR
ABINGDON VA 24210

C01 TRUCKING LLC
13215 BUCHANAN ST
GRAND HAVEN MI 49417

CANDACE LAWSON
6485 COUNTY ROAD 89
BRYANT AL 35958

C & G TRANSPORT
409 HALLEY AVE
MERCED CA 95340

C2 TRANS
3960 BROADWAY BLVD #220A
GARLAND TX 75042

CANDELARIAS TRUCKING LLC
153 BERETTA PATH
NEW BRAUNFELS TX 78130

C & L DAVIS TRUCKING LLC
148 SLIM JIM ROAD
SANTEE SC 29142

C9 TRANSPORTATION LLC
1541 ROBIN LN
LANCASTER TX 75134

CARAVAN LOGISTICS GROUP
5714 KENNETH AVE
CINCINNATI OH 45224

CARDINAL TRANSPORT INC
PO BOX 124
COAL CITY IL 60416

CCT FACTORING LLC
306 NYE DR
CHATTANOOGA TN 37411

CH REY TRANSPORT INC
770 NW 121 ST
NORTH MIAMI FL 33166

CARGO DELIGHTS INC
50 HEATON DR
COVINGTON GA 30014

CDB TRANSPORTATION LLC
20597 KAISER CR
LAKEVILLE MN 55431

CHAHAL LOGISTICS INC
714 LAFAYETTE CIR
PLEASANTVILLE NJ 08332

CARGO RUNNER CO
PO BOX 610028
DALLAS TX 75241

CEDAR POINT TRUCKING INC
PO BOX 429
REXBURG ID 83440

CHAIREZ TRUCKING FLATBED IN
P O BOX 1252
HATCH NM 87937

CARGO TRANSPORT ALLIANCE LLC
2216 N 20TH AVE
HOLLYWOOD FL 33020

CENOVI TRANSPORTATION LLC
47 TOTOWA AVENUE
PATERSON NJ 07502

CHET TRANSPORT LLC
130 MORRIS AVE
ENGLEWOOD NJ 07930

CARLOS PITTELLI-NUNEZ
27 HARBOR PINES CT
LAS VEGAS NV 89183

CENTRANS TRUCK LINES LLC
336 WEST US HIGHWAY 30 STE 201
VALPARAISO IN 46385

CHIEF CARRIERS INC
PO BOX 2078
GRAND ISLAND NE 68803

CAROLINA DEVELOPMENT & INVESTMENT INC
111 STAGERS RD
SUMMERHILL PA 15958

CERINO TRANSPORTS
1002 CARTER ST
MILFORD TX 76670

CHISCO FREIGHT LLC
2065 MADERO DR
BROWNSVILLE TX 78045

CARRERA TRUCKING LLC
10827 BIG THICKET
DALLAS TX 75217

CERIUM NETWORKS INC
1636 W 1ST AVE
SPOKANE WA 99201

CHOYCE INC
2121 TANNEHILL DR APT 1066
HOUSTON TX 77008

CARRIER, INC
5105 TALLVIEW DR SUITE 199
ROLLING MEADOWS IL 60008

CFA LOGISTICS INC
11729 SE 249TH ST
KENT WA 98030

CHRIS HELMS TRANSPORTATION
1000 SHORELINE DRIVE
HOUGHTON LAKE MI 48629

CATASHOV INC
2750 GRANT AVE FL 1
PHILADELPHIA PA 19114

CGR LOGSTICS
25512 CINNAMON DR
PLAINFIELD TL 60585

CHRIS LLC
2 BOSQUE PL
LOS LUNAS NM 87031

CHRIS LOGISTICS LLC
760 WINSTON DR
LAWRENCEVILLE GA 30046

COLBERT'S L TRANSPORTATION LLC
1418 SPRINGVIEW DR
AUGUSTA GA 30906

CORNERSTONE TRANSPORT INC
P O BOX 822
ONEILL, NE T0E 0G0

CHRIS LOWERY DBA CRL LOGISTICS
12205 DEERFIELD LN
GLADE SPRING VA 24340

COLLAZOS ELITE TRUCKING
2555 OGDEN ST
SAN BERNARDINO CA 92407

COROBAN TRUCKING INC
615 HUNTINGTON LN
SCHAUMBURG IL 60106

CHRISTOPHER'S ROCK YARD LLC
4424 PALISADES PLACE DR
STONECREST GA 30058

COLLINS LOGISTICS & TRANSPORTATION LLC
2128 REMOUNT RD STE B 128
CHARLOTTE NC 28210

COTTON DELIVERY SERVICES L
6800 S INTERNATIONAL PKWY S10
MCALLEN TX 78503

CITISTATE CARRIERS INC
4 EMBARCADERO CRT
SUITE 1400
SAN FRANCISCO CA 94111

COLUMBUS CARGO INC
300 N MAIN ST STE 400
MIDDLETOWN OH 45042

COUNTRYWIDE TRANSPORT INC
72 CROSSWAYS DRIVE EAST
BOHEMIA NY 11716

CJM TRANSPORTATION LLC
129 WREN DR
RINGGOLD GA 30736

COMPLEXITY TRANSPORTATION LLC
3218 PANTERA DR
TEXAS CITY TX 77571

COWTOWN EXPRESS INC
7050 JACK NEWELL BLVD S
FORT WORTH TX 76118

CL TRANSPORT SERVICE INC
5594 LARK SPARROW CT
JURUPA VALLEY CA 92509

COND TRUCK LLC
1931 MARKET CENTER BLVD APT 1214
DALLAS TX 75207

CR TRANSPORT INC
PO BOX 124
COAL CITY IL 60416

CLIFF REED INC
656 WILLOW CREEK ROAD
CORVALLIS MT 59828

CONNECT GLOBAL LOGISTICS LLC
7933 APALACHEE DR
INDIANAPOLIS IN 46217

CR TRUCKING & REPAIR INC
1806 BELMAR DR
GASTONIA NC 28052

CM STEELE TRUCKING LLC
112 TURNIPSEED LANE
STATESVILLE NC 28677

COOKIE CARRIERS INC
7465 E US HIGHWAY 6
BUTLER IN 46721

CRESCENT STAR EXPRESS INC
1361 GLENGARY DR
GLENDALE HEIGHTS IL 60185

COACH XPRESS INC
9045 SOMERSET CT
ORLAND PARK IL 60439

COOMES INC
1697 E 250 LANE
PHILLIPSBURG KS 67661

CROMER TRUCKING LLC
11924 SAND SPRINGS RD
MOUNT VERNON KY 40456

CROSS EXPRESS COMPANY
567 W ALGONQUIN ROAD
MOUNT PROSPECT IL 60056

CVD TRANSPORT INC
6105 COBBLESTONE CT
GULF SHORES AL 36547

D XAVIER TRUCKING INC
16 EAGLE LN
PAXTON MA 01612

CROWLEY FLECK
490 N 31ST ST.
BILINGS MT 59101

CW WELDING & FABRICATION LLC
14369 305TH ST
VESTA MN 56292

DABCO LLC
31929 AMERICAN LEGION RD
MACKINAW IL 61755

CRST EXPEDITED INC
PO BOX 71573
CHICAGO IL 71573

CWK TRANSPORT INC
PO BOX 379
GOSHEN IN 46528

DAILY STOIC TRANSPORT INC
1632B CALIFORNIA AVE SW
SEATTLE WA 98116

CSA & AP CARRIERS INC
234 BIRMINGHAM CT
ROSELLE IL 60008

D & C TRANSPORT SERVICE LLC
10650 COUNTY RD 81 #218
MAPLE GROVE MN 55430

DALTON BONTRAGER TRUCKING IN
67085 CR 11
NAPPANEE IN 46516

CUEVAS TRANS INC
108 LEYVA AVE
FIREBAUGH CA 93622

D & L SUPPLY COMPANY
880 WEST 150 NORTH
LINDON UT 84042

DAMITRANS CORP
PO BOX 840267
DALLAS TX 75254

CULLER TRANSPORT LLC
3421 COUNTY ROAD 213
CLYDE OH 43410

D A B LOGISTICS INC
11505 ROUTE 143
STANSTED-EST, QC J0B 1L0

DANS ADVANTAGE TOWING & RS
P O BOX 27112
KNOXVILLE TN 37924

CULLIGAN WATER
603 W MAIN ST
LAUREL MT 59044

D AND L TOWING INC
375 MACK RD
SABINSVILLE PA 18202

DANSAB INC
11138 NORTHWEST RD #D
PALOS HILLS IL 60465

CUNNINGHAM EXPRESS LLC
3861 G 1/4 RD
PALISADE CO 81526

D L DEEM
7800 RT 35
MILLS PA 17220

DAT SOLUTIONS LLC
BOX #3801, PO BOX 8500
PHILADELPHIA PA 19178-3801

CUSTOM TRANSPORTATION LLC
PO BOX 8
WHITEVILLE TN 38075

D LEWIS TRANSPORT LLC
6863 COUNTY ROAD HH
VESPER WI 54489

DAVE SUITTER TRUCKING INC
29 N 150 W
JEROME ID 83338

DAVID C EPLEY DBA EPLEY TRANSPORT LLC
173 CALLAWAY ST
NEWTON AL 32425

DDT TRANSPORT LLC
3708 NUTHATCH DR
INDIAN TRAIL NC 29730

DIAMOND DELIVERY LLC
16505 NE 22ND ST
VANCOUVER WA 98684

DAVID PHILLIPS TRUCKING CO.
PO BOX 169
BEAR CREEK NC 27207

DDM LOGISTICS INC
6800 SANTA FE DR
HODGKINS IL 60525

DIAMOND HEAD TRANSPORT LL
19 WILD ACRES RD
DRASCO AR 72039

DAVID RODRIGUEZ TRUCKING LLC
1827 S CRAIG CIR
ROGERS AR 72758

DECK LOGISTICS LLC
11619 W QUINN DR.
ODESSA TX 79764

DIAMOND PRO LOGISTICS INC
7823 SYDNEY BAY CT
RICHMOND TX 77407

DAVIS & DAVIS TRUCKING LLC
3305 WELLER DR
INDIANAPOLIS IN 46268

DEE J HELLIE
4151 S 38TH ST
LINCOLN NE 68526

DIANA M OREJUELA ORTEGA DR
79269 TALLADEGA SPRINGS LN
RICHMOND TX 77085

DAWSON TRUCK LINES
1007 CHEROKEE STREET NE
ROANOKE VA 24012

DELTA FREIGHT SYSTEMS LLC
1350 E TOUHY AVE SUITE 110E
DES PLAINES IL 60018

DINCPIE TRUCKING LLC
3649 EVERGREEN PARKWAY UN88
EVERGREEN CO 80439

DAWSON TRUCK LINES INC
1007 CHEROKEE STREET NE
ROANOKE VA 24012

DELTA TRUCKING GO INC
PO BOX 279345
SACRAMENTO CA 95826

DLV EXPRESS INC
5917 PARTRIDGE LANE
LONG GROVE IL 60007

DAY 2 NIGHT TRANSPORTERS LLC
195 NE OREGON AVE
IRRIGON OR 97844

DENT TRUCK LINES INC
225 COUNTY ROAD 109
SWEETWATER TX 79556

DMM EXPRESS
7410 N 92ND AVE
CAMAS WA 98607

DAYTON LOGISTICS SERVICES LLC
521 LEO ST
DAYTON OH 45414

DEMO TRANSPORT SOLUTIONS LLC
65 KYLE DR
PHILLIPSBURG NJ 08846

DNM EXPRESS LLC
9413 OTTER CREEK DR APT B
CHARLOTTE NC 28277

DB EXPRESS SERVICES INC.
404 RIDGE ST
ALGONQUIN IL 60527

DH CARRIER
1943 BLEVIN ROAD
YUBA CITY CA 95993

DONALD LEWIS DBA D LEWIS T
6836 ROOK BLVD
HOUSTON TX 77087

DONE RIGHT TRUCKING
6554 OASIS BUTTE DR
COLORADO SPRINGS CO 80923

DREAMLOG INC
12811 WATERFORD RD
PLAINFIELD IN 60585

DZYK TRANSPORTATION SERVIC
8121 NEW TOWN RD
WAXHAW NC 28173

DONNA JONES
2701 HUMMINGBIRD WAY
BILLINGS MT 59105

DRINA TRANS INC
2217 BRESEE
CARROLTON TX 75032

E & R TRANSPORTATION LLC
408 WINECOFF WOODS DR NW
CONCORD NC 28027

DOUBLE M XPRESS INC
5272 PRAIRIE FLOWER RD
CERES CA 93215

DRIVE ON HOLDINGS LLC
4112 W 125TH
CROWN POINT IN 46307

E M C A EXPRESS LLC
5322 CRITTENDEN ST
HYATTSVILLE MD 20781

DOUBLE NICKLE TRUCKIN LLC
1648 TIMBER CREEK DR
HERNANDO MS 38632

DSK TRANSIT LLC
3321 CHELTENHAM ST
LAS VEGAS NV 60515

E U D LOGISTICS CORP
27500 SW 137TH CT
HOMESTEAD FL 33172

DOUBLE R TRANSPORTATION LLC
PO BOX 2557
SAPULPA OK 74066

DUE NORTH TRANSPORT
7048 64TH AVE NE SUITE 2
REMER MN 56672

E Y G TRANSPORT LLC
1011 E 42ND ST
SAN ANGELO TX 76903

DOUBLE SS HOLDING GROUP LLC
3203 DAYMARK TER
OCOEE FL 34761

DUKE OILFIELD SERVICES, LLC
P0 BOX 1253
LOVINGTON NM 88260

E- TYPE LOGISTICS LLC
445 BUCKHURST DR
BALLWIN MO 63117

DOUG BRADLEY TRUCKING INC
680 E WATER WELL RD
SALINA KS 67401

DUNHAM TRUCKING LLC
3362 EAST 1/4 ROAD
CLIFTON CO 81520

E3A TRUCKING INC
4000 COASTAL COVE CIR
JACKSONVILLE FL 32225

DPS LOGISTICS LLC
0N321 MORNINGSIDE AVE
WEST CHICAGO IL 60185

DYNAMIC ENERGY TRANSPORT, LLC
3833 EAST LARKSPUR LANE
GARDENDALE TX 79758

EAGLE BUSINESS CREDIT LLC
4036 W 120TH ST
MERRIONETT
IN IL 60803

DRB EXPRESS
1296 PRIMM RD
ASHLAND CITY TN 37015

DYNAMIC MD LLC
250 NORTH SCHMALE ROAD
CAROL STREAM IL 60188

EASLEY TRANSPORTATION ASSLL
11726 W CHENANGO DR APT 15
MORRISON CO 80465

EASTERN EXPRESS INC
PO BOX  74124
CLEVELAND OH 44125

EDOTEX TRUCKING EML TRANSPORTATION
15222 HILLTOP VIEW DRIVE
CYPRESS HILLS TX 77429

ENX TRANSPORTATION LLC
5941 STATE HIGHWAY 359
LAREDO TX 78041

EBELE BROTHERS TRUCKING, LLC
21739 CLARENCE LANE
LITTLETON CO 80120

EFAX CORPORATE C/O J2 CLOUD SERVICES LLC
PO BOX 51873
LOS ANGELES CA 90051-6173

ENGESUND EQUIPMENT COMPANIN
P O BOX 250
CASHION AZ 85323

EBMS  INC
PO BOX 21367
BILLINGS MT 59104-1367

EGV  LOGISTICS  INC
1629 W ERIE ST
CHICAGO IL 60654

ER FREIGHT TRANSPORTATION LL
937 BALSAM LN
BARTLETT IL 60428

ECHO ENTERPRISE TRUCKING INC
5826 N FLORIDA ST
SPOKANE WA 99217

EGZIT CORPORATION
9 S 220 S FRONTAGE RD   18/211
WILLOWBROOK IL 60527

ESCOBEDO  TRUCKING
9222 SCRANTON
HOUSTON TX 77013

ECLECTIC LOGISTICS   LLC
1140 KIMBERLY RD. STE 210
DAVENPORT IA 52807

EL CAIMAN TRUCKING
2009 LEEANN DR
AUSTIN TX 78758

ESS EN CY, LLC DBA CHAD NITR
4435 E CHANDLER BLVD STE 20
PHOENIX AZ 85019

ECLIPSE SOLUTIONS INC
152 BENTON LN
BLOOMINGDALE IL 60108

EL PASO HOTSHOT TRANSPORTATION LLC
317 HARTLEY AVE
SAN ELIZARIO TX 79936

EURO  UNITED LLC
2809 PARKVIEW LN #1313
BEDFORD TX 76119

EDGAR DEJESUS QUINTEROS DBA E  QUINTERO
17553 KRANENBURG AVE
BAKERSFIELD CA 93307

TRANSPORT LLC
2443 SENTRY PALM DR
RIO GRANDE CITY TX 78582

EV TRUCKING & TRANSPORT L
8928 MYRA WAY
CHARLOTTE NC 28215

EDMSTARS TRUCKING LTD
6019 19 AVE  SW
EDMONTON, AB T6X 2A4

ELITE TRANSPORT SERVICES LLC
3400 INLAND EMPIRE BLVD STE 101
ONTARIO CA 91764

EVE TRUCKING INC
9864 LELAND AVE UNIT 412
SCHILLER PARK IL 60402

EDO EXPRESS LLC
14008 NE 102ND ST
VANCOUVER WA 98682

EMANUEL PRO DELIVERY TRUCKING LLC
667 CROSSPOINT DR
NEW BRAUNFELS TX 78130

EVERHART TRANSPORTATION IN
1622 INDUSTRIAL ROAD
GREENEVILLE TN 37745

EVOLUTION TRANSPORT INC
1094 WILDLEAF CV
MEMPHIS TN 38116

FAITHFUL 33 TRUCKING LLC
PO BOX 2442
WEATHERFORD TX 76088

FERGUSONS TRANSPORT LLC
482 STAR BLVD
MADISON TN 37115

EXODO TRANSPORT LLC
4062 N 80TH DR
PHOENIX AZ 85254

FALVEY SHIPPERS INSURANCE LLC
66 WHITECAP DR
NORTH KINGSTOWN RI 02852

FIELDS BOY ENTERPRISE LLC
PO BOX 53721
INDIANAPOLIS IN 46253

EXPRESS ALLIANCE COURIER
2633 LIME AVE
SIGNAL HILL CA 90755-2719

FARMERS ELEVATOR OF KENSINGTON
22 RAILWAY ST W
KENSINGTON MN 56343

FIRMENICH
DEPT 1019, PO BOX 121019
DALLAS TX 75312-1019

EXPRESS CONNECTION LOGISTICS INC
23560 RED JUNIOER LANE
NEW CANEY TX 77357

FARMERS OIL COMPANY INC
826 W MAIN ST
ANTHONY KS 67003

FLASH LOVE LOGISTICS
81 REGENCY PARK DR
AGAWAM MA 10100

EXPRESS RIDER TRUCKING LLC
PO BOX 683254
HOUSTON TX 77043

FAST4WARD EXPRESS INC
1181 E RANDVILLE DRIVE
PALATINE IL 60074

FLAT SOLUTIONS LLC
5545 HOMEWOOD RD
PENSACOLA FL 32504

F & S TRUCKING
820 ROYLE RD
LADSON SC 29418

FASTRANSPORT LLC
19941 KENTVILLE ROAD
TISKILWA IL 60515

FLEET LOGISTICS LLC
3822 WOODBRIDGE CT
BOWLING GREEN KY 42103

F2F TRANSPORT
PO BOX 306445
NASHVILLE TN 37402

FASTWAY TRANS GROUP INC
65 MARTHAS MEADOW PLACE NORTHWEST
CALGARY, AB T3J 4P4

FLOYD TRUCKING LLC
W9723 CTH M
MEDFORD WI 54451

FAB HAULING AND LOGISTICS LLC
33 BRUNSWICK LN
HENDERSON NC 27537

FASTWAY TRANS LLC
3620 E 42ND ST APT 203
MINNEAPOLIS MN 55406

FLUKER TRANSPORTATION LLC
41321 THOMPSON DR.
HAMMOND LA 70403

FADE TRANSIT LLC
554 GREEN GARDEN CIR
CHESTER VA 23836

FEDEX
PO BOX 94515
PALATINE IL 60094-4515

FM TRUCKING LLC
2801 WELLS BRANCH PKWY
AUSTIN TX 78726

FOILES TRUCKING LLC
15679 NIGHT GALLERY LANE
JERSEYVILLE IL 62052

FRANKFOTHER TRUCKING
1435 TOWNLINE RD
STEWARD IL 60553

FRIESIAN TRANSPORTATION, IN
PO BOX 1287
MOUNT AIRY NC 27030

FORSAGE INC
838 BLUESTEM DR
BOLINGBROOK IL 60440

FRASIER DEDICATED SERVICES INC
1200 NORTH 28TH AVENUE
DFW AIRPORT TX 75261

FRONTIER LEASING INC
1100 N OHIO STREET
SALINA KS 67401

FORT MYERS TRUCKING INC
PO BOX 150576
CAPE CORAL FL 33915

FREDDIE PAYNE LLC
PO BOX 906
WEDOWEE AL 36278

FSD FREIGHT CO
450 W BRIAR PL APT 12M
CHICAGO IL 60632

FOUR BROTHERS TRANSPORT LLC
1277 HORIZON RIDGE CT NE
KEIZER OR 97303

FREERKSEN TRUCKING INC
9 3RD AVE SW
DODGE CENTER MN 55927

FSD TRANSPORTATION INC
319 S NAPERVILLE RD SUITE 20
WHEATON IL 60189

FOUR D TRUCKING LLC
81 E FARMINGTON TRCE
PIKE ROAD AL 36108

FREIGHT INTERNATIONAL LLC
1030 DUNEDIN TRL
WOODSTOCK GA 30188

FULGER TRANSPORT INC
4016 COUNTY RD 23
ESSEX, ON N8M 2X7

FOX VALLEY ALFALFA MILL INC
P O BOX 278
HILBERT WI 54129

FREIGHTBULL INC
7455 DUVAN DRIVE
TINLEY PARK IL 60477

FULL SPEED AHEAD INC
355 W DUNDEE RD STE 205
BUFFALO GROVE IL 60089

FR8MAX INC
134 VINTAGE PARK BLVD, STE A-659
HOUSTON TX 77070

FREIGHTSTAR EXPEDITED LLC
1201 W WASHINGTON ST
WEST CHICAGO IL 60185

FUNAKOSHI INC
1435 COVE DR
PROSPECT HTS IL 60070

FRANCIS TRANSPORTATION LLC
PO BOX 677
BRIGHAM CITY UT 84302

FRENCH TRUCKING INC
160 BUD CROCKETT DRIVE
LEXINGTON TN 38351

FUZE TRANSPORT USA, INC.
PO BOX 98
HANOVER MN 55341

FRANCISCO ALVAREZ HERNANDEZ
20803 FAWN TIMBER TRAIL
HUMBLE TX 77346

FRIAS TRANSPORT CORP
2473 SW AVONDALE ST
PORT ST LUCIE FL 34952

FX4 LOGISTICS INC
23605 NE HALSEY ST
WOOD VILLAGE OR 30501

G & C TRUCKING INC
P O BOX 456
AGUILAR CO 81020

GALLARDO TRUCKING, INC
1205 7TH ST
CALEXICO CA 92231

GBA TRANS INC
317 SW 322ND ST
FEDERAL WAY WA 92612

G TRANSPORTATION LLC
619 LONG MELFORD DRIVE
ROLESVILLE NC 27891

GAMA LOGISTICS
1511 BRACT ST
EDINBURG TX 78045

GCS GLOBAL CARRIER SOLUTIO LL
7352 STONE BLUFF DR
DOUGLASVILLE GA 30134

G3 SERVICES HEAVY HAUL & PILOT CAR LL
406 OMEGA ST
EL CAMPO TX 77437

GAMBLE EXPRESS LLC
4611 HARDSCRABBLE RD
STE 108 PMB 274
COLUMBIA SC 29229

GE NATIONWIDE LLC
658 WINDING SPRING DR
FAYETTEVILLE AR 72703

G9 TRUCKING LLC
3336 CHATEAU LANE
LOUISVILLE KY 40219

GARRY BARNES DBA GLB TRUCKING
13151 COUNTY RD 431
DEXTER MO 63849

GEAR DRIVEN TRANSPORTATION LL
3902 SHARON RD
MIDLAND MI 48642

GA LOGISTICS LLC
8624 24TH AVE APT 1A
BROOKLYN NY 07721

GARY DAVIS CONSTRUCTION, LLC
PO BOX 579
HURRICANE UT 84737

GEAR LOGISTICS CORP
3716 S AUSTIN BLVD
CICERO IL 60301

GABE TRUCKING LLC
3051 NE 150TH AVE APT A
VANCOUVER WA 98661

GARY EXPRESS TRUCKING LLC
1176 HENSLEY RD W
FORT MILL SC 28601

GENUINE TRANSPORT INC
2217 S 59TH CT
CICERO IL 60804

GABLE TRUCKING LLC
8855 SOUTH 135 ST WEST
CLEARWATER KS 67026

GARYS TRUCK AND TRAILER REPAIR SEC
15003 90TH ST E
PUYALLUP WA 98047

GEO TRUCKERS LLC
6326 CARRIAGEWOOD CT
RICHMOND TX 77469

GAJ TRANSPORT L.L.C.
101 CLYDE MORRIS BLVD APT 150
ORMOND BEACH FL 32174

GAYLE FRERICHS TRUCKING LLC
2425 N 25TH ST
TERRE HAUTE IN 47932

GEORGE FREIGHT SOLUTIONS L
21255 SW 173RD AVE
MIAMI FL 33182

GALAXY TRANSPORT LLC
503 E NIFONG BLVD 129
COLUMBIA MO 65201

GB GR TRANSPORT
4355 WINDERGATE DR
JACKSONVILLE FL 32257

GH GLORIAS LLC
15895 E 8TH DR
AURORA CO 80013

GIFTED UMBRELLA LLC DBA AZ3 TRANSPORT
2822 CASHWELL DR STE 233
GOLDSBORO NC 27530

GJLBEX TRANSPORT INC
9169 W STATE ST #550R
BOISE ID 83714

GOLDEN WAY TRUCKING INC
24119 W RIVERWALK CT #133
PLAINFIELD IL 60446

GILL BROTHERS
14916 SIMMONS GROVE DRIVE
HAYMARKET VA 20169

GLOJISTIK LLC
11619 GLADEFIELD DR
HOUSTON TX 77063

GOOD DAY CARRIER CORP
16W350 94TH STREET
BURR RIDGE IL 60527

GIT TRUCKING LLC
140 HICKMAN ST
MOBILE AL 36610

GM & SR EXPRESS
16455 DARLINGTON MEADOW COURT LANE
HOUSTON TX 77073

GOZPOL TRANSPORT INC
6N2 KNOLL WOOD RD APT 104
WILLOWBROOK IL 60527

GL GROUP INC
3019 SERENITY LN
NAPERVILLE IL 60564

GMX LOGISTICS LLC
7918 MAIN ST # 852
FOGELSVILLE PA 18954

GP TRANSPORTATION CO
PO BOX 95379
CHICAGO IL 60436

GLG TRANSPORT & LOGISTICS LLC
5755 N GENOA WAY APT 14-204
AURORA CO 80011

GNH LOGISTICS INC
1701 CANDLER LN
MODESTO CA 95354

GREAT CONNECTIONS INC
5234 OAKTON STREET APT 3B
SKOKIE IL 60077

GLOBAL CARRIER LLC
5963 GLENWAY DR APT B
BROOK PARK OH 44142

GNI EXPRESS INC
7913 GLEN TREE DRIVE
CITRUS HEIGHTS CA 95765

GREAT LAKES CARRIER LLC
102 W DIAMOND LAKE RD APT 3
MINNEAPOLIS MN 55419

GLOBAL EXPRESS LLC
3122 GLENDALE AVE
HATTIESBURG MS 39402

GNS TRUCKING INC
2434 FOREST DR # 208
WOODRIDGE IL 60108

GREAT WIDE A T F TRUCKING LL
PO BOX 69153
BALTIMORE MD 21297

GLOBAL TRANS LLC
PO BOX 8354
MINNEAPOLIS MN 55418

GOLD POINT TRANSPORT
3071 WEST STATE HIGHWAY F,
OZARK MO 65721

GREEN'S TRUCKING
PO BOX 96
SAINT JOSEPH TN 38481

GLOBAL TRUCKING INC
5932 209 ST NW
EDMONTON, AB T5P 2R9

GOLDEN GRAIN ENTERPRISES, LLC
400 W SANTA FE TRAIL BLVD
LAKIN KS 67860

GREENWAY SYSTEMS INC
1712 W 8300 S
WEST JORDAN UT 84084

GREGERSON EXPRESS INC
26159 740TH AVE
GRAND MEADOW MN 55936

GUENTHER ROBB HATCH
PO BOX 91
SNOW FLAKE AZ 85937

H I TRUCKING LLC
14611 GULLY PLACE
DALLAS TX 75182

GRIZZARD TRUCKING LLC
45 DRY CREEK RD
UNION GROVE AL 35016

GUIA & ROJAS TRANSPORTATION LLC
28122 SW 160TH CT
HOMESTEAD FL 33033

H W BLAHNIK TRUCKING INC
WEST 7522 SWANSON ROAD
STEPHENSON MI 49887

GROEN ENTERPRISES INC
7568 US HWY  264 E
WASHINGTON NC 27889

GUIMARA S POZO TRUCKING TRANSPORT INC
13733 FORCE ST
HOUSTON TX 77049

H&G HAULING LLC
3847 LYNDALE AVE
BALTIMORE MD 21215

GROTHAUS TRUCKING CO
10339 PLAINVIEW BLACKTOP
PLAINVIEW IL 62037

GUTIERREZ TRANSPORT LLC
1416 GENEVIEVE WAY
CERES CA 92231

H2O LOGISTICS INC
67 SLATER STREET
CAMBRIDGE, ON N1R0C4

GROUND PILOT LOGISTICS INC
3323 LEHIGH CRESCENT
MISSISSAUGA, ON L4T 1W9

GUY M TURNER INC
PO BOX 7776
GREENSBORO NC 27406

HAARP TRANS LTD
HAARP TRANS LTD
MISSISSAUGA, ON N0B 2T0

GTI TRANSPORT
7600 CHEVY CHASE DR
SUITE 300
AUSTIN TX 78752

GUZMAN TRANSPORTATION
15825 SUSAN EILEEN AVE
BAKERSFIELD CA 93308

HAHN RANCH TRUCKING INC
7996 HWY 287
TOWNSEND MT 59644

GTR TRANS LLC
2025 SE 117TH AVE
PORTLAND OR 90250

GV AUTO LLC
2210 W MAIN  ST STE107
BATTLE GROUND WA 98604

HAJ TRANSPORTATION INC
8916 DATAPOINT DR APT 1134
SAN ANTONIO TX 78229

GTS EXPRESS INC
P O BOX 191
WAYNESBORO GA 30830

GVA TRANSPORTATION INC
1431 OPUS PLACE SUITE 110
DOWNERS GROVE IL 60532

HAMMER LANE TRUCKING LLC
13890 120TH ST
WADENA MN 56482

GTS TRANSPORTATION
7545 S MADISON ST
BURR RIDGE IL 60527

H & S ENTERPRISES INC
199 STRYKERS ROAD
PHILLIPSBURG NJ 08865

HAMMERDOWN EXPRESS INC
24730 W BLUFF RD
CHANNAHON IL 60513

HANDY TRANSPORTATION INC
10122 S MANDEL ST
PLAINFIELD IL 60585

HEAVY HAUL LLC
1802 W LANSING RD
MORRICE MI 48857

HEROSE LLC
1627 NAVCO RD
MOBILE AL 36605

HARBY TRANSPORT LLC
9170 53RD AVE W
MUKILTEO WA 98275

HEAVYHITTERZTRUCKINGLLC
1890 WEST 7865 SOUTH
WEST JORDAN UT 84088

HERRERA TRUCKING
1429 HWY 112
EASTLAND TX 75050

HARDWAY TRANSPORTATION INC
118 IRON STATION ROAD
DALLAS NC 28037

HECTOR MARTINEZ GUTIERREZ
11895 CASCADA CT
FONTANA CA 92337

HERRERAS TRUCKING LLC
2505 WOLVEY RD
EASTOVER NC 28312

HARPERS HOT SHOT TRUCKING
PO BOX 449
WICHITA FALLS TX 76307

HEDY KALANTAR
PO BOX 2473
CLARKSVILLE TN 37043

HFC TRANSPORT LLC
4340 PITT RD
CEDAR HILL TN 37032

HATFIELD ENTERPRIZES INC
16715 EAST EUCLID AVENUE
SPOKANE VALLEY WA 99216

HELEN OF TROY TRANSPORTATION LLC
3505 LEWISTON RD
GREENSBORO NC 27410

HIGHWAY FREIGHTLINE LLC
16890 BRAEBURN ST
ROMULUS MI 48174

HAULING ASSETS TRUCKING INC
7248 HWY 270
MALVERN AR 71913

HENRY LAMAR RAMSEY
PO BOX 39
SCOOBA MS 39358

HIGHWAYS & SKYWAYS TRANSEL
927 DR MLK JR WAY
GASTONIA NC 28052

HAWKS RANCH TRUCKING LLC
301 W MAIN ST.
ADAIR OK 74361

HENRYS CARRIER INC
7015 WINGATE DR
CUMMING GA 30040

HMD LLC
10031 VIRGINIA AVE
CHICAGO RIDGE IL 60415

HAYDAY EXPRESS
36468 405TH LANE
AITKIN MN 56431

HEREAFTER TRANSPORT LLC
9660 FALLS OF NEUSE RD
RALEIGH NC 27615

HN LOGISTICS LLC
1 SPRING DRIVE
BURLINGTON NJ 08016

HAYWARD LOGISTICS
367 TALBOT STREET
COURTLAND, ON N0J 1E0

HERITAGE TRANSPORT INC
PO BOX 427
BRANDON MN 56308

HOGA TRANSPORT LLC
1086 HAMPSTEAD DR S
COLUMBUS OH 43224

HOLMES LOGISTICS LLC
870859 S 3370 RD
CHANDLER OK 74834

HUFF HAULING LLC
273 OLD WILMINGTON ROAD
COATESVILLE PA 19320

IDS TRUCKING INC
16W543 MOCKINGBIRD LANE  # 10
WILLOWBROOK IL 60525

HOLTZMAN TRUCKING CO INC
PO BOX 221
TELL CITY IN 47586

HUTCHENSON AND SON TRUCKING LLC
186 SFC 768
FORREST CITY AR 63855

IG TRANSPORTATION INC
500 S LOMBARD RD UNIT A
ADDISON IL 60101

HOMER EXPRESS LLC
33243 POWER LINE CT
WARRENTON MO 63383

HUTCHINSON TRUCKING LLC
5310 EL TIGRE LN
BAYTOWN TX 77520

IGNITE TRANSPORTATION LLC
7506 PRIMROSE ST
PEARLAND TX 77584

HORIZON TRUCKING INC
578 ANDERSON LANE
MADISON TN 37210

I D E TRANSPORTS INC
1287 DESIERTO SECO DR
EL PASO TX 79936

IGO EXPRESS LLC
2615 BLUEFLAG ST
TIPP CITY OH 45388

HOSS TRUCKING CORPORATION
516 SOCIAL CIRCLE
CHARLOTTE NC 28638

I V I EXPRESS INC
4314 PARKS RIDGE DRIVE
SNELLVILLE GA 30039

IKO EXPRESS
8706 STONE FIELD WAY
LOUISVILLE KY 40299

HTO EXPRESS LLC
2412 MARY LOU LANE
MONTGOMERY AL 36116

IAN'S TRANSPORT LLC
340 SW 135TH AVE
MIAMI FL 33182

ILLINOIS EXPRESS LLC
1450 N 1ST AVE APT 2
MELROSE PARK IL 60160

HTUN TRUCKING LLC
1238 MAIDEN CHOICE LANE
BALTIMORE MD 21133

IBERIA EXPRESS INC
1680 BARCLAY BCLD
BUFFALO GROVE IL IL 60090

IM TRANSPORT LLC
679 WASHINGTON ST SUIT 8-159
ATTLEBORO MA 02703

HUBAL EXPRESS LLC
1140 COUNTY LINE RD. #23
KANSAS CITY KS 66103

IC TRANSPORT INC
2786 W 132ND LANE
CROWN POINT IN 60525

IMPAC LOGISTICS LLC
282 CREEK FRONT WAY
LAWRENCEVILLE GA 30044

HUERTAS TRANSPORT LLC
1438 ARTHUR ST
BROWNSVILLE TX 78520

ICENOGLE TRANSPORT LLC
708 SHERRY ST
COLCHESTER IL 62305

IMPERIAL TRANSPORT LLC
2693 BLUEFLAG ST
TIPP CITY OH 45371

IMT TRANSPORT
PO BOX 38
GARNER IA 50438

INTERNATIONAL EXPRESS INC
9971 WOODBEND DR
SALINE MI 48176

ITRUCKING INC
12472 KNIGHTS RD
PHILADELPHIA PA 19116

INCLAN EXPRESS INC
5738 EAGLEWOOD PLACE
RANCHO CUCAMONGA CA 91730

INTERSTATE CARRIER LLC
1821 UNIVERSITY AVE W #S305
SAINT PAUL MN 55104

IWV EXPRESS LLC DBA FUTURER
PO BOX 69
WILLIAMSBURG IA 52361

INDUSTRIAL WASTE SERVICE INC.
960 EGYPT ROAD
CAMDEN SC 29020

INTRA LOGIC LOGISTICS INC
8718 STATESVILLE RD STE
CHARLOTTE NC 28269

J & A TRANSPORTATION LLC
2006 COUNTY ROAD 217
EUTAW AL 35462

INHAND TRANSPORTATION INC
479 BYRON BLVD
WASHINGTON TWP OH 45458

IRON HORSE EXPRESS, L.L.C.
PO BOX 26
WEYERS CAVE VA 24486

J & C TRUCKING
W11848 FLETCHER ROAD
RIPON WI 53956

INLAND TRANSPORT LLC
1218 E BLACKHAWK DR
SPOKANE WA 99208

IRON HORSE LINES INC
6723 ASPEN LANE #4
WESTMONT IL 60561

J & M HAULING CORP
7225 W 11TH CT APT 129
HIALEAH FL 33014

INTEG ENTERPRISES LIMITED LIABILITY CO
7155 CITRUS AVE UNIT 322
FONTANA CA 92821

IRON WAY TRANSPORTATION INC
2605 W 22ND ST.
OAK BROOK IL 60523

J & R SERVICE COMPANY INC
1211 6TH STREET
MAYSVILLE OK 73071

INTEGRITY TRANSIT COMPANY LLC
PO BOX 178172
CHICAGO IL 60617

ISD EXPRESS INC
1540 WESTBROOK PLAZA DR SUTE E
WINSTON SALEM NC 27103

J D EXPRESS INC
3138 NAIL ROAD
FRESNO TX 77545

INTENSE LLC
698 BERKSHIRE LANE
SOUTH LEBANON OH 45036

ISSYKKUL EXPRESS INCORPORATE
1179 S LINNEMAN RD, UNIT 3B
MOUNT PROSPECT IL 60056

J DEFENDINI TRANSPORT LLC
2147 LEMON STREET
DELAND FL 32720

INTER CITY TRANSPORT
133 PARK DRIVE
ROCKY VIEW, AB T1Z 0A3

ITE SUPERIOR TRANSPORTATION LLC
925 11TH ST NW
CAIRO GA 39828

J M C EXPRESS TRANSPORT IN
13366 BLYTHEWOOD DR
SPRING HILL FL 34609

J M LEASING CO
PO BOX 27
CLARION PA 16214

JACOB JAMES
C/O RECOVERY OF JUDGMENT
1407 BROADWAY 29TH FLOOR
NEW YORK NY 10018

JAPCO TRANSPORT INC
8815 SHALOM CIR
LAREDO TX 78045

J MAR ENTERPRISES INC
P O BOX 4143
BISMARCK ND 58501

JACOBS ENTERPRISE LLC
260 E 200 N
RUSHVILLE IN 46173

JAS EXPRESS INC
8307 SEEMAN RD
UNION IL 60118

J&J HAULING LLC
1150 SYRACUSE ST APT 5-69
DENVER CO 80014

JADPAK TRUCKING
834 E KELLOGG RD
BELLINGHAM WA 98226

JASNOOR TRUCKING INC DBA TR
2657 WHIMBREL CT
GREENWOOD IN 46143

J&L TRUCKING SERVICE CORP
214 US HIGHWAY 46
MINE HILL NJ 07032

JAKC ENTERPRISES L.L.C.
21459 P AVE
HAWKEYE IA 52240

JASON SAWYER DBA   J C SAWY
4901 DIAMOND MILL RD
GERMANTOWN OH 45327

J&R TRANSIT LLC
205 LAFFITE COVE
HERMITAGE TN 37076

JAM EXPRESS LLC
6892 WHITMAN CIRCLE
BUENA PARK CA 90249

JB CARRIERS LLC
2452 CANDLEWICK CT SE
GRAND RAPIDS MI 49321

J&V TRANSPORT SERVICES
4218 ROYAL PALM DR
MISSION TX 78572

JAMES ENTERPRISE HOLDINGS LLC
C/O RECOVERY OF JUDGMENT
1407 BROADWAY 29TH FLOOR
NEW YORK NY 10018

JB HARRIS TRANSPORT LLC DBV
PO BOX 2108
NEWNAN GA 30263

JACK WELKER
540 DEADWOOD AVENUE
SUITE 210
RAPID CITY SD 57702

JAMES MASON ENTERPRISES INC
1555 E MASON DR
KECHI KS 67067

JCM CONSTRUCTION & LOGISTL
621 E FM 1151
AMARILLO TX 79118

JACKSON ASSOCIATED EXPRESS LLC
157 PINE BLUFF BLVD W
KINGSLAND GA 31548

JAMES RICHARD JEFFRIES DBA JEFFRIES TRU
4227 WEST 500 NORTH
CEDAR CITY UT 84721

JCM TRUCKING LLC
422 LAWS HILL RD
HOLLY SPRINGS MS 38744

JACKSS TRUCKING LLC
6938 STATE ROAD 46E
BATESVILLE IN 47006

JANELAND EXPRESS INC
23927 AUGUSTA FALLS LN
SPRING TX 77389

JD CARRIERS LLC
5702 BROKEN LANCE ST
SAN ANTONIO TX 78230

JD FACTORS
4317 TROTTER DR
LEES SUMMIT MO 64082

JLEGEND LLC
5030 ARBURY HILL LANE
ROSENBERG TX 77469

JONES BROTHERS TRUCKING
P O BOX 4414
MISSOULA MT 59808

JETSPEED TRANSPO LLC
15331 JUDY
BAYTOWN TX 77521

JMJ LOGISTICS LTD
C/O JESSE BISCOE
W10686 566TH AVENUE
PRESCOTT WI 54021

JONES LOGISTICS, LLC
6184 HWY 98
HATTIESBURG MS 39402

JFW LOGISTICS LLC
1353 S 116TH ST
MILWAUKEE WI 53226

JMZ TRANSPORT LLC
5136 BEN DAY MURRIN RD LOT 939
FORT WORTH TX 76164

JORDAN CARRIERS
170 HWY 61 S
NATCHEZ MS 39120

JG TRANS, LLC.
287 ELLIOT ST APT 10
NEWTON MA 02464

JOHAL ROADLINES
216 REVENUE RD
CORMAN PARK, SK S7R 0H4

JORGABY FREIGHT SERVICES L
22538 CUTTLER ROAD
NEW CANEY TX 77357

JHK TRANSPORT LLC
7511 HANNEGAN RD
LYNDEN WA 98188

JOHN AHNER EXPRESS INC
12128 278TH AVE
ZIMMERMAN MN 55398

JOSE A ARAGON ARRENDONDO A
5602 MELANITE AVE
HOUSTON TX 77053

JHS TRANSPORT INC
13140 GILMOUR DR
FISHERS IN 46037

JOHN N QUINTERO
121 CLAIRMONT DR
COWARTS AL 36301

JOSE GUTIERREZ
19290 SOUTHTON RD
ELMENDORF TX 78112

JISHU TRANSPORT INC
950 N DUESENBERG DR APT 5211
ONTARIO CA 91761

JOHN PFLEDDERER TRUCKING INC
1036 S 275 E
KOUTS IN 46347

JOSEPH ARNDT DBA JOE ARNDT R
9303 VALLEY LINE RD
OCONTO FALLS WI 54154

JJYA LOGISTICS L.L.C.
20199 100TH PL
LIVE OAK FL 32060

JOHN VALLEY DBA BERNARD LOGISTICS
18088 CYPRESS CT
GULFPORT MS 39503

JOSH ROBERTS TRUCKING INC
1238 FLOYD SPRINGS RD
ARMUCHEE GA 30105

JK TRUCKING LLC
1021 US HWY 62-180 W
SEMINOLE TX 79360

JOLYN INC
PO BOX 614
SHEFFIELD AL 35660

JOYA LOGISTICS LLC
1509 SHELBY RD
KINGS MOUNTAIN NC 28086

JP CARGA EXPRESS LLC
12173 UPDIKE ALLEY
ORLANDO FL 32809

K & H TRUCKING INC
14041 ROYALWOOD DR
FISHERS IN 46222

KDK TRANSPORTATION INC
2320 SAINT CLAIR RIVER DRIVE
ALGONAC MI 48117

JRC TRANSPORTATION INC
PO BOX 366
THOMASTON CT 06787

K D X INC
16035 VAN DRUNEN RD
SOUTH HOLLAND IL 60473

KDM TRUCKING LLC
2881 INDEPENDENCE RD
IOWA CITY IA 52345

JUAN CARLOS ZAVALA BAIRES
25454 MOORLAND RD
MORENO VALLEY CA 92553

K W TRUCKING
11995 110TH ST
LEOTA MN 66771

KDP TRUCKING INC.
5000 47TH AVE
GREELEY CO 80631

JUNIORS TRANSPORT LLC
1346 ETON WAY
AVON IN 46202

K&J ADVANTAGE LLC
1511 COLEVILLE CIR
NORCROSS GA 30093

KEANE THUMMEL TRUCKING, IN
419 MAIN
NEW MARKET IA 51646

JUSCZAK TRUCKING
1520 9TH AVE SW
FOREST LAKE MN 55025

KAISER TRANSPORT INC
P O BOX 468
JANESVILLE WI 53563

KEEP ON TRUCKIN' LLC
3800 S OLIE AVE
OKLAHOMA CITY OK 73109

JUSTIN ALLISON TRUCKING
41572 SOUTH COUNTY ROAD 198
WOODWARD OK 73801

KAMION SCM INC
20715 N PIMA ROAD SUITE 108
SCOTTSDALE AZ 85255

KEIM TS INC
P O BOX 226
SABETHA KS 66534

JVC ENTERPRISES, INC
PO BOX 85
SHELBY MI 49315

KARREN TRUCKING LLC
PO BOX 904
MOUNTAIN HOME ID 83647

KELVIN BROWN DBA UPTOWN S
PO BOX 280682
NASHVILLE TN 37228

JVC MAJESTICS LLC
3224 INDIAN CREEK AVE
MCALLEN TX 78504

KB COMMERCIAL PRODUCTS
PO BOX 1935
BILLINGS MT 59103

KEN GRAHAM TRUCKING, INC.
5018 W M-28
BRIMLEY MI 49715

JZ TRANSPORT
11640 VALLE PALOMAR RD
EL PASO TX 79927

KDC TRUCKING
5583 FIELDS DR
YORKVILLE IL 60560

KEN STRONG HAULING
32466 W LINGER LONGER
YOUNGSTOWN FL 32466

KENT LUNDINE DBA HIGH COUNTRY TRANSFER
PO BOX 482
MILLS WY 82601

CRANE SERVING
5323 HIGHWAY 33
SAGINAW MN 55779

L & L LOGISTICS LLC
12801 CLARK CEMETERY RD
MITCHELL IN 47421

KESTREL LOGISTICS GROUP LLC
3810 SEMINOLE PLACE
CARROLLTON TX 75006

KKM TRANSPORT LLC
2425 BRIDGETOWN LOOP
SPARKS NV 89436

LAFAYETTE STEEL ERECTOR INC
PO BOX 266
LAFAYETTE LA 70506

KEVIN EUGENE BLACKWELL DBA EASY TRUCKING
3112 JAMES AVE
WACO TX 76711

KMB HOLDING
6417 FARMINGDALE DR
CHARLOTTE NC 28215

LAKESIDE TRANSPORTATION, IN
6300 SIMS DRIVE
STERLING HEIGHTS MI 48313

KEVIN JOHN KUEHL
P.O. BOX 113
BURNETT WI 53922

KNIGHT & DAY TRANSPORT LLC
998 BONELLIS LN
CLARKSVILLE TN 37040

LALL TRANSPORT INC
6106 BRADWOOD DR
INDIANAPOLIS IN 46237

KG TRANSPORTATION LLC
10120 SE 260TH ST SUITE 215
KENT WA 98031

KOKOB TRANSPORT LLC
4601 N FAIRFAX DR
ARLINGTON VA 22203

LALO TRUCKING INC
137 N LARCHMONT BLVD #279
LOS ANGELES CA 90004

KIDA TRUCKING LLC
900 FRANCES WAY #237
RICHARDSON TX 75081

KORA'S TRANSPORT LLC
PO BOX 961
LA GRULLA TX 78548

LAMECH TRANSPORTATION LLC
1730 SW STALLINGS DR
NACOGDOCHES TX 75964

KIISH TRANSPORTATION LLC
2740 MINNEHAHA AVE STE130
MINNEAPOLIS MN 55404

KOSHIN FREIGHT LLC
901 RUPP AVE APT 2
CAMP HILL PA 17011

LANDSTAR RANGER INC
PO BOX 784293
PHILADELPHIA PA 19123

KISERI ENTERPRISE LLC
6478 SILVER RIDGE CIR
ALEXANDRIA VA 22182

KRANAWETTER TRANSPORT LLC
15628 ATATE HIGHWAY 72, STE. 1
PATTON MO 63662

LANE RUNNERS TRUCKING AND TR
433 PLAZA REAL SUITE 275
BOCA RATON FL 33432

KIV TRANSPORT CO
587 ALICE PL
ELGIN IL 60160

KYSEN TRUCKING LLC
104 BOYD AVE
SHANNON MS 38855

LANHAM TRUCKING LLC
PO BOX 23
MONTICELLO IN 47960

LANITA SPECIALIZED
PO BOX 7747
LANCASTER PA 19544

LAZAR FREIGHT LLC
947 LAGNUA DRIVE
COPELL TX 76043

LEGACY STAR TRANSPORT LLC
PO BOX 454
WILMER TX 75172

LANZA TRANSPORT LLC
1803 SALINAS DR
MISSION TX 78572

LAZY EAR TRUCKING
2657 BARTON RD
GRANTVILLE KS 66429

LEGACY TRANSPORT INC
4754 FLORA DRIVE
EAGEN MN 55122

LARA LOGISTICS L L C
7544 HADNOT ST
LAS VEGAS NV 89107

LCAT & ASSOCIATES LLC
2661 WESTCHESTER PKWY SE
CONYERS GA 30094

LEMEACO IVY
4056 MUIRFIELD DRIVE
MEMPHIS TN 38134

LARRY GRAGG
11196 HWY 92
DELTA IA 52550

LCX LOGISTICS CORP
3312 OLD MEDINA
OAKFIELD TN 38362

LEONARDO BAEZ DBA BAEZ TRLL
25 JUNE ST
LINDENHURST NY 11757

LAST CHOICE TRANSPORTATION
5930 GLEN LEE DR
HUMBLE TX 77396

LE & J EXPRESS TRANSPORT LLC
13002 TERRACE RUN LN
HOUSTON TX 77044

LEPES TRANSPORTATION LLC
4015 HAYDEN LANE
PASCO WA 99301

LASTA TRANS INC
769 MADISON STREET UNIT D
CROWN POINT IN 46307

LEADING LOGISTICS INC
6564 LOISDALE COURT SUITE 600-D
SPRINGFIELD VA 22150

LES DISTRIBUTIONS MALBERT I
3311 85E RUE
SAINT GEORGES, QC G6A 0C6

LAVISH TRANSPORT LTD.
344 DAWSON ROAD N
WINNIPEG, MB R2J 0S7

LEE TRANSPORT LLC
9685 WULFF RD S
SEMMES AL 36575

LEVELS TRUCKING LLC
6700 GREENVIEW AVE
DETROIT MI 48122

LAW LOGISTICS LLC
205 CAMP CREEK RD
GREENEVILLE TN 37743

LEGACY LOGISTICS INC
1 LEGACY DRIVE
WEST MEMPHIS AR 72301

LEVI ENTERPRIZE LLC
3325 MAPLE HOLLOW CV
SOUTHAVEN MS 38671

LAWSON TRUCKING LLC
1739 WESTBROOK RD
EDGEMOOR SC 29720

LEGACY LOGISTICS LLC
938 TIMBERLINE CIRCLE
CALERA AL 35234

LEVIATHAN CARRIERS CORPOR
1112 ROUTE 41 STE 205-A
CHICAGO IL 60156

LGND ENTERPRISE LLC
3201 66TH AVENUE
GREELEY CO 80634

LML EXPRESS LLC
4623 TWISTING RD
HOUSTON TX 77042

LONGHORN TRANZ LLC
2901 UNION RD
ST LOUIS MO 63120

LIFT AND LOAD TRANSPORT LLC
520 BRIDGES AVE S
KENT WA 98032

LMZ EXPRESS LLC
113 CENTENNIAL DR
CARNEGIE PA 15106

LORD & KING TRUCKING
3025 NE 25 ST
OCALA FL 34471

LIMITED CARRIERS OF EL PASO, LLC
4320 CAMBRIDGE AVE
EL PASO TX 79901

LODESTAR TRANSPORT SERVICES
PO BOX 388
BARNESVILLE MN 56514

LOUIS MOTTY
107 N HENRY ST
ABBEVILLE LA 70510

LINK US TRANSPORTATION INC
12429 DENHOLM DR
EL MONTE CA 91732

LOGGINS LOGISTICS INC
5706 COMMERCE SQUARE
JONESBORO AR 72401

LS WILLSON TRUCKING
1328 W 10750 SOUTH
SALT LAKE CITY UT 84087

LINKTRANS LLC
96 OUTLAW RD
CAMDEN SC 29020

LOGISTIC DYNAMICS INC
PO BOX 675297
DETROIT MI 14221

LTD TRANSPORT LLC
49 APPLEWOOD LN
TAYLORSVILLE GA 30120

LISA HOLSTEIN
9962 EAST EIGHT MILE ROAD
STOCKTON CA 95212

LOGISTIC SOLUTION SERVICES INC
2300 RIVERSIDE DR UNIT 145
GREEN BAY WI 54301

LUCAS OIL PRODUCTS INC
302 NORTH SHERIDAN STREET
CORONA CA 92878

LITTLE ANGELS WACO LLC
2421 PARK AVE
WACO TX 76706

LOGISTICIZE LTD
861 E PERRY ST
PAULDING OH 45879

LUCETT TRUCKING LLC
6511 WINSLOW PARC LN
TRUSSVILLE AL 35173

LIVINGSTON TRANSPORTATION & LOGISTICS LLC
13905 53RD AVE N APT 8
MINNEAPOLIS MN 55121

LOGISTICIZE LLC
861 E PERRY ST
PAULDING OH 45879

LUCKY 7 GLOBAL INC
4228 RYMARK CT
SHAKOPEE MN 55379

LJ TRANSPORT EXPRESS LLC
204 61ST ST UNIT 2
WEST NEW YORK NJ 07093

LONE OAK TRUCKING LLC
122 W SPECHT RD
SAN ANTONIO TX 78253

LUCKY TRUCKING LLC
6085 WILD BERRY DR
LAS VEGAS NV 89115

LVG TRANSPORT LLC
15057 NORTH 900 EAST
ODON IN 47562

M GRANDE TRANSPORT ENTERPRISES LLC
17339 FM 2556
SANTA ROSA TX 78593

MAINTENANCE DIRECT LOGISTICL
1090 VISTA TRAIL NE
ATLANTA GA 30329

LVM EXPRESS COMPANY
4136 CALDER LANE
AURORA IL 60804

M L T INC
1841 GOVER PARKWAY
MT PLEASANT MI 48858

MAISHA LOGISTIC LLC
P O BOX 3486
DUBLIN OH 43229

LYM EXPRESS INC
3042 VITA DOLCE DR
KATY TX 77494

M T W TRANSPORT LLC
228 E OLD HICKORY BLVD
MADISON TN 37210

MAJHA TRANSPORT LLC
7025 VANDERMARK RD E
BONNEY LAKE WA 98391

M & C TRUCKING INC
P O BOX 430
SEWARD PA 15954

M&A EXPRESS TRUCKING LLC
4456 N. ABBE RD. UNIT #310
SHEFFIELD VILLAGE OH 44035

MALLOY TRANSPORT LLC
1006 PINETREE LN
MCCOMB MS 39429

M & J SUPERIOR LLC
8431 WINECUP RIDGE
DALLAS TX 75249

M&J CARRIERS LLC
14218 BUSINESS AVE
LAREDO TX 78045

MANSO GARCIA LLC
531 IMHOFF AVE
PORT ARTHUR TX 77642

M & M TRUCKING INC
264 ST RT 2839
DIXON KY 40219

MA CARRIER LLC
2411 W FRONT ST
STATESVILLE NC 28625

MAQUINTA TRANSPORT LLC
3088 HWY 142
PHILPOT KY 42366

M B E TRANSPORT LLC
603 GREENLAWN BLVD
ROUND ROCK TX 78681

MA TRUCKING
8437 WHITESTONE CT
SEMMES AL 36608

MARK EXPRESS INC
9000 SUNDECK CT SW
ALBUQUERQUE NM 87120

M C TRUCKING LLC
2225 METALWOOD CT
LAS VEGAS NV 89030

MADAIG LLC DBA NOMAD EXPRESS GROUP
280 CATENBURY LANE
APT #1
BOLINGBROOK IL 60440

MARTIN TRANSPORTATION SYST
7300 CLYDE PARK SOUTHWEST
BYRON CENTER MI 49315

M D TRANSPORT CO LTD
1683 MT LEHMAN ROAD
ABBOTSFORD, BC V2T 6H6

MAGNUM TRANSHAUL INC
3315 18TH STREET NW
EDMONTON, AB T6J 7E6

MARVIN ADONY VELASQUEZ DBA
205 W 14TH ST
IRVING TX 75061

MATRIX LOGISTICS INC
1375 REMINGTON RD STE U
SCHAUMBURG IL 60173

MB COLBERT TRUCKING, LLC
810 SUNNYBROOK LANE
BAYTOWN TX 77523

MEDALLION TRANSPORT & LOGLL
701 EAST GATE DRIVE
SUITE 110
MT LAUREL NJ 08054

MATTHEW NEWTON DBA FLOYD NEWTON TRUCKING
1305 MORVEN RD
WADESBORO NC 28170

MCADAM COMPANY TRUCKING INC
3847 GOVERNOR HARRISON PKWY
BRODNAX VA 23920

MEDION CORP
16900 LATHROP AVE
HARVEY IL 60426

MATTHEW QUINN
C/O JOHN MORRISON & SCOTT PETERSON
401 N. LAST CHANCE GULCH ST.
HELENA MT 59601

MCDOUGLE TRANSPORTATION LIMITED
30 TAYLOR CIR
WAYNESBORO MS 39367

MEGABILT TRANS GROUP INC
18 WAKE ROBIN CT
WOODRIDGE IL 60446

MAURTE AUTO TRANSPORT LLC
5115 N DYSART RD STE 202
LITCHFIELD PARK AZ 85340

MCSHEER TRUCK'IN LLC
2470 LITTLE ROCK ROAD
ROSE BUD AR 72137

MELISSA HASLAGE TRUCKING I
2309 E 28TH ST
LORAIN OH 44055

MAVERIK INC
13000 SOUTH TRYON STREET STE
CHARLOTTE NC 28278

MD GLOBAL FREIGHT INC
15545 WEBER ROAD
LOCKPORT IL 60441

MENKE LLC
6260 E TOWER ROAD
LEAVENWORTH IN 47137

MAX POWER TRANSPORT INC
5151 N EAST RIVER RD UNIT 127B
CHICAGO IL 61008

MDS TRUCKING V INC
777 S ROHLWING RD
ADDISON IL 60101

METEOR EXPRESS INC
P O BOX 248
SCOTTSBORO AL 35769

MAXX START CORP.
5524 W BERTEAU AVE APT 2
CHICAGO IL 60641

ME TRANSPORT INC
515 W PARK ST
SHELDON IA 51201

METRO XPRESS
P O BOX 17194
WICHITA KS 67219

MAY S INC
79 WARD DR
ELLENWOOD GA 30294

MEADOW LARK TRANSPORT
2720 HUMMINGBIRD WAY
BILLINGS MT 59105

METROPOLITAN TRANSPORT LL
85 WINTERS LANE
CATONSVILLE MD 21228

MAYER TRUCK LINE INC
1207 S RIVERSIDE DR
JAMESTOWN ND 58401

MEBRUER & SON TRUCKING, INC.
2481 HWY U
LINN MO 65051

MEXUSA TRUCKING LLC
1907 BUENA VISTA DR SE TRLR65
ALBUQUERQUE NM 87107

MG EXPRESS INC
15347 S US 169 HWY STE A
OLATHE KS 66062

MILLS TRANSPORTATION LLC
411 S CARNAHAN RD
KING HILL ID 83338

MO RYDER TRUCKING LLC
3903 AERIAL BROOK TRAIL
FRESNO TX 77545

MI TRANSPORTATION LLC
1523 FARR DR
DAYTON OH 45414

MIR TRANSPORTATION INC
4646 WUNDER AVENUE
FEASTERVILLE-TREVOSE PA 19805

MOBAL TRUCKING, INC.
12 ASPEN RIDGE COURT
ST PETERS MO 63376

MICHAEL J FRICKE
2310 S ROCK CITY RD
RIDOTT IL 61067

MIRAL TRANSPORTATION INC
9423 GENNA TRACE TRAIL
JACKSONVILLE FL 32218

MOHAWK TRANSPORT LLC
2931 SOUTH CARR ROAD
APPLE CREEK OH 44606

MIDWEST DIRECT TRANSPORT INC
411 64TH AVE
COOPERSVILLE MI 49404

MIT US INC
1212 S NAPER BLVD STE 119-105
NAPERVILLE IL 60563

MONTANA GROUP OF COMPANL
52 CRANSTON DR
CALEDON, ON L7E 4J8

MIDWEST EXPRESS
2317 RIVER ROAD
ALGONA IA 50511

MJ DANIELS
49 CARDIFF ST
JOHNSTOWN PA 15906

MONTANA-DAKOTA UTILITIES CO
PO BOX 5600
BISMARCK ND 58506-5600

MIDWEST TRANS LLC
19518 WHITFIELD RD
SEDALIA MO 65301

MJ EXPRESS INC
242 10TH AVE
CLEAR LAKE WI 54005

MOON TRANSPORT LLC
1152 EAGER RD
LIVE OAK CA 95953

MIDWEST TRANSPORTATION, LLC
2720 MISSOURI AVE
GRANITE CITY IL 62040

MJS TRANSPORTATION INC
PO BOX 816
DECATUR IN 46733

MOONDOG TRANSPORT LLC
20545 E ROBERT GIRTEN RD
CHELSEA OK 74016

MIER AND SAPS TRANSPORT LLC
11567 MEEHAN SAVOY RD W
ENTERPRISE MS 39330

ML KING INC
720 PLAINFIELD RD
WILLOWBROOK IL 60527

MOOSE TRANSPORT INC
16476 VANE ST
BENNINGTON NE 68034

MILLERS ENTERPRISE
387 NUBBIN RIDGE ROAD
DUNNVILLE KY 42528

MNM TRANSPORT SERVICES LLC
3835 28TH ST SE SUITE 106
GRAND RAPIDS MI 49315

MORALES TRUCKING
306 CR 545
HICO TX 76457

MORELIA EXPRESS INC
25864 W. BLACK RD.
SHOREWOOD IL 60707

MSM FREIGHT SOLUTIONS LLC
11385 AARON AVE
BEAUMONT CA 92320

MVP TRANSPRO LL DBA APT T
443 SOUTH 1850 EAST
SPRINGVILLE UT 84663

MORNINGSTAR TRANSPORTATION LLC
1012 SAINT GREGORY DRIVE
MANSFIELD TX 76013

MSS TRANSPORT INC
200 E AVE B
SALINA KS 67401

MYMUZAFAR LLC
1570 ROSSER AVE
ELMONT NY 11042

MORRISON-MAIERLE SYSTEMS
PO BOX 6147
HELENA MT 59604

MT SELECT LLC
DEPT. #SF 85 PO BOX
BIRMINGHAM AL 35217

N & O TRANSPORT LLC
108 WAVERLY ST APT 1
PROVIDENCE RI 02896

MOUNTAIN ALARM
PO BOX 12487
OGDEN UT 84412-2487

MTC SERVICES INC
301 PATSY AVE
GLEN BURNIE MD 21060

N AND T TRUCKING LLC
32 FOSTER MOUND RD
NATCHEZ MS 39120

MOVIN IRON INC
P O BOX 1308
RED BAY AL 35582

MTC TRANSPORT LLC
435 E MONTGOMERY ST
ALLENTOWN PA 18102

N P LOGISTICS INC
11002 HAMMERLY BLVD APT 173
HOUSTON TX 77024

MOW EXPRESS LLC
420 N 20TH STREET
BIRMINGHAM AL 35209

MULLEN INVESTMENTS II, LLC
C/O RACINE OLSON
P.O. BOX 1391
POCATELLO ID 83204

N-MOTION LLC
3743 HIGHWAY 86
PICKENSVILLE AL 35447

MR ADVANCE
35-12 19TH AVE SUITE 3W
ASTORIA NY 11105

MURPHYS AND MURPHYS ENTERPRISES INC
12408 S GARNETT RD
BUCKEYE AZ 86320

NAONYX TRANSPORT LLC
23749 N HILLFARM RD
LAKE BARRINGTON IL 60018

MRBULLY HOTSHOT LLC
14654 E 13TH CIR
AURORA CO 80011

MV LOGISTICS LLC
1399 NEW KIMMINS RD
HOHENWALD TN 38462

NAPORA INC
220 S MAINS ST, STE 205
LOMBARD IL 60148

MRD LOGISTICS LLC
4809 PRAIRIE CREEK TRL
FORT WORTH TX 76052

MVA TRUCKING INC
2007 N JAMESTOWN DR
PALATINE IL 60074

NATHANIEL HOUSTON TRUCKING LL
10019 LOCH COURTNEY LN
HOUSTON TX 77089

NATION LINK TRANSPORT INC
PO BOX 18681
MINNEAPOLIS MN 55418

NEW REALM ENTERPRISES LLC
P.O. BOX 152338
ARLINGTON TX 75254

NOLA TRUCKING INC
1209 W 16TH ST S UNIT 306
NEWTON IA 50208

NATIONAL FREIGHT SOLUTION INC
9730 EASTON RD
KINTNERSVILLE PA 19090

NEW WAY EXPRESS INC
309 E RAND RD SUITE 178
ARLINGTON HEIGHTS IL 60120

NOMAD EXPRESS TRUCKING
136 ALPINE STREET
GEORGETOWN TX 78628

NATIONAL TRANSPORT LINE LLC
9730 EASTON RD
KINTNERSVILLE PA 18020

NFUSION CAPITAL
511 WILLOW ST
ELK CITY OK 73644

NORCO SPECIALIZED LLC
1085 JARVIS RD
SAGINAW TX 76179

NATIONWIDE TRANSPORTATION INC
3121 SENNA ST
TIPP CITY OH 45371

NGUYEN LOGISTICS INC
8326 SOLEDAD DR
HOUSTON TX 77083

NORSEMEN SPECIALIZED DIVISI
106 EAST MAIN STREET
LAKE MILLS IA 50450

NAVEMAR LOGISTICS LLC
P.O BOX 610
ELK GROVE CA 95758

NHH SERVICES INC
1210 NORTHBROOK DR
SUITE 420
TREVOSE PA 19053

NORTH DEER LLC
15140 S DELTA LN
PINE CO 80421

NEIGHBORHOOD TRUCKING LLC
11346 SWEETLEAF DR
INDIANAPOLIS IN 46240

NIGHT DREAM INC
20444 SPIREA LN
CREST HILL IL 60544

NORTH LIBERTY TRANSPORTAT
1350 KENNEL CT
UNIT C1
N LIBERTY IA 52317

NELSON FREIGHT SERVICE INC
901 PINE STREET
PESHTIGO WI 54157

NITRO EXPRESS LLC
29106 CLEARPOND RD
MCLOUD OK 74851

NORTHWESTERN ENERGY
11 E PARK ST
BUTTE MT 59701

NEVIUS TRANSPORTATION LLC
1785 COUNTY ROAD 207
CARTHAGE TX 75633

NOBLE FREIGHT LLC
13505 CITICARDS WAY UNIT 3215
JACKSONVILLE FL 32218

NORTON TRUCKING INC
1327 STANFORD DR
KANKAKEE IL 60901

NEW JERSEY DEPT OF LABOR & WORKFORCE DE
PO BOX 929
TRENTON NJ 08646-0929

NKH TRUCKING LLC
3347 W END AVE
FSTRVL TRVOSE PA 17044

NOS LOGIX LLC
4 TIMBERWOOD PL
SOUTH SALEM NY 10590

NOVA 4 INC
34396 N EASTINGS WAY
GURNEE IL 60031

O&SONS TRUCKING LLC
2850 S BELT LINE RD TRLR 241
DALLAS TX 75220

OLSEN TRANSPORT INC
W11270 STATE HWY 64
POUND WI 54161

NOVAK TRUCKING SERVICE LLC
P O BOX 67
LAONA WI 54541

O'NEIL 5 STAR LLC
N 5070 COUNTY ROAD C
ELLSWORTH WI 54011

OLYMPIC TRANSFER CORP
6355 NW 36 ST SUITE 405
MIAMI FL 33166

NTX ROADRUNNER TRANSPORTATION
PO BOX 322
DIANA TX 75640

OCEAN HAULING EXPRESS INC
6026 S MOZART ST
CHICAGO IL 60638

ON MY WAY EXPRESS INC
12020 DOGWOOD AVE
FREDERICKSBURG VA 22407

NU-KO CAPITAL
1041 CHULA VISTA DR
EAGLE PASS TX 78852

OEG EXPRESS INC
6126 COBBLESTONE CT
GULF SHORES AL 36561

ON THE ROCK LOGISTICS INC
5910 SAN BERNARDO AVE APT 1
LAREDO TX 78045

NUWAY TRANSPORTATION SERVICES, INC
2 ACCESS WAY
BLOOMINGTON IL 61705

OHIO EXPEDITED LLC
985 CYPRESS RIDGE PL
COLUMBUS OH 43228

ONE TIME LOGISTICS LLC
20143 105TH AVE SE
KENT WA 98032

NW ELITE TRANSPORT LLC
2555 S DIXIE DR, SUITE 218
DAYTON OH 45409

OHIO TRANSPORT CORPORATION
5593 HAMILTON-MIDDLETOWN ROAD
MIDDLETOWN OH 45044

ONTIME TRUCKING LLC
1529 27TH AVE S
FARGO ND 58102

O & I TRANSPORT INC
PO BOX 807
DEARBORN MI 48126

OILFIELD ELITE LLC
27222 FULSHEAR BEND DR APT 3219
FULSHEAR TX 77441

ONTRACK EXPRESS LLC
3166 CLARENCE ST
MELVINDALE MI 48217

O & R TRUCKING LLC
2225 E 113TH AVE
TAMPA FL 33610

OJK SERVICES LLC
511 WILLOW ST
ELK CITY OK 73644

OTAMAN TRANS GROUP INC
3076 WICKENDEN AVE
ELGIN IL 60120

O & S TRANSPORTATION LLC
2011 BACHELOR RD
MOORESBORO NC 28152

OLD SOUTH FREIGHT SERVICE IN
7544 HWY 41 A
CEDAR HILL TN 37032

OVERLAND TRANSPORT LLC
1845 E RIDGEWAY AVE
WATERLOO IA 50703

OZARK LOGISTIC CORPORATION
60 S HWY 17
SUMMERSVILLE MO 65571

PATRIOT STAR LLC DBA PATRIOT STAR
1676 E SEMORAN BLVD STE 5
APOPKA FL 32703

PEGASUS GLOBAL LOGISTICS IN
110 W 6TH ST UNIT 861
AZUSA CA 75019

P ANDREW TRUCKING INC
1708 PAPOOSE RD
CARPENTERSVLE IL 62014

PAUL EXPRESS, INC.
P.O. BOX 40010
BAKERSFIELD CA 93313

PELAKI LLC
3214 BRIARGROVE LN
SAN ANGELO TX 76903

P&B TRUCKING INC.
7508 MISTY LAKE LN
PEARLAND TX 77032

PAULS PRIORITY TRUCKS INC.
1685 GREENFIELD LOOP
EMMETT ID 83617

PEOPLESYSTEMS
PO BOX 4816
SYRACUSE NY 13221-4816

PABLOS TRUCKING
681 E FRONT ST
FARMERSVILLE CA 93223

PAVEX LLC
90 ROSS RD
CEDARVILLE WA 98568

PERMANENT INK LLC
900 WENDELL COURT SW
ATLANTA GA 30336

PACKARD TRANSPORT LLC
P O BOX 62891
BALTIMORE MD 21221

PAVUK LAW PLLC
1555 CAMPUS WAY, SUITE 202E
BILLINGS MT 59102

PETERS TRUCKING LLC
832 GOZA ROAD
FAYETVILLE GA 30215

PAK FAIR LOGISTICS
2006 WHIRLAWAY DR
STAFFORD TX 77477

PB FREIGHTWAYS INC
106 ALLERTON DR
SCHAUMBURG IL 60007

PG UNITED LLC
9137 LEAH MEADOW LN
CHARLOTTE NC 28208

PANTHER TRANS INC
1430 SANDSTONE DR APT 318
WHEELING IL 60074

PB03 TRANSPORT LTD
7 FREELAND HOLLOW
BRAMPTON, ON L6Y 0R6

PGP TRUCKING LLC
199 METCALF ROAD
MANSFIELD LA 71052

PARADIGM TRUCKING LLC
4363 SOUTH 89TH STREET
OMAHA NE 68118

PEACE EXPRESS INC
113 MCHENRY ROAD #278
BUFFALE GROVE IL 60090

PHILIP C NAWROCKI TRUCKINGLL
7245 CATALPA AVE
HIGHLAND CA 92346

PARTNERS FUNDING INC
4015 HAYDEN LANE
PASCO WA 99301

PEACOCK CLEANING
2115 GRAND AVE
BILLINGS MT 59102

PINEDO JACKSON TRUCKING LL
23 NEELY RUN
NEWNAN GA 30288

PINEWOOD TRANSPORT LTD
1651 REFUGEE RD
COLUMBUS OH 43207

PREMIER ONE ENTERPRISES
3110 287TH ST
CRAWFORDSVLLE IA 52353

PROLOAD TRANSPORT LLC
935 E 3000 N TRLR 14
LAYTON UT 84040

PIQUA TRANSFER & STORAGE
9782 LOONEY ROAD
PIQUA OH 45356

PRESTIGIOUS LLC
89 GEORGIA AVENUE
WRIGHTSVILLE GA 31096

PUNTNEY TRUCKING LLC
117 S PARKWAY
COLUMBUS NE 68601

PITNEY BOWES LEASE AGREEMENT
3001 SUMMER ST.
STAMFORD CT 06905

PRIDE TRANS
9318 PILGRIM HEIGHTS DR
BAKERSFIELD CA 93313

QUALITY EXPRESS CORP
6051 E FRAZIER DR
POST FALLS ID 83854

PITTMAN TRANSFER INC
893 OLD JONAS RIDGE RD
NEWLAND NC 28657

PRIME TRUCKING INC
8332 OAK PARK AVE
BURBANK IL 60455

QUALITY LOGISTICS LLC
118 CLEAR MEADOWS DR
BALLWIN MO 77498

PLATINUM SERVICES INC
1733 N EMERALD BAY, UNIT 6
PALATINE IL 60067

PRO INTERSTATE TRUCKING INC
2724 COLLINS CRES SW
EDMONTON, AB T6W 3X4

QUALITY REFRIGERATED TRANS
29 E PALATINE ROAD
ELK GROVE VILLAGE IL 60070

POINTDIRECT TRANSPORT, INC.
19083 MERMACK AVE
LAKE ELSINORE CA 92337

PRO STAR LOGISTIC INC
22328 88TH AVE H104
KENT WA 98031

QUALITY TRANSPORT LLC
4300 STONEMEADOW CT
LOUISVILLE KY 40220

PORTER HAULING
PO BOX 128
MERIDAIN ID 83646

PRO TRUCKING INC
77917 209TH STREET
ALBERT LEA MN 56007

QUEENSWAY TRUCK LINES LLC
1630 MAIN ST
BLAKELY PA 18508

POWELL TRANSPORTATION CO INC
2348 US HWY 98 EAST
COLUMBIA MS 39429

PROGENY CLAIM SERVICE
14540 MAXWELL COURT
NAPLES FL 34109

QUICK TRANSPORT LLC
1900 TOWER DRIVE
KAUKAUNA WI 54130

PRECISION TRANSPORTATION LLC
9420 N MERIDIAN AVE
FRESNO CA 93720

PROLEAD TRANSPORT INC
241 S FRONTAGE RD STE 39
BURR RIDGE IL 60527

QUICK TRUCKING LLC
2306 JULIA LN
FORNEY TX 75126

QUILES TRANSPORT LLC
355 CENTURA DR
ORANGE PARK FL 32703

RAIDER LOGISTICS
80 EASTERN AVE, UNIT 7
CALEDON EAST, ON L7C 2X6

RCS TRANSPORT, LLC
PO BOX 901, 208 PROVIDENCE L
PETERSBURG WV 26847

R & H TRANSPORT SERVICE LLC
8259 MARWITHE CT
NEW ALBANY OH 43054

RAINEY BROS. INC
3021 PIONEER RD
HOMEDALE ID 83660

RD TRUCKING SERVICES LLC
291 N 300 W
MALAD CITY ID 83252

R & J FREIGHT LLC
8787 WOODWAY DR#6201
HOUSTON TX 77055

RALPH SMITH COMPANY
2471 S. 150 W.
BOUNTIFUL UT 84087

RDJ TRUCKING
129 S OAK ACRE DR
MARTINTON IL 60436

R D L TRUCKING
1850 N 202ND AVE
BUCKEYE AZ 85326

RAM TRUCKING GROUP, LLC
620 N CHURCH ST UNIT 1901
CHARLOTTE NC 28273

RECOMMERCE GROUP INC
2110 FIFTH AVENUE
RONKONKOMA NY 10035

R G M TRANSPORTATION LLC
PO BOX 1302
BETHEL PA 19507

RANDY SMITH
2310 73RD AVE SE
BUCHANAN ND 58420

RED LION TRUCKING LLC
8235 STRATFORD CANYON DR
CYPRESS TX 77433

R MANN TRUCKING LTD
2770 VICTORIA ST
ABBOTSFORD, BC V4X 2M2

RAPID RESPONSE INC
155 ENTERPRISE DRIVE
WENTZVILLE MO 63385

RED SEA TRUCKING LLC
16706 VILLAGE VIEW TRAIL
SUGARLAND TX 77479

R MOODY TRUCKING L.L.C.
166 MACON PRICE RD
GARYSBURG NC 27831

RAPID RIVER LOGISTICS LLC
10820 US HWY 41
RAPID RIVER MI 49878

REDLINE CARRIERS LLC
4708 POPLAR DR
FORT WORTH TX 76063

R MOVERS LLC
3006 MOELLING LANE
WOODWARD OK 73801

RAPK INVESTMENTS LLC
4917 BRIDGEWATER DR
ARLINGTON TX 76010

REES LOGISTICS CO LLC
PO BOX 759
LICKING MO 65542

R6 TRUCKING INC
6516 S KEATING
CHICAGO IL 60544

RC BONILLA TRUCKING LLC
2004 MISSISSIPI ST
BAYTOWN TX 77523

REIGN TRUCKING & LOGISTICS LL
112 MILL CREEK RD
VANCE SC 29163

REINERT HAY COMPANY LLC
PO BOX 16
DAWN TX 79045

RHZ TRUCKING
260 VALLEY VIEW AVE
LAS CRUCES NM 88005

RJ FREIGHT INC
2840 AUDREYS WAY
EAST LANSING MI 48075

REINSFELDER INC
108 PLUNKETT DR
ZELIENOPLE PA 16063

RICHARD ALLEN MUMPOWER DBA MUMPOWER TRUCKING
10576 FISH AND GAME RD
WAYNESBORO PA 17268

RJ ROAD CARRIER INC
1689 ROCKPORT ST
WINDSOR, ON N9A 4C4

RENOVO DATA
6 W DRUID HILLS DR, NE
BROOKHAVEN GA 30329

RICHARD LYNN TRUCKING, INC
7944 SW 5TH ST
NORTH LAUDERDALE FL 92508

RK LOGISTICS LLC
102 WORTYLKO STREET
CARTERET NJ 07090

RENTERIA LOGISTICS LLC
12636 PANORAMA DR
BURLESON TX 76028

RICHARD ROBERT ZAPOLI
342 ELKINS LK
HUNTSVILLE TX 77320

RKG LOGISTICS LLC
1820 HILL DR
PALMVIEW TX 78572

RETIRED DUDE ENTERPRISES LLC
131 LEGEND LN
KERRVILLE TX 78028

RICHLAND FREIGHTLINES INC
1506 VANDELAY CT
CERES CA 95351

RLS HUTT TRANSPORTATION LL
2185 MAIN RD
NEWFIELD NJ 08344

RETZKO LONG LTD
4722 N CLAY ST
DENVER CO 80216

RIGHT-A-WAY TRANSPORTS AND LOGISTICS LLC
706 REMINGTON WALK CT
HOUSTON TX 77055

RMC TRUCKING INC
1409 E OLIVE CT SUITE B # 1
FORT COLLINS CO 80524

REV CAPITAL
1098 S TAMARACK DR APT 505
MT PROSPECT IL 60056

RITCH TRUCKING INC
522 HIGH FALLS PARK ROAD
BARNESVILLE GA 30204

ROAD LINK EXPRESS INC
13743 ABERDEEN STREET NE STE
HAM LAKE MN 55304

REY DE REYES TRUCKING LLC
7913 CHAPA RD
MERCEDES TX 78586

RITTER TRANSPORT, LLC
5030 MARCYS WAY
TALLAHASSEE FL 32308

ROADMAZE TRANSPORT LLC
224 DEER TRACKS CIR
BIG COVE AL 35763

RG TRANSPORT LLC
671 NEX AVE APT 221
IOWA CITY IA 52245

RIVERBEND TRUCKING LLC
9018 72ND AVE
HUDSONVILLE MI 49315

ROADRUNNER STEEL INC
5175 W MISSOURI AVE
LAS VEGAS NV 89101

ROADWAY TRANSPORT LLC
37 UPLAND COURT NE
LUDOWICI GA 31316

ROLLIN TRANSPORT LLC
PO BOX 7
RICHFIELD WI 53076

RSS RECOVERY SOLUTIONS SELL
C/O THE FUENTES FIRM
5507 LOUETTA RD STE A
SPRING TX 77379

ROALRO LOGISTIC LLC
15443 CIELO AZUL LN
CHANNELVIEW TX 77530

ROMEKA TRANSPORT INC
2900 GREEN ASH COURT
CONROE TX 77301

RUBY JUNE TRANSPORT LLC
265 STRECKER DR
TALLMADGE OH 43569

ROBERT D XPRESSWAY LLC
1008 ESTATES DRIVE
KENNEDALE TX 75050

RORA FREIGHT LLC
9010 MARKVILLE DR #421
DALLAS TX 75043

RUSSELL FREIGHT SYSTEMS, L
2626 COLE AVE
DALLAS TX 75204

ROBERT F METTES
PO BOX 2170
RED LODGE MT 59068

ROSE CANYON LLC
3360 BIG FLAT RD TRLR 4
MISSOULA MT 59804

RXR TRANSPORTATION INC
2050 ACACIA AVE
SUTTER CA 95993

ROBERTO SUAREZ
5505 RIO DRIVE
MISSION TX 78572

ROYAL FREIGHT LLC
175 SWEETGUM LN
SPRINGBORO OH 45417

RYDER TRUCK RENTAL INC.
P.O. BOX 96723
CHICAGO IL 60693-6723

ROCK UNIVERSAL TRUCKING LLC
18511 WINDY STONE DR
HOUSTON TX 77060

ROYAL PEAK INC
947 OAK RIDGE BLVD
ELGIN IL 60123

S & L TRUCKING LLC
748 SCOTT STREET
SENATOBIA MS 38668

ROCKDALE TRANSPORT SERVICES, INC
P.O. BOX480
CAIRO GA 39828

ROYAL REGAL INC
205 W. GRAND AVENUE
BENSENVILLE IL 60106

S&D DELIVERIES LLC
7083 FRINGE FLOWER DR
AUSTELL GA 30168

ROCKHEAD INC DBA ROCKHEAD LOGISTICAL
3985 BEN HUR AVE
WILLOUGHBY OH 44094

RUCA TRANSPORTATION
73 BUCK RD
HUNTINGDON VALLEY PA 19006

S&S TRANSPORTS LLC
1400 88TH AVENUE CT
GREELEY CO 80631

ROD CLARKE TRUCKING, LLC
P. O. BOX 68
VICTOR MT 59875

RS ENTERPRISES LLC
8800 N 220 ROAD
BEGGS OK 73541

SADONJA ENTERPRISE LLC
19 BERGEN AVE
JERSEY CITY NJ 07306

SAFE & SOUND LOGISTICS LLC
8630 BROOKVILLE RD
INDIANAPOLIS IN 46225

SANMAR CORPORATIONS
PO BOX 34060
SEATTLE WA 98124-1060

SDM LOGISTIC & TRUCKING CO
6507 OCEAN DR
MARGATE FL 33172

SAFE LOGISTICS LLC
12660 BURT RD SUITE B
DETROIT MI 48223

SAR CONTRACTING LLC
1120 W WALNUT ST
PO BOX 33
SUMMITVILLE IN 46070

SEEGERS TRUCK LINES INC
P O BOX 392
DENVER IA 50622

SAFESTAR TRUCKING LLC
9474 PALO ALTO ST
RCH CUCAMONGA CA 91730

SASD TRANSPORTATION LLC
139 MANTLEBROOK DR
DESOTO TX 75115

SEEKER LOGISTICS LLC
1919 TAYLOR ST STE F # 1402
HOUSTON TX 77049

SAFETY CARE INC
1288 SEBRING CIR
ELGIN IL 60120

SAYER DELIVERY SERVICE INC
P O BOX 680808
PRATTVILLE AL 36067

SELAM14 TRUCKING LLC
9737 AMBERTON PKWY APT 103
DALLAS TX 75235

SAGAT TRANSPORTATION LLC
14904 SIMMONS GROVE DR
HAYMARKET VA 22427

SCHMITS TRUCKING LLC
581 NARROWS RD
NEW BLOOMFIELD PA 17536

SERVICE TRUCKING CO., INC.
PO BOX 4033
LYNCHBURG VA 24502

SAILY EXPRESS LLC
3601 SAN CARLOS AVE
LAS VEGAS NV 89115

SCHWARZ LOGISTICS CORP
1738 IRISH INIDAN TRAIL
JOLIET IL 60436

SHAKE & BAKE TRANSPORTATIOL
1472 WILDERNESS WAY
CLARKSVILLE TN 37042

SAM LLC
549 TYRONE RD
TYRONE GA 30290

SCOTT SIMMONS TRANSPORT LLC
36830 SAND HILL RD
LONG BOTTOM OH 44870

SHALOM TRANS LLC
297 SHILOH CROSSING DR
AVON IN 46123

SAMAN TRANSPORT LLC
8719 CHAPADA HIGHLANDS DR
CYPRESS TX 77063

SD HOWARD ENTERPRISES LLC
100 JAMES LIN CIR
KYLE TX 78640

SHANNON MICHELLE SPECK
2977 ROBERTS MOUNTAIN RD
MYRTLE CREEK OR 97457

SANKER AUTOMOTIVE LLC
3512 BLUEBUSH RD
MONROE MI 48162

SDL CARRIERS INC
3001 GEORGE MARTIN DR
LAREDO TX 78045

SHARK EXPRESS LLC
6768 CYPRESS DR
NORTH OLMSTED OH 44149

SHEER TRANSPORT LLC
129 BIRCH HOLLOW RD
MORGANTOWN WV 26508

SILVERLINE MOBILE CONCRETE, L.L.C.
701 14TH AVE S
DENISON IA 51442

SKY DREAM INC
5029 BAYLEAF DR
STERLING HTS MI 48310

SHIVDEV TRUCKING LTD
3021 14A AVE NW
EDMONTON, AB T6T 0Z2

SIMF TRANS INCORPORATED
232 HIGHLAND RD
WILLOWBROOK IL 60527

SKY SERVICES INC
PO BOX 432
BRUSH PRAIRIE WA 98662

SHL LOGISTICS LLC
664 THE HEIGHTS LN
CALERA AL 35040

SIMON LACHANCE TRUCKING LLC
1311 PINECREST STREET
OLLA LA 71465

SKYLINE ENTERTAINMENT LLC
2036 LAKESHORE BLVD S
SLIDELL LA 70458

SHOOTEM UP TRANSPORTATION LLC
60 KEVIN CIR
ODESSA TX 79761

SJOQUIST HAY & STRAW INC
11780 COUNTY 1 BLVD
GOODHUE MN 55027

SKYWAY EXPRESS LLC
4616 THISTLE CREEK CT
FORT WORTH TX 76179

SHORT RUN LLC
6702 MCINTOSH RD
OXFORD AL 36203

SJW TRUCKING AND DELIVERIES LLC
320 THORNTON RD STE 109
LITHIA SPRING GA 30122

SLICKONE TRUCKING INC.
4601 W MARTIN LUTHER KING J
BLVD 273
LOS ANGELES CA 90016

SIGHTS TRUCKING LLC
5933 CATES AVE
SAINT LOUIS MO 62040

SKOGQUIST COMPANIES INC
14201 XENON ST NW UNIT 15
RAMSEY MN 55303

SLONE TRUCKING LLC
1655 FRIENDSHIP RD
GREENVILLE KY 42345

SILVA EXPRESS TRANSPORT LLC
1189 DYGERT CT
CLARKSVILLE TN 37042

SKS LOGISTICS LLC
PO BOX 3962
BAY ST. LOUIS MS 39420

SMALL'S ELITE TRANSPORTATION
6481 S MILLBROOK WAY
AURORA CO 80012

SILVER EAGLE TRANSPORTATION
PO BOX 518
SCOTTSBORO AL 35769

SKS TRANSPORTATION LLC
1335 MYSTIC RIVER LN
ROSENBERG TX 77471

SMALSAR ENTERPRISES INC
67 CITYSCAPE GROVE NE
CALGARY, AB T2E 7T8

SILVER EXPRESS AZ LLC
4537 CROFTSHIRE DR
DAYTON OH 45440

SKY BLUE TRUCKING INC
5817 E BROADWAY AVE
TAMPA FL 33619

SMART TRANS LOGISTICS INC
6111 KNOLLWOOD RD APT 103
WILLOWBROOK IL 60181

SME LOGISTICS LLC
5801 W WELLS PARK RD
WEST JORDAN UT 84081

SNOWLINE TRANSPORTATION, LLC
PO BOX 17050
MISSOULA MT 59808

SOTO BOYS EXPRESS LLC
711 N ALA MOANA ST
ALTON TX 78573

SMITH BROTHERS TRUCKING, INC.
PO BOX 848
BARDSTOWN KY 40004

SOBIK TRANSPORTATION INC
1975 CONGROVE DR
AURORA IL 60532

SOUTH PARK MOTOR LINES DCR
9850 HAVANA STREET
HENDERSON CO 80640

SMITH WAY TRUCKING LLC
14100 WILL CLAYTON PKWY APT 5301
CONROE TX 77304

SOCAL AMS BROS INC
2705 WARDLOW AVE
SAN DIEGO CA 92105

SOUTHERN CHRISTIAN TRANSPO
498 WHISTLING RUFUS ROAD
PEMBROKE NC 28372

SMOKEY POINT DISTRIBUTING
PO BOX 677311
DALLAS TX 98223

SOHA TRANSPORT LLC
386 SOUTH STREET
NEWARK NJ 07105

SOUTHERN SPECIALTY FREIGHT
572 HIGHWAY 70
PEGRAM TN 37143

SMOOTH TRUCKING LLC
PO BOX 188
LOGAN IA 51546

SOLE TRUCKING LLC
13307 NORTHSPRING BEND LANE
CYPRESS TX 77429

SOUTHLAND TRANSPORTATION C
112 RIVER ROAD
BOONVILLE NC 27011

SMOTHERS TRUCKING LLC
845 E LIBERTY ST
MILL SHOALS IL 62862

SOLID TRANS CORP
13552 SW 64TH LN
MIAMI FL 33183

SPARK PRIME LOGISTICS INC
13717 S ROUTE 30 STE 155
PLAINFIELD IL 60544

SMS TRANSPORTATION AND LOGIS
1295 SOUTH BROWN SCHOOL RD
VANDALIA OH 45377

SOLUCION SERVICES USA LLC
3215 WESTPHALL CT
DULUTH GA 30096

SPECTRUM
400 WASHINGTON BLVD
STAMFORD CT 06902

SNM LOGISTICS LLC
101 BATEMAN ROAD
OAKDALE PA 15071

SOS TRUCKING LLC
2063 STONE RIDGE DR
TWIN FALLS ID 83301

SPEEDY BROTHERS TRANSPORLL
5016S S 15000E RD
PEMBROKE TWP IL 60958

SNOW & SNOW TRANSPORTATION LLC
6412 BRANDON AVE #159
SPRINGFIELD VA 20166

SOSA'S HAULING INC
817 SOUTH CALHOUN ST
AURORA IL 60505

SPREEN & SONS TRUCKING LL
8953 WILLIAMS RD
WILLIAMS IN 47470

SPRINGBROOK EXPRESS LLC
140 W PINE ST
NEW AUBURN WI 54757

STEELCASE FINANCIAL SERVICES INC
901 44TH STREET S E
GRAND RAPIDS MI 49508

STINGRAY TRANSPORT LLC
361 COURTLEY CIRCLE
ROCHESTER NY 14615

SSP TRUCK LINE INC
11 FOOT CRES
CAMBRIDGE, ON L9T 5E5

STEELWORKS EXPRESS LLC
3900 WYOMING ST
DEARBORN MI 48126

STOVERS TRUCKING
170 CHERRY RUN RD
HOWARD PA 15825

ST MARTIN AND SONS TRUCKING INC
300 W BAYVIEW AVE
PLEASANTVILLE NJ 08232

STELLA EXPRESS
600 NAPLES CT #304
GLENVIEW IL 60025

STRATO PAY LLC

STAHI LOAD CARE INC
1012 SOMMERSET COURT UNIT C
ELGIN IL 60156

STEP N OUT INC
4382 BITTER CREEK ROAD
AFTON WY 83110

STROMME TRANSPORT LLC
49600 455TH AVE
PERHAM MN 55379

STALLION LOGISTICS LLC
6255 HICKORY RIDGE CT
YPSILANTI MI 48174

STEPHEN DALE SPLAWN DBA ASAP TRUCKING
202 SHADYBROOK LN
ATLANTA TX 75551

SUDENLYTRANS LLC
151 WINFIELD DR
NEW BRITAIN CT 06037

STAR 32 INC
PO BOX 831
MADHILL OK 73446

STEPHEN POLLOCK TRANSPORT LLC
3371 HART RD
VALDOSTA GA 31601

SUGAR HOLLOW WATER SERVIC
21 SUGAR HOLLOW ROAD
TUNKHANNOCK PA 18657

STAR CARRIERS INC
1251 PLUM GROVE ROAD #130B
SCHAUMBURG IL 60067

STEPHENS CARRIERS INC
PO BOX 220
HENDERSONVILLE TN 37075

SUN LAND STAR
3406 COUNTRY CLUB DR W #274
IRVING TX 75038

STARLIGHT EXPRESS LLC
C/O RECOVERY OF JUDGMENT
1407 BROADWAY 29TH FLOOR
NEW YORK NY 10018

STERLING TRANSPORT TRUCKING LLC
618 GREYFORD DR
LAFAYETTE LA 70503

SVANI TRANSPORTATION INCOR
1541 74TH ST 2FL
BROOKLYN NY 11228

STATELINE TRANSPORT LLC
1709 BRYANT ST
MIDLAND TX 79701

STEVENS TRUCKING COMPANY
PO BOX 19608
OKLAHOMA CITY OK 73036

SVB EXPRESS INC.
7625 SUNRISE BLVD #212
CITRUS HEIGHTS CA 95610

SW AMERICA LLC
22948 E DESERT SPOON DR
QUEEN CREEK AZ 85043

TBG COMPANYS LLC
5205 HIGHWAY 25
MOUNTAIN IRON MN 55768

THE AI FLEET INC DBA AIFLEET
200 E 6TH STREET
AUSTIN TX 78701

SWIFT FALCON TRANSPORTATION COMPANY LLC
4229 TOLLCROSS LN
FORT WORTH TX 76123

TEAM POWERED LLC
5547 CASA BATILLO DR
KATY TX 77493

THE GOLDEN DOLPHIN TRUCKING LLC
8149 AIRCENTER CT # 2205
ORLANDO FL 32809

SWINGIN' C LLC
249 N BK 700 RD
STIGLER OK 74462

TEPOKATZ FLATBED LLC
PO BOX 94565
CLEVELAND OH 44101

THE KAPLAN TRUCKING COMPA
PO BOX 92618
CLEVELAND OH 44125

T AND A FAMILY TRUCKING LLC
869 SALEM AVE
ELYRIA OH 44035

TERRY CAMPBELL
87 ED BROWN ST
FOLKSTON GA 31537

THIMOTHEES IN AN OUT LOGISTICS LLC
1242 HUEY RD
DOUGLASVILLE GA 30134

T AND C RELIABLE TRANSPORT INC
19503 SWAN VALLEY DRIVE
CYPRESS TX 77484

TERRY LANDRUM
450 ROME ROAD
LANCING TN 37770

THIRD GENERATION TRANSPOR
5998 S 800 W
PLEASANT LAKE IN 46747

T M BROWN TRUCKING INC
P O BOX 673
HOUSTON MS 38851

TESLA TRANSPORT
3924 W DEVON AVE STE 200H
LINCOLNWOOD IL 60712

THREE CHIMNEY EXPRESS
S2962 THREE CHIMNEY RD
VIROQUA WI 54665

TADD LLC
W 225 S 9135 MT CARMEL RD
BIG BEND WI 53103

TEXAS TRANSPORTATIONS
11907 CARRIGE RIDGE
HOUSTON TX 77032

THREE TOWERS LOGISTICS LLC
1321 RIVERVIEW LN
SEAGOVILLE TX 75159

TAG TRANS INC
7701 S GRANT ST SUITE D
BURR RIDGE IL 60527

TEXSHED TRANSPORT LLC
5711 COUNTY ROAD 37
SELMA AL 36703

THTS TRANSPORT LLC
4631 W WALTANN LANE
GLENDALE AZ 85027

TAIMEN TRUCKLINES LLC
1209 POINTE CENTRE DR STE 205
CHATTANOOGA TN 37421

TG LOGISTICS LLC
2 ROSEMARY CT
LOS LUNAS NM 87031

TIGER TRANSPORT LLC
1024 RIVER DRIVE
RIVER FALLS WI 54701

TIM PERLEBERG TRUCKING INC
317 NORTH 13TH STREET
NEW ROCKFORD ND 58458

TOTAL HAULING, LLC
2101 UNION MILL RD.
NICHOLASVILLE KY 40356

TRANSPORT LOGIC LLC
PO BOX 271
CASSVILLE MO 65625

TIM RYAN TRUCKING LLC
9815 E PARIS AVE SE
CALEDONIA MI 49316

TOW MAYHALL LLC
108 W BK 900 RD
STIGLER OK 74462

TRANSPORT MAFIA LLC
8048 E OLD STATE ROAD 144
MOORESVILLE IN 47564

TIMBER PRODUCTS OF IRON MOUNTAIN INC
PO BOX 1032
IRON MOUNTAIN MI 49801

TP TRUCKING LLC
P O BOX 840402
LOS ANGELES CA 90084

TRANSPORTATON ALLIANCE BAN
4185 HARRISON BLVD
OGDEN UT 84403

TIMDERIOUS RUBIN DBA RUBIN TRANSPORTATIO
405 GLENMORE CT
LA VERGNE TN 37207

TRAFFIC LLC
6119A GREENVILLE AVE #306
DALLAS TX 75243

TRANSPORTERS CHOICE LLP
5198 ROADRUNNER AVE
FIRESTONE CO 80131

TIMELINE TRANSPORTATION INC
3555 N NEVA AVE
CHICAGO IL 60010

TRAMCOR CORPORATION
908 N 2000 WEST
FARR WEST UT 84404

TRANSWEST EXPRESS INC
5406 CROSSINGS DR
ROCKLIN CA 95677

TKD TRUCK COMPANY
PO BOX 2793
BIG BEAR CITY CA 92314

TRANHAUL TRANSPORT LTD
16523 132 STREET NW
EDMONTON, AB T6V 0J5

TRANSWORTH LEASING LLC
7413 WHITESVILLE RD SUITE 100
FORTSON GA 31808

TKZ TRANSPORT LLC
117 E LOUISA ST #161
SEATTLE WA 98108

TRANS GLOBAL EXPRESS INC
1536 ORCHARD CIR
NAPERVILLE IL 60563

TRAVIS ROSE TRUCKING LLC
310 E 2ND ST
REYNOLDS IN 47980

TONY GILL TRANSPORT INC
4 CAMPWOOD CRES
BRAMPTON, ON L7C 0W9

TRANSASTRO CORPORATION
PO BOX 16398
FORT WORTH TX 76123

TREVIS BARNES D/B/A: BARNES TR
132 OTIS REDDING DR
NATCHEZ MS 39120

TOP GEAR CARRIERS INC
36 SANDLEWOOD LN
BARRINGTON IL 60010

TRANSNET LOGISTICS LLC
918 CARRINGTON DR.
CHARLOTTE NC 28208

TRINITY XPRESS CORP
12430 SW 106 STREET
MIAMI FL 33173

TRIPLE C TRANSPORT LLC
38370 W HWY 30
SNOWVILLE UT 84336

TURBO VALLEY TRANSPORTATION
12 E MARS WAY UNIT C
SANDY UT 84070

UFD LLC
5804 STURBRIDGE CT
SACRAMENTO CA 95842

TRIPLE T EXPRESS INC
883 REBECCA STREET
LILBURN GA 30047

TURK TRANSPORTATION LLC
181 CENTENNIAL DR
CARNEGIE PA 15102

UKR CARRIER INC
1766 NATURE CT
SCHAUMBURG IL 60173

TROYANO TRUCKING & TRANSPORTATION LLC
7016 SPUR RANCH RD
ODESSA TX 79765

TURQUOISE TRUCKING
34 43RD AVE SW
CEDAR RAPIDS IA 52404

UMBRA TRUCKING LLC
87 UPPER COLORADO DR
BAY CITY TX 77414

TRUCK PROGRESS COMPANY
4 CLIFFSIDE CIRCLE DRIVE
WILLOW SPRINGS IL 60525

TWENTY TWENTY LOGISTICS INC
1102 N ELLIS ST
BENSENVILLE IL 60106

UNICO EXPRESS INC
116 ARCHER STREET
BURLINGTON NC 27215

TRUCKLAND INC
8070 W RUSSELL
RD #1012
LAS VEGAS NV 89113

TWIN CITY TRANSPORT INC
P O BOX 190118
LITTLE ROCK AR 72209

UNION TRANSIT LLC
13597 ELIAS CIR
SAN BENITO TX 78586

TRUCKSTOP.COM
PO BOX 99
NEW PLYMOUTH ID 83655

TX FLY TRANSPORT LLC
112 DURANGO ST
RIO GRANDE CITY TX 78582

UNITED CARRIER LLC
170 OLD JOHN DODD RD
BOILING SPRINGS SC 37323

TRUE INTEGRITY TRANSPORT LLC
3035 ASPEN HOLLOW LANE
SUGARLAND TX 77056

TY TRANSPORTATION INC
1601 W WALNUT ST UNIT 59
SANTA ANA CA 92705

UNITED STEEL HAULING LLC
1434 DALLAS DRIVE
THOMSON GA 63877

TRYON TRUCKING INC
PO BOX 68
FAIRLESS HILLS PA 19067

TYEISHA MOORE HAULING LLC
170 JO CELESTE PETTWAY ROAD
ALBERTA AL 36720

UNITED TRANSPORT INC
1155 1ST STREET
ROGERS NE 68659

TUNGUS LLC
1104 CLEAR CREEK CIR
CLERMONT FL 34711

U S & B TRANSPORT L L C
8546 SOUTHERN OAK CT
MOBILE AL 36610

UNITEDWS INC
2212 E 12TH ST APT 406
DAVENPORT IA 52804

UNITY TRUCKING LLC
621 11 ST
PLANO TX 77386

VDV ROYAL TRANS INC
1051 PERIMETER DRIVE STE 210
SCHAUMBURG IL 60173

VOGELSBURG TRUCKING
500 12TH ST NW
FAIRBULT MN 55021

UPSCALE TRANSPORTS LLC
158-C LANGFORD RD
BLYTHEWOOD SC 29016

VEFMC TRUCKING LLC
1020 E HOWELL ST
PHILADELPHIA PA 19149

VOSS TRANSPORT LLC
1301 PO BOX
COLUMBUS TX 78934

US BANK
PO BOX 790408
ST LOUIS MO 63179-0408

VEGA TRANSPORT LLC
PO BOX 16429
ST LOUIS MO 63128

W & N TRANSPORTATION INC
13903 SENECA RIDGE DR
HAGERSTOWN MD 21740

US INTERNET
BIN# 131489, PO BOX 1414
MINNEAPOLIS MN 55480-1414

VENUS TRANS LLC
1821 RIZZI LN
BARTLETT IL 60005

W T S TRANSPORTATION LLC
242 ROANOKE CIR
COLUMBUS MS 39702

US SARA EXPRESS INC
27 W 231 MANCHESTER RD
WHEATON IL 60187

VGE HAULING LLC
4795 FORD COURT
WHITE PLAINS MD 20695

W&A PABLO TRANSPORT SERVLL
2920 BLUE JAY CT
RACINE WI 53402

USA EAGLE EXPRESS LLC
5721 COTTONWOOD CT
HUBER HEIGHTS OH 45424

VICTORY TRANSIT INC
225 N ARLINGTON HEIGHTS RD UNIT 205
ELK GROVE VILLAGE IL 60007

WALKI ENTERPRISES LLC
6520 FM 2920 RD APT 910
SPRING TX 77379

USA FREIGHT SYSTEM INC
1775 NW 70TH AVE
MIAMI FL 33174

VIDA BELLA TRUCKING LLC
8340 N THORNYDALE RD
TUCSON AZ 85745

WALLICK FAMILY TRUCKING INC
2374 UNION AVENUE
VILLISCA IA 51632

V & R TRUCKING INC
3136 W EXPOSITION AVENUE
DENVER CO 80239

VILLEGAS TRANSPORT LLC
3905 E 6TH ST
CHEYENNE WY 82009

WARRIORS TRANSIT INC
15128 S HARLAN RD UNIT 409
LATHROP CA 95337

VAZ TRUCKS INC.
1042 MAPLE AVE STE 173
LISLE IL 60185

VMIRANDA TRANSPORT LLC
13184 FULLERTON DR
VICTORVILLE CA 93901

WAS TRUCKING LLC
7453 35TH STREET
COLFAX WI 54114

WAYNE TRANSPORTS INC
NW 4576 PO BOX 1450
MINNEAPOLIS MN 55068

WEXPRESS TRANSPORT LLC
6609 SALOUMEH WAY
CORPUS CHRISTI TX 78416

WIDER GROUP INC
3004 WEST BELMONT
CHICAGO IL 60106

WEST COAST TRANSPORT
4692 COLORADO RIVER DR
LONGMONT CO 80550

WHEEL EXPRESS LLC
3408 N. POTSDAM AVE
SIOUX FALLS SD 57104

WIL TRANSPORTATION SERVICE IN
780 THORPE RD
ORLANDO FL 32824

WEST EXPRESS LLC
16901 DALLAS PARKWAY STE 116
ADDISON TX 75001

WHEELER LEGACY TRANSPORTATION LLC
1307 LUNA LINDA DR
ARLINGTON TX 76010

WILLS TRANSPORT LLC
1623 DRAKES CREEK RD
HENDERSONVILLE TN 37075

WEST OF THE PECOS LOGISTICS LLC
106 S YOUNG ST
FORT STOCKTON TX 79735

WHEELER TRANSPORT LLC
4623 NW 1ST AVE
NEW PLYMOUTH ID 48460

WILLY JENSEN TRUCKING REPAIR AN
27522 COUNTY HWY 48
OSAGE MN 56570

WEST UA TRANSPORT IN
13195 E 8 MILE RD
WARREN MI 48089

WHETSTONE TRANSFER LLC
804 INDUSTRIAL DRIVE
MILBANK SD 57252

WILSWIFT TRUCKING LLC
9024 OLD CASCADE DR
GARNER NC 28086

WESTCOAST TRANSPORT SERVICES LLC
3822 108 AVE E
EDGEWOOD WA 98372

WHITE CITY LOGISTICS
765 IL RTE 83 STE 123
BENSENVILLE IL 60106

WINDING ROADS LLC
512 S PETERSON AVE, SUITE 20
DOUGLAS GA 31535

WESTERN LINES INC
1904 PLANTEA CT
LAS VEGAS NV 89128

WHITE EAGLE TRANSPORT LLC
13626 LARWOOD LN
HOUSTON TX 77038

WISEXPRESS INC
11538 CROSS CREEK ESTATES L
BELVIDERE IL 61008

WESTERN TRANSPORT LOGISTICS INC
2601 E MAGNOLIA ST
PHOENIX AZ 85034

WHITE LIGHTNING EXPRESS INC
219272 MAPLE LEAF ROAD
MARATHON WI 54448

WOMACK TRANSPORTATION
PO BOX 7057
MCMINNVILLE TN 37110

WESTY'S TRUCKING LLC
2538 FISHER LN
OCONTO WI 54153

WHITE MOUNTAIN TRUCKING LLC
6424 S. 75TH AVE.
LAVEEN AZ 85339

WRAY TRUCKING CO LLC
246 ENERGY BLVD
ROCKY MOUNT VA 24151

WTI TRANSPORT INC
PO BOX 11407
BURMINGHAM AL 35401

YCY EXPRESS INC
24 SW 38TH AVE
CORAL GABLES FL 33172

ZAVA TRANS INC
4720 S PINE ST APT 43
TACOMA WA 98409

WTP LOGISTICS LLC
715 N 2475 W
LAYTON UT 84104

YELLOW BRICK RHOADES LLC
12421 CILCAIN CT
RALEIGH NC 27603

ZAVALA CARRIERS EXPRESS
1632 DUNAWAY ST
HOUSTON TX 77093

WYOMING WORKERS COMPENSATION
5221 YELLOWSTONE RD
CHEYENNE WY 82002

YELLOW JACKET TRANZ LLC
115 ROAD 5005
BLOOMFIELD NM 87413

ZEEB TRUCKING INC
905 EAST BREITUNG AVENUE
KINGSFORD MI 49802

X FACTOR EXPRESS LLC
4500 MERCANTILE PLAZA STE 300
FORT WORTH TX 76179

YELLOWSTONE TRANSPORT LLC
1310 HILL CREST AVE
LAUREL MT 59044

ZELLER TRANSPORTATION, LLC
1615 INNOVATION WAY
HARTFORD WI 53027

X-TRUX INC
P O BOX 293
SIOUX FALLS SD 57107

YODER TRANSPORT LLC
708 N OAK ST
HARRISON AR 72601

ZOKO FREIGHT, INC.
13156 FRANCISCO AVE STE A
BLUE ISLAND IL 60406

Y & Y TRANSPORT LLC
7968 HILLTOP WINDMILL ST
LAS VEGAS NV 89123

Z & I TRUCKING LLC
5872 HWY 498 E
PORTERVILLE MS 39352

ALPINE ADVANCE 5 LLC
228 PARK AVE S
NEW YORK NY 10003

YAHIR TRUCKING LLC
106 CYPRESS RD
ANNAPOLIS MD 21403

Z TRANSPORTATION INC
107 BEAVERBROOK RD STE 2
LINCOLN PARK NJ 07035

ANDERSON, WILLIAMS, & FARROL
7515 HALCYON POINT DRIVE
MONTGOMERY AL 36117

YANEZ TRUCKIN LLC
622 BEAR VALLEY DR
GRAND JCT CO 81505

ZAM TRANS INC
4811 CHIPPENDALE DRIVE SUITE 802
SACRAMENTO CA 95841

CORPORATION SERVICE COMPA
P.O. BOX 2576
SPRINGFIELD IL 62708

YARD DOG TRANSPORT LLC
7146 183RD ST # 168
TINLEY PARK IL 60527

ZAM ZAM FREIGHT LLC
8555 E EVANS AVE UNIT 2301
DENVER CO 80011

DANIEL R SAVALOJA
8970 WEST 35W SERVICE DRIVEN
SUITE 100
BLAINE MN 55449-6744

ERIC NORD
CRIST, KROGH, ALKE & NORD, PLLC
2708 FIRST AVENUE NORTH, SUITE 300
BILLINGS MT 59101

U.S. SMALL BUSINESS ADMINISTRATION
10 W 15TH ST., STE 1100
HELENA MT 59626

FIRST CORPORATE SOLUTIONS
914 S STREET
SACRAMENTO CA 95811

U.S. SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST #300
EL PASO TX 79935

GENE ROSEN'S LAW FIRM
200 GARDEN CITY PLAZA
SUITE 405
GARDEN CITY NY 11530

KAPLAN LEGAL SERVICES LLC
6065 ROSWELL ROAD
SUITE 540
ATLANTA GA 30328

MULLEN INVESTEMENTS II, LLC
4425 MCGIRL RD
BILLINGS MT 59105

MULLEN INVESTMENTS II, LLC
PO BOX 42
SODA SPRINGS ID 83276

R MOVERS LLC
1120 48TH
WOODWARD OK 73801

ROBERT S BOULTER
LAW OFFICE OF ROBERT S BOULTER
1101 5TH AVENUE #310
SAN RAFAEL CA 94901

SBA - CESC COVID EIDL SER. CENTER
14925 KINGPORT RD
FORT WORTH TX 76155

# United States Bankruptcy Court
## District of Montana

In re    **MEADOW LARK AGENCY, INC.**

Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MEADOW LARK AGENCY, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 6, 2023**

Date

**/s/ JAMES A. PATTEN**

**JAMES A. PATTEN 1191**

Signature of Attorney or Litigant

Counsel for   **MEADOW LARK AGENCY, INC.**

**PATTEN PETERMAN BEKKEDAHL**
**& GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**
**406-252-8500 Fax:406-294-9500**
**apatten@ppbglaw.com**

## United States Bankruptcy Court
### District of Montana

In re  __MEADOW LARK AGENCY, INC.__               Case No.  _____

                          Debtor(s)        Chapter  __7__  _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **AMANDA R. ROTH**, declare under penalty of perjury that I am the **sole shareholder and CEO** of **MEADOW LARK COMPANIES, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **9th** day of **October**, 2023_.

"Whereas, it is in the best interest of Meadowlark Agency, Inc. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **AMANDA R. ROTH, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of Meadow Lark Agency, Inc.; and

Be It Further Resolved, that **AMANDA R. ROTH, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of Meadow Lark Agency, Inc., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **AMANDA R. ROTH, CEO** of this Corporation is authorized and directed to employ **JAMES A. PATTEN 1191**, attorney and the law firm of **PATTEN PETERMAN BEKKEDAHL** to represent Meadow Lark Agency, Inc. in such bankruptcy case."

Date  __November 6, 2023__           Signed  **/s/ AMANDA R. ROTH**, *Amanda R Roth*

                                             **AMANDA R. ROTH, CEO of Meadow Lark Companies Inc and Meadow Lark Agency, Inc.**

Resolution of Board of Directors
of
**MEADOW LARK COMPANIES, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition for Meadow Lark Agency, Inc. in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **AMANDA R. ROTH, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of Meadow Lark Agency, Inc. ; and

Be It Further Resolved, that **AMANDA R. ROTH, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of Meadow Lark Agency, Inc., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Meadow Lark Agency, Inc. in connection with such bankruptcy case, and

Be It Further Resolved, that **AMANDA R. ROTH, CEO** of this Corporation is authorized and directed to employ **JAMES A. PATTEN 1191**, attorney and the law firm of **PATTEN PETERMAN BEKKEDAHL** to represent Meadow Lark Agency, Inc. in such bankruptcy case.

Date   **November 6, 2023**     Signed   **/s/ Amanda R. Roth**
                                                     **Amanda Roth, CEO of Meadow Lark Companies Inc and Meadow Lark Agency, Inc.**

Date   **November 6, 2023**     Signed   *Amanda R Roth*